AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __Georgia__

Donald Jones

v.

Wackenhut c/o Google Inc

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**1:07-CV-0567**

TO: (Name and address of Defendant)

Wackenhut c/o Google Inc
1100 Circle 75 Pkwy #470
Atlanta GA 30339

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Donald Jones
P.O. 261
Red Oak, GA 30272

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                                     12 MAR 2007
_____                     _____
CLERK                                               DATE

(By) DEPUTY CLERK