%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__  District of __Georgia__

Donald Jones

V.

Wackenhut % Google Inc

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

1:07-CV-0567-CC

TO: (Name and address of Defendant)

Wackenhut % Google Inc
1100 Circle 75 Pkwy #470
Atlanta GA 30339

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Donald Jones
P.O. 261
Red Oak, GA 30272

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN          12 MAR 2007
CLERK                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 21 2007

JAMES N. HATTEN, Clerk
By: JHPinckney
Deputy Clerk

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 3/19/07 |
| NAME OF SERVER (PRINT) DAVID K. PITTMAN | TITLE FRIEND |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
1100 Circle 75 Pkwy #470
Atlanta GA 30339

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/19/07
Date

_David K. Pittman_
Signature of Server

545 Troy St. S.E.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.