UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORIA
ATANTA DIVISION

Donald Jones
_____
**PLAINTIFF**

FILENO.: 1: 07 CV-0567 -CC

VS.

Wackenhut % Google Inc.
_____
**DEFENDANT**

### NOTICE OF FILING

The plaintiff is now filing copy's of charges he filed with the Equal Employment opportunity commission, which are incorporated with the complaint.

Respectfully submitted this 26 day of march, 2007.

_Donald Jones_
P.O. Box 261
Red Oak, GA 30272
(678) 360-1505

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>410-2006-01718 |
|---|---|---|

Georgia Commission On Equal Opportunity                              and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)  Donald Jones | Home Phone (Incl. Area Code) (679) 360-1505 | Date of Birth 05-21-1942 |
|---|---|---|

Street Address: P.O. Box 261, Red Oak, GA 30272

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name  WACKEN HUT | No. Employees, Members  500 or More | Phone No. |
|---|---|---|

Street Address: 101 Aguila Way, Austell, GA 30168

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-14-2006    Latest: 05-14-2006
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I am employed at Wacken Hut in security. On about May 14, 2006, I was threatened with discharge by Ms. Turner.

II. Ms. Turner told me that she has me on tape sleeping on the job and that she is ready to fire everyone.

III. I believe that I will be discriminated against due to my age and retaliated against, in violation of the Age Discrimination in Employment Act (ADEA) of 1967, as amended.

RECEIVED MAY 16 2006 EEOC-ATDO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

May 16, 2006      /s/ Donald Jns
Date              Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 410-2006-02081 |
| | State or local Agency, if any | and EEOC |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Donald Jones | (679) 360-1505 | 05-21-1942 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 261 | Red Oak, GA 30272 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WACKEN HUT | 500 or More | |

| Street Address | City, State and ZIP Code |
|---|---|
| 101 Aguila Way | Austell, GA 30168 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-12-2006   Latest: 06-12-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I have been employed with the above-named employer since February 23, 2003 as a Security Officer. I have been retaliated against for having previously filed a charge of discrimination with the EEOC in that wages were deducted from my paycheck.

II. Ms. Linda LNU, Payroll Manager, advised me that my supervisor, Jennifer Turner, instructed payroll to make the overpayment deduction.

III. I believe that I have been retaliated against because I previously filed a charge of discrimination with the EEOC (charge no. 410-2006-01718), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED JUN 1 4 2006 EEOC-ATDO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Jun 14, 2006
Date — Charging Party Signature: /s/ Donald Jones

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 410-2006-02081 |

RECEIVED JUL 24 2006 EEOC-ATDO

and EEOC State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Donald Jones | (679) 360-1505 | 05-21-1942 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 261, Red Oak, GA 30272 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WACKEN HUT | 500 or More | |

| Street Address | City, State and ZIP Code |
|---|---|
| 101 Aguila Way, Austell, GA 30168 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE    ☐ COLOR    ☐ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN
☒ RETALIATION    ☒ AGE    ☐ DISABILITY    ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-12-2006    Latest: 07-21-2006

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

This is an amended charge of employment discrimination. The initial charge was timely filed on June 14, 2006.

I. I have been employed by the above-named employer since February 23, 2003, as a Security Officer. I have been retaliated against for having previously filed a charge of discrimination with the EEOC in that wages were deducted from my paycheck. On July 21, 2006, I was suspended without pay for three days.

II. Ms. Linda LNU, Payroll Manager, advised me that my supervisor, Jennifer Turner, instructed payroll to make the overpayment deduction. Ms. Turner told me that I was suspended for sleeping on the job.

III. I believe that I have been retaliated against because I previously filed a charge of discrimination with the EEOC (charge no. 410-2006-01718) in violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act of 1967, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Jul 24, 2006      *Donald Jones* (signature)
Date      Charging Party Signature