# EXHIBIT A

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:07-CV-0567-CC-RGV |
| | ) |
| WACKENHUT % GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF THERESA A. KIRBY

1.

I, Theresa A. Kirby, am of majority age, competent to testify and provide this Declaration based on personal knowledge of facts I know to be true and correct.

2.

I am currently employed with The Wackenhut Corporation ("Wackenhut") as a Human Resources Manager. I work at the Wackenhut branch office located at 1100 Circle 75 Parkway, Suite 4700, Atlanta, Georgia 30309 (the "branch office"). My employment with Wackenhut began in March 2003.

3.

During my employment with Wackenhut, I have become personally acquainted with Donald Jones, who was formerly employed with Wackenhut as a security officer.

4.

On or about March 19, 2007, I observed Mr. Jones in the lobby at Wackenhut's branch office. He hand-delivered a package containing his Complaint in the above-captioned civil action.

5.

On March 21, 2007, I received, via regular mail, an envelope postmarked March 20, 2007, from Mr. Jones containing the original, clerk-stamped Summons (with the raised seal from the Court Clerk's office) for this civil action. The return of service portion of that Summons was blank and was not signed by a process server. Attached hereto as Exhibit 1 are true and correct copies of the Summons and envelope that I received from Mr. Jones on March 21, 2007.

6.

Other than the Complaint that was hand delivered by Mr. Jones on March 19, 2007, Wackenhut has not been served with any other copies of Mr. Jones'

Complaint. To the best of my knowledge, Wackenhut has not received any documents from David K. Pittman concerning this action.

Executed on this 5th day of April, 2007.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Theresa A. Kirby   4/5/07

# EXHIBIT 1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __Georgia__

Donald Jones

V.

Wackenhut c/o Google Inc

**SUMMONS IN A CIVIL ACTION**

**CASE NUMBER:** 1:07-CV-0567

TO: (Name and address of Defendant)

Wackenhut c/o Google Inc
1100 Circle 75 Pkwy #470
Atlanta GA 30339

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Donald Jones
P.O. 261
Red Oak, GA 30272

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                12 MAR 2007
CLERK                          DATE

(By) DEPUTY CLERK

%AO 440 (Rev 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                   *Date*

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Donald Jones
PO Box 261
Red Oak, GA 30272

WAcKeN HuT
1100 Circle 75 PaRKWAy #470
ATlanta GA 30339

