IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:07-CV-0567-CC-RGV |
| | ) |
| WACKENHUT % GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF JAMES P. FERGUSON, JR.

COMES NOW James P. Ferguson, Jr. and respectfully enters his appearance as counsel of record for Defendant The Wackenhut Corporation (incorrectly identified in Plaintiff's Complaint as "Wackenhut % Google Inc.") (hereinafter "Defendant"). Mr. Ferguson joins Terry P. Finnerty, who is lead counsel in this matter, as counsel for Defendant. All further communications, correspondence and orders may be directed to defense counsel at the address reflected below:

> Terry P. Finnerty
> James P. Ferguson, Jr.
> DUANE MORRIS LLP
> 1180 West Peachtree Street
> Suite 700
> Atlanta, Georgia 30309
> (404) 253-6900 (telephone)
> (404) 253-6901 (facsimile)
> tpfinnerty@duanemorris.com (email)
> jpferguson@duanemorris.com (email)

DM2\1104048.1

Respectfully submitted this 5th day of April, 2007.

s/ James P. Ferguson, Jr.
James P. Ferguson, Jr.
Georgia Bar No. 258743
DUANE MORRIS LLP
1180 West Peachtree Street
Suite 700
Atlanta, GA  30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)
jpferguson@duanemorris.com

Attorney for Defendant
The Wackenhut Corporation

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that this filing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia.  Counsel hereby states that this filing has been typed in Times New Roman 14 font.

s/ James P. Ferguson, Jr.
James P. Ferguson, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:07-CV-0567-CC-RGV |
| ) | |
| WACKENHUT % GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2007, I electronically filed the foregoing **NOTICE OF APPEARANCE OF JAMES P. FERGUSON, JR.** with the Clerk of Court using the CM/ECF system.

I further certify that on this 5th day of April, 2007, I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> Donald Jones
> 4550 Washington Road, #6A
> College Park, Georgia  30349

> Donald Jones
> P.O. Box 261
> Red Oak, Georgia  30272

/s/ James P. Ferguson, Jr.
James P. Ferguson, Jr.

Attorney for Defendant
The Wackenhut Corporation

DM2\1104048.1