FILED IN CLERK'S OFFICE
U.S.D.C.  Atlanta

APR 1 7 2007

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk

## IN THE UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONALD JONES

    **Plaintiff**

                           Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
    Defendant

## PLAINTIFF RESPONSE TO DEFENDANT'S MOTION TO DISMISS

The defendant is saying in a declaration of Ms. Theresa A. Kirby that the plaintiff and not the process server Mr. Diavd K. Pittman service the complaint. Ms. Kirby is perjury herself and is under penalty. The defendant is saying that he did not receive a copy of the summons. The plaintiff who is a pro-se made a honest mistake a copy of the summons is in the mail certified.

      **WHEREFORE,** Plaintiff prays that this District court of Georgia;
      (A) Put the declaration of Ms. Teresa A. Kirby under scrutiny.
      (B) If Ms. Kirby perjury she must be penalize.
      (C) Dismiss the defendant case if the foregoing is truth.

           Respectfully submitted this _11_ th day of April 2007

                  *[signature]*
           P.O. Box 261
           Red Oak, GA 30272
           (678) 360-1505