FILED IN CLERK'S OFFICE
U.S.D.C.  Atlanta

APR 17 2007

JAMES N. HATTEN, Clerk
By: _JLPinckney_ Deputy Clerk

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DONALD JONES**

**Plaintiff**                                      **Case No: 1:07-CV-0567-CC-RGV**


v.

**WACKENHUT % GOOGLE INC.,**


### CERTFIATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice
by depositing a copy of same in the United States mail with adequate postage thereon to:

> **Terry P. Finnerty**
> **DUANE MORRIS LLP**
> **1180 West Peachtree Street**
> **Suite 700**
> **Atlanta, Georgia 30309**

Dated this _17_ day of April 2007

_Donald Jones_

P.O.Box 261
Red Oak, GEORGIA 30272
(678) 360-1505