IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:07-CV-0567-CC-RGV |
| ) | |
| WACKENHUT % GOOGLE INC., ) | |
| ) | |
|    Defendant. ) | |

## **CERTIFICATE OF INTERESTED PERSONS**

Plaintiff Donald Jones and Defendant The Wackenhut Corporation (incorrectly identified in Plaintiff's Complaint as "Wackenhut % Google Inc.") jointly file, pursuant to Local Rule 3.3, this Certificate of Interested Persons, showing the Court as follows:

1.

The undersigned counsel of record for the parties certify that the following is a full and complete list of all parties in this action:

      Donald Jones
      The Wackenhut Corporation

2.

The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> Milestone Holding One Inc.
> Group 4 Falck International A/S
> Group 4 Holding A/S
> Group 4 Securicor Holdings Limited
> Group 4 A/S
> Manroyal Investments Limited
> Group 4 Securicor Plc

3.

The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> For Plaintiff:
>
> Donald Jones – *pro se*
>
> For Defendant:
>
> Terry P. Finnerty
> James P. Ferguson, Jr.

Respectfully submitted this 1st day of May, 2007.

DUANE MORRIS LLP

s / James P. Ferguson, Jr.
Terry P. Finnerty
Georgia Bar No. 261561
James P. Ferguson, Jr.
Georgia Bar No. 258743

1180 West Peachtree Street
Suite 700
Atlanta, GA  30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)
Attorneys for Defendant
The Wackenhut Corporation

s / Donald Jones
Donald Jones
*Pro Se*

P.O. Box 261
Red Oak, GA  30272
(678) 360-1505 (telephone)
(404) 766-8518 (facsimile)
Plaintiff

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel hereby certifies that this filing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this filing has been typed in Times New Roman 14 count.

                                                    s / James P. Ferguson, Jr.
                                                    James P. Ferguson, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:07-CV-0567-CC-RGV |
| | ) |
| WACKENHUT % GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2007, I electronically filed the foregoing **CERTIFICATE OF INTERESTED PERSONS** with the Clerk of Court using the CM/ECF system.

I further certify that on this 1st day of May, 2007, I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> Donald Jones
> P.O. Box 261
> Red Oak, GA  30272

> s / James P. Ferguson, Jr.
> James P. Ferguson, Jr.
>
> Attorney for Defendant
> The Wackenhut Corporation