FILED IN CLERK'S OFFICE
U.S.D.C.  Atlanta

APR 3 0 2007

JAMES N. HATTEN, Clerk
By: *JRPuckney* Deputy Clerk

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

   Plaintiff

                              Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
   Defendant

## PLAINTIFF RESPONSE TO DEFENDANT'S REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO DISMSS

The plaintiff file the summons with the court that is his proof of service. The defendant file a notice of appearance date April 5,2007 stated that all further communication, correspondence is to by directed to the defendant counsel. The dates on the summons the plaintiff had no clues of the point the defendant is saying. It has no merit.

Respectfully submitted this 30 th day of May,2007.

*Donald Jones*
P.O. Box 261
Red Oak, GA 30272
(678) 360-1505

FILED IN CLERK'S OFFICE
U.S.D.C.  Atlanta

**IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

APR 3 0 2007

JAMES N. HATTEN, Clerk
By: _Ipinch_ Deputy Clerk

**DONALD JONES**

**Plaintiff**

**Case No: 1:07-CV-0567-CC-RGV**

v.

**WACKENHUT % GOOGLE INC.,**

**CERTFIATE OF SERVICE**

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

> **Terry P. Finnerty
> DUANE MORRIS LLP
> 1180 West Peachtree Street
> Suite 700
> Atlanta, Georgia 30309**

Dated this 30 day of May 2007

_Donald Jones_

P.O.Box 261
Red Oak, GEORGIA 30272
(678) 360-1505