IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 0 7 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

DONALD JONES,

    Plaintiff

v.                       Case No. 1:07-CV0567-CC-RGV

WACKENHUT % GOOGLE INC.,

### PLAINTIFF MOTION OF AMENDMENTS TO THE PLEADINGS

The plaintiff filed a join law suit of age discrimination against Wackenhut and there client Google Inc. Wackenhut has not inform Google of this case the plaintiff is asking the court to put this decision of wackenhut under scrutiny.

### CONCLUSION

Wackenhut uses Google representative Mr. J.E. Penifold to made false and defamation allegation to suspension the plaintiff for three (3) days.

Respectfully submitted this 7th day of May 2007.

Donald Jones
P.O.Box 261
Red Oak. GA30272
(678) 360-1505

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 0 7 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

DONALD JONES

Plaintiff                                    Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,

### CERTFIATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

Terry P. Finnerty
DUANE MORRIS LLP
1180 West Peachtree Street
Suite 700
Atlanta, Georgia 30309

Dated this __1__ day of May 2007

_Donald Jones_
P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505