**ORIGINAL**



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 07 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

DOCUMENTS ASSOCIATED
WITH CIVIL CASES PENDING
IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

### I. INITIAL DISCLOSURES

A. Plaintiff's Initial Disclosures.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ATLANTA_____ DIVISION

DONALD JONES

vs.

WACKENHUT % GOOGLE INC.

Civil Action No. 1:07-CV-0567-CC-RGV

### PLAINTIFF'S INITIAL DISCLOSURES

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contentions as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

This is a discrimination case. The defendant retaliation against

the plaintiff for filing a discrimination charge with the EEOC

UNDER title vll

(2) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which plaintiff contends are applicable to this action.   TITLE Vll. Race and age discriminatory

(3) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.) Plaintiff reserves the right to supplement this response at a later date.

(4) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Responses to Initial Disclosures as Attachment B.)  Plaintiff reserves the right to supplement this response at a later.

(5) Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

(6) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)
   Race and age discriminatory. EEOC documents

## Attachment C

1. EEOC case record and document.
2. Documents listed in defendant's discovery responses and disclosed during the course of discovery.

**Attachment D**

1. EEOC case record and document.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
CIVIL DIVISION

Donald Jones

Plaintiff

VS.  Civil Action No.1:05-CV-2381-CC

The Municipal Court of Atlanta

Defendant

## CERTFIATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United states mail with adequate postage thereon to:

**The Municipal court of Atlanta
150 GARNETT ST.,SW
Atlanta, GA. 30303-3612**
                          **Att. Solicitor Office**

Dated this ____ day of November 2005

_____
4701 Flat Shoals RD. #62G
Union City GA, 30291
(770)774-9211