**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORIA
ATANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 18 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

Donald Jones

**PLAINTIFF**

Case No: 1:07-CV-0567-CC-RGV

**VS.**

Wackenhut % Google Inc.

**DEFENDANT**

**MOTION TO CORRECT THE RECORDS**

On May 7, 2007 the plaintiff file a motion with the court and used the wrong certificate of service by mistake the correct certificate was file on the defendant.

_____ (signature)

P.O. Box 261
Red Oak, GA 30272
(678) 360-1505