**☐ ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 18 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

Plaintiff                                    Case No: 1:07-CV-0567-CC-RGV

v.

**WACKENHUT % GOOGLE INC.,**
**Defendant**

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

Terry P. Finnerty
DUANE MORRIS LLP
1180 West Peachtree Street
Suite 700
Atlanta, Georgia 30309

Dated this ___ day of May 2007

_____
P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

Plaintiff                                             Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
Defendant

## CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

        Terry P. Finnerty
        DUANE MORRIS LLP
        1180 West Peachtree Street
        Suite 700
        Atlanta, Georgia 30309

Dated this __18__ day of May 2007

_Donald Jones_
P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505