ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 21 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

Form: Mr. Donald Jones     Case No: 1:07-CV-0567-CC-RGV

To: The UNITED STATE DISTRICT COURT

Dear court,

I am asking the court to use my P.O. Box 261 red Ork GA 30272 address and not my 4550 washington road address.

May 21 2007

Sincerely,

Donald Jones

P.O. BOX 261
Red Oak G.A. 30272
(678) 360-1505