IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 24 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

DONALD JONES,

   Plaintiff

v.                          Case No. 1:07-CV0567-CC-RGV

WACKENHUT,

## PLAINTIFF MOTION FOR THE MAGISTRATE JUDGE'S TO CARIFY IS RECOMMENDATION

The plaintiff is saying in this motion that the recommendation is not clear. Is the magistrate judge saying that Mr. David k.Pittman did not service the complaint on Wackenhut and the plaintiff hand delivered on march 19,2007 himself?

## CONCLUSION

Is the magistrate judge saying the plaintiff an Mr.Pittman perjury themselves like the defendant say?

Respectfully submitted this 24th day of May 2007

_Donald Jones_
P.O Box 261
Red Oak, GA 30272
(678) 360-1505

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAY 24 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

Plaintiff                                    Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
Defendant

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

> Terry P. Finnerty
> DUANE MORRIS LLP
> 1180 West Peachtree Street
> Suite 700
> Atlanta, Georgia 30309

Dated this 24 day of May 2007

_____
P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505