AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern _____ District of ____ Georgia ____

Donald Jones

V.

Wackenhut

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-567-CC-RGV

TO: (Name and address of Defendant)

Wackenhut
1100 Circle 75 Pkwy #410
Atlanta GA 30339

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald Jones
P.O. 261
Red Oak, GA 30272

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**JAMES N. HATTEN**                          01 JUN 2007
CLERK                                        DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern _____ District of  Georgia _____

Donald Jones

V.

Googie, Inc

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07-cv-567-CC RGV

TO: (Name and address of Defendant)  Googie
101 Aquita Way  Austall GA 30168

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald Jones
P.O. 261
Red Oak GA 30272

an answer to the complaint which is served on you with this summons, within \_\_\_20\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                                 01 JUN 2007
CLERK                                            DATE

(By) DEPUTY CLERK