IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. |
| vs. | : 1:07-CV-0567-CC-RGV |
| WACKENHUT % GOOGLE INC., | : |
| Defendant. | : |

## **ORDER**

This matter is before the Court on Defendant's Motion to Dismiss [Doc. No. 4]. Magistrate Judge Russell G. Vineyard issued a Report and Recommendation on May 11, 2007, recommending that the Motion to Dismiss be denied without prejudice. The record reflects that no objections to the Report and Recommendation have been filed.[1]

After careful review, the Court finds that the Report and Recommendation is correct both in fact and in law. Accordingly, the Court **ADOPTS** the Report and Recommendation as the **ORDER** of this Court and **DENIES** Defendant's Motion to Dismiss [Doc. No. 4] **without prejudice**.

SO ORDERED this 5th day of June, 2007.

*s/ CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

---

[1] While no objections to the Report and Recommendation have been filed, Plaintiff Donald Jones filed a document entitled "Plaintiff Motion For The Magistrate Judge's To Carify Is Recommendation." Magistrate Judge Vineyard denied that motion in an Order entered on May 30, 2007.