AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern _____ District of  Georgia

Donald Jones

V.

Google, Inc

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-567-CC RGV

TO: (Name and address of Defendant)  Google

101 Aquita Way  Austall GA 30168

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald Jones

P.O. 261

Red Oak GA 30272

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN

0 1 JUN 2007

CLERK                                    DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-01-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID B. PITTMAN | Friend |

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 05 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-1-7
              Date

Signature of Server: _David B. Pittman_

Address of Server: 345 Troy St. S.W.

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.