## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONALD JONES,                          )
                                   )
    Plaintiff,           )
                                   )    CIVIL ACTION FILE
v.                                     )
                                   )    NO. 1:07-CV-0567-CC-RGV
                                   )
GOOGLE, INC.,                          )
                                   )
    Defendant.           )

## <u>DEFENDANT GOOGLE, INC.'S MOTION TO DISMISS</u>

COMES NOW Defendant Google, Inc. ("Google"), through counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6) and respectfully requests that this Court dismiss Plaintiff Donald Jones' ("Plaintiff" or "Jones") Complaint for failure to state a claim upon which relief may be granted. As more fully described in Google's accompanying Memorandum of Law in Support of this Motion, Plaintiff is unable to state a claim against Google for age or race discrimination due to his failure to exhaust his administrative remedies. Accordingly, Google respectfully requests that this Court dismiss Plaintiff's Amended Complaint, and grant Google all other relief which this Court may deem just and proper.

Respectfully submitted, this the 11th day of June, 2007.

WOMBLE CARLYLE SANDRIDGE & RICE,
PLLC


By:    /s/  Jonathon A. Fligg                
    Jonathon A. Fligg
    State Bar No. 266402

One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 962-7541 direct phone
(404) 870-8186 direct fax


Charles A. Edwards, GA Bar No. 240300
Theresa Sprain, NCSB No. 24540 (will be
    filing pro hac vice application)
Womble Carlyle Sandridge & Rice, PLLC
150 Fayetteville Street
Raleigh, NC  27601
Phone:  (919) 755-2100
Fax:  (919) 755-2150

**Attorneys for Defendant Google, Inc.**

## CERTIFICATE OF TYPE SIZE AND STYLE

Counsel for Defendant Google, Inc. hereby certifies that the size and style of

type used in the foregoing **DEFENDANT GOOGLE, INC.'S MOTION TO**

**DISMISS** is Times New Roman: 14 point.

WOMBLE CARLYLE SANDRIDGE & RICE,
PLLC

By:   /s/  Jonathon A. Fligg

One Atlantic Center, Suite 3500          Jonathon A. Fligg
1201 West Peachtree Street               State Bar No. 266402
Atlanta, Georgia 30309
(404) 962-7541 direct phone              **Attorneys for Defendant Google, Inc.**
(404) 870-8186 direct fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 11, 2007, a true and correct copy of the within and foregoing **DEFENDANT GOOGLE, INC.'S MOTION TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James P. Ferguson, Jr., Esq.
Terry Patrick Finnerty, Esq.
ATTORNEYS FOR WACKENHUT
Duane Morris
1180 West Peachtree Street, N.W.
Suite 700
Atlanta, GA 30309-3448

and by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

Donald Jones, Pro Se
P.O. Box 261
Red Oak, GA  30272

This 11th day of June, 2007.

    /s/ Jonathon A. Fligg
Jonathon A. Fligg
State Bar No. 266402

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 962-7541- direct phone
(404) 870-8186 direct fax