FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUN 20 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

DONALD JONES
   Plaintiff

v.                 Case No. 1: 07-CV-0567-CC-RGV

GOOGLE, INC
   Defendant

### PLAINTIFF ANSWER TO DEFENDANT GOOGLE,INC.'S MOTION TO DISMISS

The defendant in his statement of facts is unclean the complaint is complete. The plaintiff sue is for retaliation. The defendant in his argument is saying the plaintiff did not yours his administrative remedies an then says he was not a Google employee therefore he had no remedies. The defendant argument it has no merit.

Respectfully submitted this 20th day June, 2007.

_____
P.O. Box 261
Red Oak, GA. 30272
(678) 360-1505