FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 2 0 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DONALD JONES**

**Plaintiff**                                    Case No: 1:07-CV-0567-CC-RGV

v.

**WACKENHUT % GOOGLE INC.,**
**Defendant**

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

> Terry P. Finnerty
> DUANE MORRIS LLP
> 1180 West Peachtree Street
> Suite 700
> Atlanta, Georgia 30309

Dated this 20 day of June 2007

_____
P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505