# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:07-CV-0567-CC-RGV |
| ) | |
| GOOGLE, INC., ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF INTERESTED PERSONS**

Plaintiff Donald Jones, Defendant The Wackenhut Corporation and Defendant Google, Inc. jointly file, pursuant to Local Rule 3.3, this Certificate of Interested Persons, showing the Court as follows:

1.

The undersigned counsel of record for the parties certify that the following is a full an complete list of all parties in this action:

Donald Jones
The Wackenhut Corporation
Google, Inc.

2.

The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations

(including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

>Milestone Holding One, Inc.
>Group 4 Falck International A/S
>Group 4 Holding A/S
>Group 4 Securicor Holdings Limited
>Group 4 A/S
>Manroyal Investments Limited
>Group 4 Securicor Plc

3.

The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

>For Plaintiff:
>
>Donald Jones – *pro se*
>
>For Defendant The Wackenhut Corporation:
>
>Terry P. Finnerty
>James P. Ferguson, Jr.
>
>For Defendant Google, Inc.
>
>Jonathon A. Fligg
>Charles A. Edwards
>Theresa M. Sprain *(pro hac vice application to be filed)*

Respectfully submitted, this the 22nd day of June, 2007.

|  |  |
|---|---|
|  | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
|  | By: /s/ Jonathon A. Fligg |
| One Atlantic Center, Suite 3500 | Jonathon A. Fligg |
| 1201 West Peachtree Street | Georgia Bar No. 266402 |
| Atlanta, Georgia 30309 |  |
| (404) 962-7541 direct phone |  |
| (404) 870-8186 direct fax |  |
|  | Charles A. Edwards |
|  | Georgia Bar No. 240300 |
|  | Theresa Sprain |
|  | NCSB No. 24540 (will be filing pro hac |
| 150 Fayetteville Street | vice application) |
| Raleigh, NC 27601 | WOMBLE CARLYLE SANDRIDGE & RICE, |
| Phone: (919) 755-2100 | PLLC |
| Fax: (919) 755-2150 |  |
|  | **Attorneys for Defendant Google, Inc.** |
|  | DUANE MORRIS, LLP |
|  | By: /s/ Terry P. Finnerty |
|  | Terry Patrick Finnerty |
| 1180 West Peachtree Street, N.W. | Georgia Bar No. 261561 |
| Suite 700 | James P. Ferguson, Jr. |
| Atlanta, GA 30309-3448 | Georgia Bar No. 258743 |
| Phone: (404) 253-6900 |  |
| Fax: (404) 253-6901 | **Attorneys for Defendant The Wackenhut Corporation** |

*[Signatures of the Parties continue on next page]*

- 4 -

       /s/  Donald Jones
Donald Jones
*Pro Se Plaintiff*
P.O. Box 261
Red Oak, GA  30272
Phone:  (678) 360-1505
Fax:  (404) 766-8518

## CERTIFICATE OF TYPE SIZE AND STYLE

Counsel for Defendant Google, Inc. hereby certifies that the size and style of type used in the foregoing **CERTIFICATE OF INTERESTED PERSONS i**s Times New Roman: 14 point.

                                        WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

                                        By:  /s/ Jonathon A. Fligg
                                              Jonathon A. Fligg

One Atlantic Center, Suite 3500      State Bar No. 266402
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 962-7541 direct phone        **Attorneys for Defendant Google, Inc.**
(404) 870-8186 direct fax

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on June 22, 2007, a true and correct copy of the within and foregoing **CERTIFICATE OF INTERESTED PERSONS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

James P. Ferguson, Jr., Esq.
Terry Patrick Finnerty, Esq.
ATTORNEYS FOR THE WACKENHUT CORPORATION
Duane Morris
1180 West Peachtree Street, N.W.
Suite 700
Atlanta, GA 30309-3448

and by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

Donald Jones, Pro Se
P.O. Box 261
Red Oak, GA  30272

      This 22nd day of June, 2007.

                                           /s/ Jonathon A. Fligg
                                         Jonathon A. Fligg
                                         State Bar No. 266402

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 962-7541- direct phone
(404) 870-8186 direct fax

WCSR  3630946v1