ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 27 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATANTA DIVISION

DONALD JONES

    Plaintiff

v.                                                    Case No. 1:07-CV-0567-CC-RGV

Wackenhut

    Defendant

## PLAINTIFF MOTION OF OBJECTION OF
## MAGISTRATE DENIED PLAINTIFF MOTION

The plaintiff file's a motion for the magistrate judge to carify is recommendation and it was denied. The plaintiff is saying that the defendant had perjury themselves by saying the plaintiff hand delivering the complaint. The plaintiff is filing a affidavit of Mr. David Pittman. The plaintiff ask the court in his response to the defendant motion to dismiss to put the declaration of Ms. Teresa Kirby under scrutiny.

## CONCLUSION

The magistrate judge said the plaintiff did not ask for relief the plaintiff had ask the court to penalize Ms. Kirby if she perjury. And dismiss the defendant case if the foregoing is truth. This is the request of relief for the plaintiff.

Respectfully submitted this 26th day of June 2007.

_____
Donald Jones
P.O. Box 261
Red Oak, GA 30272
(678) 360-1505