**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C.
JUN 27 2007
JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES,

    Plaintiff

v.                    Case No: 1:07-CV-0567-CC-RGV

WACKENHUT

    Defendant

### AFFIDAVIT OF DAVID B. PITTMAN

1.

I, David B. Pittman am of majority age, competent to testify. This affidavit is based upon my personal knowledge.

2.

I am the process server in the above case.

3.

On March 19, 2007 I hand-delivered a package containing the complaint in the above-captioned civil action.

Executed on this 26 day of June, 2007.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
David B. Pittman

Sworn to and subscribed before me
this 26th day of June, 2007

_____
Notary Public
Notary Public, Fulton County, Georgia
My Commission Expires June 19, 2009