ORIGINAL

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

Plaintiff                                    Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
Defendant

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

>   Terry P. Finnerty
>   DUANE MORRIS LLP
>   1180 West Peachtree Street
>   Suite 700
>   Atlanta, Georgia 30309

Dated this 26 day of June 2007

_____
P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JUN 27 2007
JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk