AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Northern_ _____    District of    _Georgia_ _____

Donald Jones

V.

Wackenhut

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  1:07 - cv-567-CCRGV

TO: (Name and address of Defendant)

Wackenhut
1100 Circle 75 Pkwy #470
Atlanta GA 30339

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald Jones
P.O. Box 261
Red Oak, GA 30272

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                                      29 JUN 2007
_____                       _____
CLERK                                                        DATE

_____
(By) DEPUTY CLERK