FILED
RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 02 2007

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DONALD JONES

    Plaintiff,

v.                                   Case No. 1:07-CV-0567-CC-RGV

GOOGLE, INC.,

## MOTION TO APPEAL RECOMMENDATION OF THE MAGISTRATE JUDGE

The magistrate recommendation is bias an is not the first order by the magistrate that is prejudiced. The plaintiff is asking the magistrate Judge to withdrawn from this case. The defendant wackenhut wrote a motion on June 28,2007 saying that the plaintiff objection was not in a timely manner to the magistrate recommendation. The plaintiff wrote his motion to the court to show proof that the declaration of Ms.Teresa Kirby was perjury. The plaintiff file a affidavit of Mr.Pittman. If the defendant file a false declaration the court must put it under scrutiny. The plaintiff is saying the declaration of Ms.Kirby was perjury

**WHEREFORE,** Plaintiff prays that this District court of Georgia;
(A) Remove Magistrate Judge Russell G. Vineyard for it would be a travesty of justice to dismiss this case against Google.
(B) Put the defendant's declaration under scrutiny.

Respectfully submitted this _2_ th day of July.

[signature: Donald Jones]

P.O. Box 261
Red Ork, GA 30272
(678) 360-1505

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

Plaintiff                                    Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
Defendant

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

WOMBLE CARLYLE SANDRIDGE
1201 West Peachtree Street

Atlanta, Georgia 30309

Dated this 2 day of July 2007.

*Donald Jones*

P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505