AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of GEORGIA

DONALD JONES

V.

WACKENHUT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-CV-567-CC RGV

TO: (Name and address of Defendant)

WACKENHUT
1100 CIRCLE 75 PKWY #470
ATLANTA GA 30339

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DONALD JONES
P.O. BOX 261
RED OAK, GA 30272

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAMES N. HATTEN                              29 JUN 2007
CLERK                                         DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-2-7 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID B. PITTMAN | Friend |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 02 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-2-7
             Date

Signature of Server: David B. Pittman

Address of Server: 345 Troy St. S.E.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.