FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 1 6 2007

JAMES N. HATTEN, Clerk
By: JKPinckney Deputy Clerk

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATANTA DIVISION

DONALD JONES

    Plaintiff,

Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,

    Defendant.

## PLAINTIFF ANSWER TO DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant wrote twenty-eighth defense in the above case. The plaintiff fail upon which relief can be granted, He did not file in 90 days, He was not harmed in the manner or to the extent alleged. There is no merit to the defendant defense. In the defendant response to enumerated allegations he routine denied everything.

Respectfully submitted this 16 th day of July 2007

Donald Jones
P.O. Box 261
Red Oak   GA. 30272
(678) 360-1505

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 16 2007

JAMES N. HATTEN, Clerk
By: JKPinckny Deputy Clerk

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

Plaintiff                                    Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
Defendant

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

DUANE MORRIS LLP
1180 West Peachtree Street
Suite 700
Atlanta, Georgia 30309

Dated this 16 day of July 2007

_Donald Jones_

P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505