FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 1 6 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

Plaintiff                                   Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE, INC.,
Defendant

## AMENDMENT OF CERTIFICATE OF SERVICE

The plaintiff in the above case as the court to amendment the certificate of service.

Dated this 16 day of July 2007.

_Donal Jons_
P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505