IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 1:07-CV-0567-CC-RGV |
| WACKENHUT % GOOGLE INC., | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007, a true and exact copy of the foregoing **DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF** was served upon Plaintiff via U.S. mail and addressed as follows:

Donald Jones
P. O. Box 261
Red Oak, Georgia  30272

s/ James P. Ferguson, Jr.
James P. Ferguson, Jr.
Georgia Bar No. 258743

DUANE MORRIS LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia  30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)

Counsel for Defendant
The Wackenhut Corporation