IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONALD JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No:  1:07-CV-0567-CC-RGV |
| | ) | |
| WACKENHUT % GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2007, a true and exact copy of the foregoing **DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** was served upon Plaintiff via first-class mail, postage prepaid, and addressed as follows:

Donald Jones
P.O. Box 261
Red Oak, Georgia  30272

s / James P. Ferguson, Jr.
James P. Ferguson, Jr.
Georgia Bar No. 258743

Duane Morris LLP
1180 West Peachtree Street
Suite 700
Atlanta, Georgia  30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)

Counsel for Defendant
The Wackenhut Corporation

DM2\1204992.1

Dockets.Justia.com