IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, | ) |
|     Plaintiff, | ) |
| v. | )   Case No: 1:07-CV-0567-CC-RGV |
| WACKENHUT % GOOGLE INC., | ) |
|     Defendant. | ) |

### NOTICE OF SERVICE OF THIRD PARTY SUBPOENAS FOR DOCUMENTS

COMES NOW Defendant The Wackenhut Corporation and hereby notifies Plaintiff that Arko Executive Services, Inc. and U.S. Security Associates have been served with Subpoenas for documents in the above-captioned matter. Copies of the Subpoenas are attached hereto as Exhibits A and B.

Respectfully submitted this 15th day of August, 2007.

/s/ James P. Ferguson, Jr.
Terry P. Finnerty
Georgia Bar No. 261561
James P. Ferguson, Jr.
Georgia Bar No. 258743
DUANE MORRIS LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)

Attorneys for Defendant
The Wackenhut Corporation

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this filing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this filing has been typed in Times New Roman 14 count.

/s/ James P. Ferguson, Jr.
James P. Ferguson, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:07-CV-0567-CC-RGV |
| | ) |
| WACKENHUT % GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2007, I electronically filed the foregoing **NOTICE OF SERVICE OF THIRD PARTY SUBPOENAS FOR DOCUMENTS** with the Clerk of Court using the CM/ECF system, which will cause this document to be served on counsel for Google.

I further certify that on this on this 15th day of August, 2007, I mailed by United States Postal Service the document to the following non-CM/ECF participant:

Donald Jones
P.O. Box 261
Red Oak, Georgia  30272

/s/ James P. Ferguson, Jr.
James P. Ferguson, Jr.
Attorney for Defendant
The Wackenhut Corporation