# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONALD JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:07-CV-0567-CC-RGV |
| | ) | |
| WACKENHUT % GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

COMES NOW Defendant The Wackenhut Corporation ("Wackenhut" or "Defendant"), and requests that Plaintiff Donald Jones ("Plaintiff"), answer these Interrogatories, under oath, in accordance with Rule 33 of the Federal Rules of Civil Procedure. Your written responses are due within thirty-three (33) days and should be sent to Wackenhut's attorneys at the address listed below. Please note that, pursuant to the Federal Rules of Civil Procedure, you are under a continuing duty to supplement your responses.

## **INTERROGATORIES**

1.

Identify all persons you have interviewed or obtained statements from regarding your allegations against Wackenhut. For each person, please provide that person's address and telephone number.

2.

Identify all persons who have knowledge about your allegations against Wackenhut. For each person, please provide that person's address and telephone number.

3.

For each person identified in response to Interrogatory No. 2 above, state the basic facts or claims of which that person has knowledge.

4.

Identify any current or former employee of Wackenhut with whom you have discussed your lawsuit. For each person, please provide that person's address and telephone number.

5.

Identify all documents and exhibits that you will use at trial.

6.

Identify the damages (including monetary amounts) that you are seeking from Wackenhut.

7.

List the income that you have received since June 1, 2006 and identify the sources of your income.

8.

List any employers with whom you sought employment since June 1, 2006, including the dates of your applications and the results of your applications (i.e., if you were offered a job; if you were denied the position you applied for, etc.).

9.

List all of your employers since June 1, 2006, including their addresses, telephone numbers, your immediate supervisor's name, your dates of employment, and the reasons for leaving each employer.

10.

If you claim damages for emotional distress or suffering, please identify any physician, psychiatrist, psychologist, therapist or counselor that you have consulted with or been treated by within the last ten (10) years.

11.

Identify all medical doctors, physical therapists, nurses, psychologists, psychiatrists, and other medical professionals you have seen as a result of Wackenhut's actions.

12.

Identify all lawsuits in which you have been involved within the last ten (10) years, including civil lawsuits, criminal actions, divorce proceedings, bankruptcy proceedings or administrative proceedings. For each case, please state the names of the parties, the court in which the matter was pending, the case number, and the end result of the case.

This 16th day of July, 2007.

DUANE MORRIS LLP

_____
Terry P. Finnerty
Georgia Bar No. 261561
James P. Ferguson, Jr.
Georgia Bar No. 258743

1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)

Counsel for Defendant
The Wackenhut Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:07-CV-0567-CC-RGV |
| ) | |
| WACKENHUT % GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2007, a true and exact copy of the foregoing **DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF** was served upon Plaintiff via U.S. mail and addressed as follows:

Donald Jones
P. O. Box 261
Red Oak, Georgia  30272

s/ James P. Ferguson, Jr.
James P. Ferguson, Jr.
Georgia Bar No. 258743

DUANE MORRIS LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia  30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)

Counsel for Defendant
The Wackenhut Corporation