# EXHIBIT C

Dockets.Justia.com

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATANTA DIVISION

DONALD JONES

    Plaintiff                Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
    Defendant

### PLAINTIFF ANSWER TO DEFENDANT FIRST SET OF INTERROGATORIES

**1.**

Because this is a retaliation discrimination case and the plaintiff was harass with malice the plaintiff will as for a order of protection for all persons who will come forward. The plaintiff will first get the order and then interviewed.

**2.**

See answer to interrogatory 1.

**3.**

See answer to interrogatory 1.

**4.**

See answer to interrogatory 1.

**5.**

You know and had the documents and exhibits.

**6.**

The damages and the monetary amounts is in the TITLE VII COMPLAINT.

**7.**

The plaintiff objection to interrogatory 7. On the ground that this is a retaliation discrimination case. And the plaintiff fear more retaliation.

8.

See Answer to interrogatory 7.

9.

See Answer to interrogatory 7.

10.

The plaintiff objection to the ten(10) years period. The plaintiff suffering emotional distress for lost wages he had no money to see therapist or counselor etc.

11.

See Answer to interrogatory 10.

12.

The plaintiff objection to the ten(10) years period. The plaintiff objection to interrogatory 12 for it a witch hunt.

This 23 day of July, 2007.

*/signature/*

P.O. Box 261
Red Oak. GA 30272
(678) 360-1505