**EXHIBIT D**

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATANTA DIVISION

DONALD JONES

    Plaintiff

                             Case 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
    Defendant

### PLAINTIFF ANSWER TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION DOCUMENTS

1.

You had all the document.

2.

You had all the document.

3.

See answer to interrogatory 1.

4.

See answer to interrogatory 12.

5.

See answer to interrogatory 5.

6.

See answer to interrogatory 12.

7.

See answer to interrogatory 10.

8.

See answer to interrogatory 10.

9.

You had all the documents.

10.

You had all the documents.

11.

You had all the documents.

12.

See answer to interrogatory 12.

This 23 day of July, 2007.

*Donald Fox*

P.O.Box 261
Red Oak. Ga 30272
(678) 360-1505