# EXHIBIT F

Dockets.Justia.com

DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

JAY P. FERGUSON, JR.
DIRECT DIAL: 404.253.6932
E-MAIL: jpferguson@duanemorris.com

www.duanemorris.com

August 21, 2007

**Via Certified Mail**

Donald Jones
P.O. Box 261
Red Oak, GA 30272

Re:    **Donald Jones v. The Wackenhut Corporation;**
       **Civil Action No. 1:07-CV-0567-CC-RGV**

Dear Mr. Jones:

On August 2, 2007, I wrote you requesting supplementation of your responses to Wackenhut's written discovery requests. To date, I have not received any response to my August 2 letter and have not received any supplemental discovery responses from you. If I have not received your supplemental discovery responses (and all of the documents that we have requested) by August 31, Wackenhut will file a motion to compel regarding your discovery indiscretions shortly thereafter.

Lastly, we would like to conduct your deposition in late September or October. Please provide me with several dates in late September or October for your deposition. If you have any questions about these issues, please contact me at (404) 253-6932.

Very truly yours,

Jay P. Ferguson, Jr.

JPF/dhw

cc:    Terry P. Finnerty, Esq.