ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 26 2007

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES N. HATTEN, Clerk
By: Deputy Clerk

DONALD JONES,

    Plaintiff,

v.                             Case No: 1:07-CV-0567-CC-RGV

WACKENHUT % GOOGLE INC.,

    Defendant.

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
RESPONSE TO "PLAINTIFF MOTION TO ASK
THE COURT TO INTERVENE IN THE DISCOVERY"**

The defendant say that the plaintiff produce twenty-one(21) pages to the defendant to date the defendant only produce six (6) pages and refuse to send more, not what the plaintiff ask for only what he want to give. The defendant say "is overly broad, unduly burdensome and seeking irrelevant information are it already been provided to you" see exhibit A. Defendant say because he believe the plaintiff is a "career plaintiff" he apointed himself judge and jury. The defendant want to know all the lawsuits the plaintiff file in ten(10) years. The defendant is also calling the plaintiff a criminal. He says he has

no evidence but " after-acquired evidence". The defendant is saying the plaintiff recently-filed bankruptcy and want to know if he file again. You can only file bankruptcy once every seven (7) years and he a lawyer. Defendant interrogatories No.4, 5,6,12, is a witch hunt. Defendant interrogatories No. 1,2,9,10. Rule 36(D)" there was other good reason for the failure to admit". The defendant want to over burdensome the plaintiff he has the records he is harassing the plaintiff. Interrogatories No.11 the defendant say that the plaintiff produce twenty-one (21) pages. The defendant file false declaration that of Ms. Teresa Kirby an is calling the plaintiff defamation names an a criminal. The defendant must prove the plaintiff is a "career plaintiff " an a criminal. This is prove that the witnesses need a protective order.

WHEREFORE, Plaintiff prays that this United States District Court,
(a) Intervene in the discovery.
(b) Put the allegation of criminal and career plaintiff under scrutiny.
(c) Dismiss the defendant case if the allegation is false.
(d) Grant a order of protective for the witnesses.
(e) Grant such other and further relief as the court deems just and proper.

*Donald Jones* (signature)

# EXHIBIT A

**The Wackenhut Corporation**
**Atlanta Area Office - Google client sites (00098822 & 0070371)**
**Employee Listing 3/28/04 through 7/31/07**

| Employee Name | Job Title | Race | Birth Date | Termination Reason |
|---|---|---|---|---|
| Allen, Aneesah | Upgraded Security Officer | Black or African American | 08-17-1978 | |
| Allen, Evon | Custom Protection Officer | Black or African American | 12-01-1949 | |
| Arrington, Nicol | Upgraded Security Officer | Black or African American | 02-22-1972 | |
| Askew, John C | Upgraded Security Officer | Black or African American | 03-30-1964 | |
| Atkins, Darrell D | Custom Protection Officer | Black or African American | 08-03-1963 | I06-Violation Plcy,Reg,Pst Ord |
| Attaway, Jimmie R | Upgraded Security Officer | White | 07-10-1950 | |
| Austin, Ronald | Upgraded Security Officer | Black or African American | 08-24-1967 | |
| Ave, Ahmad R | Custom Protection Officer | Black or African American | 01-30-1985 | |
| Awe, Amos A | Upgraded Security Officer | Black or African American | 03-11-1968 | V02-Personal Reasons |
| Ballard, Demetrick S | Upgraded Security Officer | Black or African American | 08-29-1983 | |
| Barnes, Chemeka | Upgraded Security Officer | Black or African American | 11-27-1977 | V01-Other Employment |
| Barras, Donna | Security Officer | Black or African American | 04-06-1961 | |
| Baskin, Michael D | Upgraded Security Officer | Black or African American | 02-12-1966 | V01-Other Employment |
| Bass, Mary B | Upgraded Security Officer | Black or African American | 12-27-1952 | |
| Benjamin, Bernard | Custom Protection Officer | Black or African American | 03-14-1979 | V02-Personal Reasons |
| Bibbs, William D | Upgraded Security Officer | Black or African American | 11-16-1979 | V02-Personal Reasons |
| Blakely, Lakeisha E | Upgraded Security Officer | Black or African American | 11-18-1980 | |
| Bland, Latrista Y | Custom Protection Officer | Black or African American | 06-03-1973 | V04-Absent wo Rpt/Abandoned Jb |
| Bradford, Angeline F | Security Officer | Black or African American | 12-18-1951 | V02-Personal Reasons |
| Bratton, Anita G | Custom Protection Officer | Black or African American | 10-21-1963 | |
| Brown, Allen | Custom Protection Officer | Black or African American | 08-29-1972 | |
| Brown, John | Upgraded Security Officer | Black or African American | 04-07-1962 | |
| Bryant, Rhonda A | Upgraded Security Officer | Black or African American | 12-15-1980 | |
| Buckley, Marion | Security Officer | Hispanic or Latino | 09-18-1979 | I06-Violation Plcy,Reg,Pst Ord |
| Buckley, Sherri L | Upgraded Security Officer | Black or African American | 09-02-1963 | V01-Other Employment |
| Burgess, Avienne M | Custom Protection Officer | Black or African American | 10-13-1983 | V01-Other Employment |
| Burley, Brian E | Custom Protection Officer | Black or African American | 02-13-1979 | |
| Byrd, Athenia | Custom Protection Officer | Black or African American | 07-24-1953 | V01-Other Employment |
| Calhoun, Alicia E | Custom Protection Officer | Black or African American | 03-23-1969 | |
| Campbell, Lonnie M | Security Officer | Black or African American | 03-08-1973 | |
| Canady, Domenic L | Custom Protection Officer | Black or African American | 08-31-1986 | V04-Absent wo Rpt/Abandoned Jb |
| Carpenter, Bernard | Custom Protection Officer | White | 02-06-1957 | |
| Carson, Sherri G | Custom Protection Officer | Black or African American | 02-15-1970 | |
| Celestine, Ikiya | Security Officer | Black or African American | 06-13-1980 | V01-Other Employment |
| Chamorro, Jorge | Custom Protection Officer | Hispanic or Latino | 05-04-1968 | |
| Clark, Gloria | Upgraded Security Officer | Black or African American | 07-16-1956 | |
| Collars, Mary A | Upgraded Security Officer | Black or African American | 02-20-1962 | V02-Personal Reasons |
| Colston, Pamela D | Security Officer | Black or African American | 12-07-1976 | |
| Coq, Pierre | Upgraded Security Officer | Black or African American | 02-23-1961 | |
| Cowart, Willie C | Custom Protection Officer | Black or African American | 01-11-1955 | |
| Crite, Shenell M | Upgraded Security Officer | Black or African American | 09-13-1984 | V02-Personal Reasons |

The Wackenhut Corporation
Atlanta Area Office - Google client sites (00098822 & 0070371)
Employee Listing 3/28/04 through 7/31/07

| Employee Name | Job Title | Race | Birth Date | Termination Reason |
|---|---|---|---|---|
| Cross, Emma | Security Officer | Black or African American | 11-07-1974 | I04-Unexcused Absence/Pr Atten |
| Dahir, Ayeanyle | Upgraded Security Officer | Asian | 12-01-1975 | |
| Davis, Derrick A | Upgraded Security Officer | Black or African American | 05-29-1972 | |
| Davis, Prentiss | Upgraded Security Officer | Black or African American | 03-07-1972 | V01-Other Employment |
| Diallo, Oumar | Upgraded Security Officer | Black or African American | 06-07-1974 | |
| Dickerson, Phonecia | Security Officer | American Indian/Alaskan Nativ | 06-17-1960 | |
| Dillard, Charles R | Site Supv | Black or African American | 07-14-1951 | |
| Dixon, Darrell | Site Supv | Black or African American | 03-16-1956 | V01-Other Employment |
| Dorsey, Najika A | Upgraded Security Officer | Black or African American | 03-18-1977 | |
| Dozier, David K | Site Supv | Black or African American | 02-11-1976 | I05-Tardiness |
| Easy, Geneva A | Custom Protection Officer | Black or African American | 03-27-1966 | V01-Other Employment |
| Ebanks, Donetta R | Upgraded Security Officer | Black or African American | 04-24-1966 | |
| Encarnacion, Juan | Custom Protection Officer | Hispanic or Latino | 12-24-1977 | V01-Other Employment |
| Faius II, Joseph | Upgraded Security Officer | White | 12-19-1977 | V02-Personal Reasons |
| Fountain, Derryl | Upgraded Security Officer | Black or African American | 01-24-1969 | |
| Freeland, Freddie L | Custom Protection Officer | Black or African American | 12-26-1968 | |
| Freeman, Catrina L | Upgraded Security Officer | Black or African American | 04-03-1958 | V04-Absent wo Rpt/Abandoned Jb |
| Fuller, Greg O | Custom Protection Officer | Black or African American | 05-31-1980 | V01-Other Employment |
| Gage, Gregory | Upgraded Security Officer | Black or African American | 11-28-1976 | I06-Violation Plcy,Reg,Pst Ord |
| Gaines, James | Upgraded Security Officer | Black or African American | 07-05-1975 | I06-Violation Plcy,Reg,Pst Ord |
| Gaines, Jessica | Security Officer | Black or African American | 12-21-1969 | |
| Garcia, Carlos | Field Supv | Hispanic or Latino | 01-01-1971 | I06-Violation Plcy,Reg,Pst Ord |
| GASSAMA, LAMIN N | Upgraded Security Officer | Black or African American | 07-05-1962 | |
| Gault, Anthony J | Custom Protection Officer | Black or African American | 10-05-1967 | |
| Gipson, Charneka | Upgraded Security Officer | Black or African American | 11-10-1982 | I08-Unbecoming Conduct/Fighting |
| Glass, Judy | Custom Protection Officer | Black or African American | 05-02-1977 | |
| Glenn, Carolyn V | Custom Protection Officer | Black or African American | 08-18-1954 | |
| Glover, Falisha A | Security Officer | Black or African American | 08-14-1958 | |
| Godfrey, Burkeley U | Upgraded Security Officer | Black or African American | 02-15-1962 | |
| Grant, Keith R | Upgraded Security Officer | Black or African American | 08-26-1975 | V04-Absent wo Rpt/Abandoned Jb |
| Grantham, Kenneth L | Custom Protection Officer | White | 06-15-1965 | |
| Griffin IV, Charlie | Upgraded Security Officer | Black or African American | 12-29-1950 | |
| Hall, Renee' M | Custom Protection Officer | White | 11-17-1971 | |
| Hambrick, Christopher | Upgraded Security Officer | Black or African American | 03-03-1971 | I09-Unacceptable Job Perform |
| Hanks Gates, Corliss A | Custom Protection Officer | Black or African American | 09-19-1973 | |
| Harris, Jay | Upgraded Security Officer | Black or African American | 05-05-1964 | |
| Haynie, Kent | Upgraded Security Officer | Black or African American | 09-09-1959 | |
| Heath, Janifer | Custom Protection Officer | Black or African American | 08-10-1975 | V02-Personal Reasons |
| Hill Jr, Fred | Upgraded Security Officer | Black or African American | 09-24-1977 | V02-Personal Reasons |
| Hill, Fred | Security Officer | Black or African American | 01-03-1951 | V02-Personal Reasons |

**The Wackenhut Corporation**

**Atlanta Area Office - Google client sites (00058822 & 0070371)**

**Employee Listing 3/28/04 through 7/31/07**

| Employee Name | Job Title | Race | Birth Date | Termination Reason |
|---|---|---|---|---|
| Hills, Jabbar A | Upgraded Security Officer | Black or African American | 03-27-1972 | |
| Holland Jr, Otis D | Custom Protection Officer | Black or African American | 10-06-1950 | V01-Other Employment |
| Hollins, Louis C | Upgraded Security Officer | Black or African American | 01-16-1970 | |
| Holmes, Ronnie L | Security Officer | Black or African American | 03-16-1947 | |
| Howell, Shavone R | Upgraded Security Officer | Black or African American | 04-29-1984 | |
| Hsiao, Fan T | Custom Protection Officer | Asian | 12-02-1958 | |
| Hughes, Nathaniel K | Custom Protection Officer | Black or African American | 05-03-1971 | |
| Hussey Sr, Ricardo C | Security Officer | Black or African American | 05-15-1971 | |
| Ingram, Louis N | Upgraded Security Officer | Black or African American | 09-28-1983 | |
| Irving, Rachael | Custom Protection Officer | Black or African American | 09-26-1952 | |
| Jackson, Dimeka S | Upgraded Security Officer | Black or African American | 11-01-1977 | |
| Jackson, Rozairo O | Custom Protection Officer | Black or African American | 06-14-1982 | V04-Absent wo Rpt/Abandoned Jb |
| James, Trinetta | Upgraded Security Officer | Black or African American | 11-11-1968 | |
| Jenkins II, David A | Upgraded Security Officer | Black or African American | 09-15-1981 | V01-Other Employment |
| Johnson, Brian K | Security Officer | Black or African American | 12-18-1970 | V02-Personal Reasons |
| Johnson, Charles E | Upgraded Security Officer | Black or African American | 02-16-1985 | |
| Johnson, Demetrious M | Upgraded Security Officer | Black or African American | 03-02-1966 | |
| Johnson, Emmanuel J | Upgraded Security Officer | Black or African American | 03-09-1983 | |
| Johnson, Jackie N | Upgraded Security Officer | Black or African American | 10-18-1984 | |
| Johnson, Naomi | Upgraded Security Officer | Black or African American | 09-07-1972 | |
| Johnson, Patrick V | Upgraded Security Officer | Black or African American | 03-21-1964 | V01-Other Employment |
| Johnson, Susan M | Security Officer | Asian | 05-13-1965 | |
| Jones, Diane N | Upgraded Security Officer | Black or African American | 07-25-1975 | |
| Jones, Donald | Upgraded Security Officer | Black or African American | 05-21-1942 | V02-Personal Reasons |
| Jones, Sam A | Custom Protection Officer | Black or African American | 03-29-1968 | V02-Personal Reasons |
| Jones, Willie | Upgraded Security Officer | Black or African American | 07-01-1947 | V04-Absent wo Rpt/Abandoned Jb |
| Kamara, Sahr | Upgraded Security Officer | Black or African American | 08-22-1973 | I04-Unexcused Absence/Pr Atten |
| Kelley, Emmett | Upgraded Security Officer | Black or African American | 04-28-1963 | |
| Kenney, Timothy D | Upgraded Security Officer | Asian | 12-05-1976 | I06-Violation Plcy,Reg,Pst Ord |
| Khan, Arbab H | Custom Protection Officer | Black or African American | 04-03-1980 | V02-Personal Reasons |
| Khasidis, Padosta E | Upgraded Security Officer | Black or African American | 09-30-1970 | V02-Personal Reasons |
| King, Dakeba L | Upgraded Security Officer | Black or African American | 08-08-1976 | V02-Personal Reasons |
| King, Enrique | Upgraded Security Officer | Black or African American | 09-13-1972 | |
| King, Lionell | Upgraded Security Officer | Black or African American | 11-09-1960 | I19-Inattentiveness To Duty |
| Kukunda, Alex M | Upgraded Security Officer | Black or African American | 11-17-1969 | |
| Lamptey, Camie | Custom Protection Officer | Black or African American | 06-11-1982 | |
| Lawrence, Carlton A | Upgraded Security Officer | Hispanic or Latino | 01-24-1978 | V02-Personal Reasons |
| Lawrence, Marie M | Custom Protection Officer | Asian | 11-25-1972 | I04-Unexcused Absence/Pr Atten |
| Leachman, William | Custom Protection Officer | White | 01-30-1969 | V02-Personal Reasons |
| Lee, Yolanda R | Upgraded Security Officer | Black or African American | 08-09-1981 | |
| Lewis, Crystal G | Custom Protection Officer | Black or African American | 11-05-1965 | I04-Unexcused Absence/Pr Atten |

**The Wackenhut Corporation**
**Atlanta Area Office - Google client sites (00098822 & 0070371)**
**Employee Listing 3/28/04 through 7/31/07**

| Employee Name | Job Title | Race | Birth Date | Termination Reason |
|---|---|---|---|---|
| Lewis, Katrina C | Upgraded Security Officer | Black or African American | 04-14-1981 | |
| Livingston, Tyeisha | Upgraded Security Officer | Black or African American | 08-22-1973 | V01-Other Employment |
| Lotemo, Vincent | Upgraded Security Officer | Black or African American | 12-26-1966 | |
| Love, Tammy T | Upgraded Security Officer | Black or African American | 06-29-1970 | |
| Lowe, Amadou | Security Officer | Black or African American | 11-12-1958 | V04-Absent wo Rpt/Abandoned Jb |
| Mack, Sheronoa L | Custom Protection Officer | Black or African American | 09-20-1977 | I06-Violation Plcy,Reg,Pst Ord |
| Madeus, Franjuste | Custom Protection Officer | Black or African American | 03-16-1979 | V02-Personal Reasons |
| Marvin, Alfred D | Custom Protection Officer | White | 05-08-1946 | V10-Refusal to Accept Assign |
| Matthews Jr, Melvin | Custom Protection Officer | Black or African American | 08-20-1982 | |
| Mayfield, Ian P | Upgraded Security Officer | Black or African American | 11-24-1979 | |
| Mays, Amar | Upgraded Security Officer | Black or African American | 04-20-1978 | |
| Mays, Demetrius J | Upgraded Security Officer | Black or African American | 01-24-1982 | V01-Other Employment |
| Mays, Tommy | Upgraded Security Officer | Black or African American | 04-18-1967 | V02-Personal Reasons |
| McCrary, Lashica M | Custom Protection Officer | Black or African American | 07-30-1980 | I20-Multiple Reasons |
| McFadden, Michael | Upgraded Security Officer | Black or African American | 12-06-1966 | |
| Mitchell, Keshia | Field Supv | Black or African American | 06-02-1969 | |
| Moore, Joyce M | Upgraded Security Officer | Black or African American | 02-06-1961 | V02-Personal Reasons |
| Morancy, Henry | Security Officer | Black or African American | 12-27-1981 | V01-Other Employment |
| Moses, Eliza C | Upgraded Security Officer | Black or African American | 08-12-1980 | V02-Personal Reasons |
| Mwaura, Peter | Security Officer | Black or African American | 07-25-1948 | |
| Nazario-Romero, Jose | Custom Protection Officer | Hispanic or Latino | 10-14-1976 | |
| Obaze, Edun | Security Officer | Black or African American | 02-24-1981 | |
| Obaze, Osauyi | Security Officer | Black or African American | 11-24-1983 | |
| Obende, Emily | Upgraded Security Officer | Black or African American | 07-21-1969 | |
| Oglesby, Christopher | Custom Protection Officer | Black or African American | 03-26-1971 | V04-Absent wo Rpt/Abandoned Jb |
| Olajide, Samson | Upgraded Security Officer | Black or African American | 11-22-1969 | |
| Otumi, Ernest | Security Officer | Black or African American | 06-07-1976 | V02-Personal Reasons |
| Parker, Russell | Custom Protection Officer | Black or African American | 09-01-1959 | I08-Unbecoming Conduct/Fighting |
| Patterson, Keisha | Custom Protection Officer | Black or African American | 10-01-1972 | |
| Patterson, Michael | Upgraded Security Officer | White | 02-06-1963 | |
| Patterson, Rosalind | Upgraded Security Officer | Black or African American | 04-15-1964 | |
| Pereira, Roberto | Area Supv | Hispanic or Latino | 06-22-1965 | |
| Perry, Sonya | Custom Protection Officer | Black or African American | 11-30-1964 | |
| Persons, Denise | Upgraded Security Officer | Black or African American | 12-10-1957 | V02-Personal Reasons |
| Phillips, Renkica S | Custom Protection Officer | Black or African American | 04-24-1982 | |
| Pierre, Erlande N | Custom Protection Officer | Black or African American | 11-10-1979 | |
| Pitts, Carey | Custom Protection Officer | Black or African American | 02-26-1968 | V01-Other Employment |
| Pope, Stephanie | Upgraded Security Officer | Black or African American | 05-30-1969 | V02-Personal Reasons |
| Powell, Darlene S | Upgraded Security Officer | Black or African American | 03-03-1962 | V02-Personal Reasons |
| Quinn, Denise N | Upgraded Security Officer | Black or African American | 10-14-1976 | V01-Other Employment |
| Ramos, Denise | Custom Protection Officer | Hispanic or Latino | 02-19-1973 | V02-Personal Reasons |

# The Wackenhut Corporation
## Atlanta Area Office - Google client sites (00098822 & 0070371)
### Employee Listing 3/28/04 through 7/31/07

| Employee Name | Job Title | Race | Birth Date | Termination Reason |
|---|---|---|---|---|
| Rashaad, Kamau | Upgraded Security Officer | Black or African American | 06-10-1974 | |
| Raston, Gregory | Upgraded Security Officer | Black or African American | 09-24-1957 | |
| Reeves, Donald H | Upgraded Security Officer | Black or African American | 11-08-1932 | |
| Richardson, Derrick | Upgraded Security Officer | Black or African American | 09-16-1981 | |
| Ricks, Ilka B | Security Officer | Black or African American | 09-10-1980 | |
| Riggins, David M | Custom Protection Officer | Black or African American | 11-19-1982 | V04-Absent wo Rpt/Abandoned Jb |
| Riley, Shanika S | Upgraded Security Officer | Black or African American | 07-21-1983 | |
| Roberts, Myron D | Custom Protection Officer | Black or African American | 04-22-1964 | V02-Personal Reasons |
| Roberts, Stephen | Field Supv | Black or African American | 01-03-1955 | |
| Rocker, Tabatha | Upgraded Security Officer | Black or African American | 10-24-1979 | I20-Multiple Reasons |
| Russell, Eric I | Upgraded Security Officer | Black or African American | 06-19-1978 | |
| Russell, Jermaine M | Custom Protection Officer | Black or African American | 09-20-1982 | I06-Violation Plcy,Reg,Pst Ord |
| Sandford, Elvein D | Custom Protection Officer | Black or African American | 03-03-1975 | V01-Other Employment |
| Santiago, Alejandro | Custom Protection Officer | Hispanic or Latino | 12-11-1981 | |
| Sawyer, Marieta | Security Officer | Black or African American | 03-16-1963 | |
| Schaller, Frederick J | Field Supv | White | 07-07-1945 | |
| Scott, Areather | Upgraded Security Officer | Black or African American | 05-26-1981 | |
| Scott, William | Custom Protection Officer | Black or African American | 09-29-1949 | |
| Seward II, Joel L | Upgraded Security Officer | White | 04-24-1983 | |
| Shank, Jeremy M | Field Supv | White | 11-23-1978 | |
| Shareef, Jamel | Upgraded Security Officer | Black or African American | 04-14-1982 | |
| Simon, Nicky B | Upgraded Security Officer | Black or African American | 08-02-1981 | V03-Dissatisfaction With Postn |
| Sims, Sharon | Custom Protection Officer | Black or African American | 10-07-1962 | V01-Other Employment |
| Slater, Wyley | Custom Protection Officer | Black or African American | 08-03-1955 | |
| Small, David | Security Officer | Black or African American | 03-23-1964 | V04-Absent wo Rpt/Abandoned Jb |
| Smith, Anthony L | Custom Protection Officer | Black or African American | 11-16-1963 | V02-Personal Reasons |
| Smith, Ester J | Custom Protection Officer | Black or African American | 10-25-1960 | V04-Absent wo Rpt/Abandoned Jb |
| Smith, Jack A | Field Supv | White | 06-16-1946 | |
| Smith, Marcus E | Upgraded Security Officer | Black or African American | 06-19-1983 | |
| Smith, Nicole S | Upgraded Security Officer | Black or African American | 10-26-1972 | |
| Smoak, Jermaine | Custom Protection Officer | Black or African American | 09-30-1972 | |
| Spears, Gayle P | Upgraded Security Officer | Black or African American | 06-14-1964 | |
| Sturdivant, Samantha | Upgraded Security Officer | Black or African American | 07-17-1976 | |
| Sunday, Ola | Security Officer | Black or African American | 11-17-1956 | |
| Taylor-Davis, Rashib | Custom Protection Officer | Black or African American | 11-22-1968 | |
| Thompson, Kesha D | Upgraded Security Officer | Black or African American | 12-15-1972 | |
| Thompson, Sheina | Security Officer | Black or African American | 07-06-1971 | V04-Absent wo Rpt/Abandoned Jb |
| Tour, Stephen | Security Officer | Black or African American | 08-16-1953 | |
| Traver, Kris | Custom Protection Officer | White | 01-30-1980 | |
| Travis, Keith L | Upgraded Security Officer | Black or African American | 05-11-1979 | |
| Turner, Jennifer S | Upgraded Security Officer | Black or African American | 06-10-1962 | |

## The Wackenhut Corporation
### Atlanta Area Office - Google client sites (00098822 & 0070371)
### Employee Listing 3/28/04 through 7/31/07

| Employee Name | Job Title | Race | Birth Date | Termination Reason |
|---|---|---|---|---|
| Wade, Eric J | Upgraded Security Officer | Black or African American | 08-17-1984 | |
| Walker, John W | Upgraded Security Officer | Black or African American | 09-30-1949 | V04-Absent wo Rpt/Abandoned Jb |
| Walker, Jonathan | Custom Protection Officer | Black or African American | 02-15-1959 | |
| Walker, Michelle L | Upgraded Security Officer | Black or African American | 10-24-1967 | |
| Walls, Mary | Upgraded Security Officer | Black or African American | 02-24-1979 | I16-Failure Rpt Arrest/Convict |
| Ward, Tanya | Clerk Typist | Black or African American | 05-02-1976 | V02-Personal Reasons |
| Waters, Brenda D | Upgraded Security Officer | Black or African American | 12-11-1956 | |
| Wells, Dierdre N | Upgraded Security Officer | Black or African American | 07-14-1985 | |
| Wharton, Latoya S | Upgraded Security Officer | Black or African American | 07-15-1984 | V04-Absent wo Rpt/Abandoned Jb |
| Wheat, Edward | Upgraded Security Officer | Black or African American | 06-26-1974 | I11-Dishonesty,Fraud,Tht,Brby |
| White, Cheryl D | Custom Protection Officer | Black or African American | 12-22-1964 | |
| Wiegand, Stephen | Custom Protection Officer | White | 11-15-1965 | V02-Personal Reasons |
| Wilkinson, Vincent | Upgraded Security Officer | Black or African American | 08-01-1983 | |
| Wilks, Andrew G | Upgraded Security Officer | Black or African American | 03-14-1963 | V02-Personal Reasons |
| Williams, Alford B | Upgraded Security Officer | Black or African American | 08-21-1966 | I06-Violation Plcy,Reg,Pst Ord |
| Williams, Esther J | Upgraded Security Officer | Black or African American | 06-06-2006 | V01-Other Employment |
| Williams, Felicia O | Upgraded Security Officer | Black or African American | 02-27-1970 | |
| Williams, Jemel | Upgraded Security Officer | Black or African American | 03-16-1975 | |
| Williams, Terry L | Upgraded Security Officer | Black or African American | 12-12-1981 | V04-Absent wo Rpt/Abandoned Jb |
| Williams, Wakisha | Security Officer | Black or African American | 12-21-1978 | V04-Absent wo Rpt/Abandoned Jb |
| Winfrey, Ezel | Upgraded Security Officer | Black or African American | 08-27-1940 | |
| Winfrey, Ivan | Custom Protection Officer | Black or African American | 03-26-1961 | |
| Wright, Tiffany G | Security Officer | Black or African American | 01-15-1982 | V01-Other Employment |
| Young, Latavia L | Upgraded Security Officer | Black or African American | 09-11-1977 | V01-Other Employment |

Jay P. FERGUSON, Jr.
1180 West Peachtree Street
Suite 700
Atlanta, GA. 30309

September 11, 2007

Re: <u>**Donald Jones v. Wackenhut c/o Google. Inc.:**</u>

Dear Mr. Ferguson, Jr.
    In my discovery interrogatories no. 2 I ask for (1) the reason for the disciplined   (2) the nature of such disciplined (e.g., letter of warning or suspension, termination) at the google Inc. From the record you send me under Ms. Turner supervises above 229 employees came an was remove from googles Inc.: that above 7 employees a mouth 207 of then are black. Wackenhut said in is record that I left for personal reasons an use that statement 21 times in the listing. If you look at charge no. 410-2006-01718 the plaintiff said Ms. Turner states (that she is ready to fire everyone). The plaintiff is asking for the letters of warning or suspension, termination an the real reason the employee left. Also if employees file EEOC charges at googles. If you do wish to respond to the discovery please give me a call at (678) 360-1505.

                                    Very truly yours

                                    *Donald Jones* (signature)

**Duane Morris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

JAY P. FERGUSON, JR.
DIRECT DIAL: 404.253.6932
E-MAIL: jpferguson@duanemorris.com

www.duanemorris.com

September 18, 2007

Donald Jones
P.O. Box 261
Red Oak, GA 30272

Re:   **Donald Jones v. The Wackenhut Corporation;**
      **Civil Action No. 1:07-CV-0567-CC-RGV**

Dear Mr. Jones:

This letter responds to your correspondence dated September 11, 2007, which asks The Wackenhut Corporation ("Wackenhut") to supplement its response to Interrogatory No. 2 contained in your First Set of Interrogatories. Specifically, as I understand it, your letter seeks the following: (1) information about "letters of warning or suspension" given to certain unidentified Wackenhut employees, and (2) the "real reason" for the termination of certain Wackenhut employees.

With regard to your first request for supplemental information, to the extent you are seeking disciplinary information for any and all Wackenhut security officers placed on assignment at Google, your request is overly broad, unduly burdensome and seeks irrelevant information. Accordingly, please send me a list of the employees for whom you are seeking "letters of warning or suspension." I will then review your list to determine whether it identifies any employees who are similarly situated to you (i.e., Wackenhut employees who were accused of sleeping on the job and/or employees whose assignments were ended at the request of Google). If your list identifies any similarly situated employees, then we will agree to produce the disciplinary records for those particular employees.

With regard to your second request for supplemental information, please note that the documents (Bates numbered D0001 – D0006) produced with Wackenhut's responses to your interrogatories state the "termination reason" for the Wackenhut security officers who worked on assignment at Google at any time from March 28, 2004 until July 31, 2007 and who are no longer employed with Wackenhut. Thus, the second piece of information requested in your September 11 letter has already been provided to you.

DuaneMorris

Donald Jones
September 18, 2007
Page 2

      Please consider this letter as Wackenhut's good-faith effort to resolve the discovery issues raised in your September 11 correspondence. If you have any questions about these issues, please contact me at (404) 253-6932.

      Very truly yours,

      Jay P. Ferguson, Jr.

JPF/dhw

cc:    Terry P. Finnerty, Esq.

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DONALD JONES**

**Plaintiff**                                                Case No: 1:07-CV-0567-CC-RGV

v.

**WACKENHUT % GOOGLE INC.,**
**Defendant**

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

DUANE MORRIS LLP
1180 West Peachtree Street
Suite 700
**Atlanta, Georgia 30309**

Dated this 26 day of September 2007.

*Donald Jones*
P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505