FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 27 2007

JAMES N. HATTEN, Clerk
By: [signature], Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



1:07 CV 0567 CC RGV
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is GRANTED.

This 27th day of September, 2007.

[signature]
UNITED STATES DISTRICT JUDGE

\*\*\*

**NAME OF PETITIONER:** Theresa M. Sprain

**Residence Address:** 1310 Dylan Heath Court

Raleigh, NC 27608

**Business Address:** Womble Carlyle Sandridge & Rice, PLLC
Firm/Business Name

150 Fayetteville Street   Raleigh   NC   27601
Street Address          City      State  Zip Code

P.O. Box 831, Raleigh, NC 27602
Mailing Address if Other Than Street Address

(919) 755-2100
Telephone Number (Include area code)