IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION NO. |
| vs. : | |
| : | 1:07-CV-0567-CC-RGV |
| WACKENHUT and GOOGLE, INC., : | |
| : | |
| Defendants. : | |

## **ORDER**

This matter is before the Court on Defendant Google, Inc.'s Motion to Dismiss [Doc. No. 24]. Magistrate Judge Russell G. Vineyard issued a Report and Recommendation on June 22, 2007, recommending that the Motion to Dismiss be granted on the basis that pro se Plaintiff Donald Jones failed to exhaust his administrative remedies with respect to Defendant Google, Inc. before filing the instant lawsuit. The record reflects that no objection to the Report and Recommendation have been filed.

After careful review, the Court finds that the Report and Recommendation is correct both in fact and in law. Accordingly, the Court **ADOPTS** the Report and Recommendation as the **ORDER** of this Court and **GRANTS** Defendant Google, Inc.'s Motion to Dismiss [Doc. No. 24].

SO ORDERED this 16th day of October, 2007.


*s/ CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE