


**IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

DONALD JONES
   Plaintiff

CIVIL ACTION NO.
1:07-CV-0567-CC-RGV

v.

WACKENHUT and GOOGLE, INC.
   Defendants.

### PLAINTIFF'S PESPONSE AND APPEAL TO JUDGE'S ORDER

The court stated that a judge may disqualify himself if he has a bias or prejudice concerning a party. The plaintiff is saying that is the action of the judge. The judge has pick side in the case. Google is the judge personnel pick crafty dismiss the case against then, the rich against the poor. The judge allegation is revenge for magistrate vineyard an for the judge to said that the plaintiff is not entitled to the judge of his choice. The plaintiff is asking the judge for the name of the judge the plaintiff know. It was magistrate recommendation is why the plaintiff ask for the recusal. The plaintiff knew that the magistrate was bias against the poor and flavor the very rich google.

### CONCLUSION

The plaintiff is asking Judge Clarence Cooper to disqualify himself for bias agaisnt the plaintiff. And to withdraw his orders.

Respectfully submitted,

_Donald Jones_

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

Plaintiff                                    Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
Defendant

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

    Womble Carlyle Sandrige & Rice
    1201 West Peachtree Street
    Suite 3500
    **Atlanta, Georgia 30309**

Dated this 25 day of OCTOBER 2007.

_Donald Jones_
P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505