IN THE UNITED STATEDISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 26 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

DONALD JONES
 Plaintiff,

CIVIL ACTION NO.
1:07-CV-0567-CC-RGV

v.

WACKENHUT and GOOGLE, INC.
 Defendant,

### PLAINTIFF MOTION ASKING CHIEF JUDGE JACK T CAMP TO INTERVENE IN THE CASE.

The plaintiff is asking the Chief Judge to intervene in the case because of prejudice in the case. Judge Cooper is using crafty tactic to help the defendant made the plaintiff made lengthy appeals. The defendant want the judge to harass the plaintiff to dismiss he case. The plaintiff is asking for a conference if it will help.

Respectfully submitted,

_Donald Jones_

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

Plaintiff                               Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
Defendant

## CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

>Womble Carlyle Sandrige & Rice
>1201 West Peachtree Street
>Suite 3500
>**Atlanta, Georgia 30309**

Dated this 26 day of OCTOBER 2007.

*Donald Jones*
P.O.Box 261
Red Oak, GEORGIA 30272
(678) 360-1505