ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 08 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES,
    Plaintiff,

v.

CIVIL ACTION NO.
1:07-CV-567-CC-RGV

WACKENHUT & GOOGLE, INC.,
    Defendants.

## PLAINTIFF RESPONSE AND OBJECTION OF MAGISTRATE JUDGE RUSSELL G. VINEYARD ORDER.

In Superior court an State court there had 'shopping judges' the party ask an write a order and the judge grant it. Is also part of the 'good old boy system' The plaintiff read the order an wonder if the defendant wrote it. The order is prove that the magistrate has a personal prejudice against the plaintiff.

## CONCLUSION

The magistrate seeks like that he is quashing the perjury change against Ms. Kirby, he's wrong. If she perjury she will be penalize and if she did perjury the plaintiff will ask the court to dismiss the defendant case.
This is a retaliation cases the EEOE did not or could not protective the plaintiff from the defendant. The judge said that it can not act upon the assumption that the defendant will violate the law. The defendant has already violate the law, false statement by Teresa Kirby an perjury orders that the plaintiff says it come from the defendant. The plaintiff is a reasonable man an I had doubts about the impartiality of Judge Cooper and his magistrate, remove your orders an recusal yourselves.

Respectfully submitted,

Donald Jones

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

**Plaintiff**                                      Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
**Defendant**

## CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

        DUANE MORRIS LLP
        1180 West Peachtree Street
        Suite 700
        **Atlanta, Georgia 30309**

Dated this ____ day of November 2007.

*/s/ Donald Jones*
P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505