IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONALD JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:07-CV-0567-CC-RGV |
| | ) | |
| WACKENHUT % GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **JOINT MOTION TO EXTEND THE DISCOVERY PERIOD**

COME NOW Plaintiff Donald Jones and Defendant The Wackenhut Corporation and jointly move this Court to extend the discovery period in this matter for an additional sixty (60) days, through and including February 8, 2008. The extended discovery period is needed for the following reasons:

1.    The current discovery period is scheduled to close on December 10, 2007.

2.    The parties have been diligent in their discovery efforts and have exchanged written discovery and responses thereto.   The parties have also exchanged various relevant documents.

3.    However, two discovery Motions that were filed with the Court delayed the parties' discovery efforts in this case, and the parties do not believe

that they will be able to complete all discovery by December 10, 2007. First, on August 30, 2007, Plaintiff filed a "Motion to Ask the Court to Intervene in the Discovery" which sought, among other things, a protective order prohibiting Defendant from discovering the names of Plaintiff's witnesses. Second, on September 17, 2007, Defendant filed a Motion to Compel which sought to compel Plaintiff to provide, among other things, the names of his witnesses and to produce additional relevant documents.

4.     On October 31, 2007, the Magistrate Judge issued an Order denying Plaintiff's "Motion to Ask the Court to Intervene in the Discovery" and granting Defendant's Motion to Compel. The Order provides that Plaintiff must supplement his discovery responses within twenty (20) days after the Order is entered.

5.     On November, 8, 2007, Plaintiff filed an Objection to the Magistrate Judge's Order dated October 31. Plaintiff's Objection is pending with the Court.

6.     As a result of their discovery disputes, the parties have not yet scheduled Plaintiff's deposition or the depositions of relevant witnesses of Defendant. However, the parties will confer to establish a firm deposition schedule that will allow them to complete discovery on or before February 8, 2008. This request is based on the parties' realistic assessment of the additional time they

will need to complete discovery. Barring any unforeseen circumstances, the parties do not anticipate the need for any further extensions of the discovery period.

7.      A sixty (60) day extension will not prejudice any of the parties. The extension is being requested so that the parties may complete the discovery that they have been unable to conduct thus far. The extension is not being sought for any purpose contrary to the Federal Rules of Civil Procedure or the Local Rules of this Court.

For these reasons, the parties respectfully request that the Court issue an Order extending the discovery period in this matter for sixty (60) days, through and including February 8, 2008. A proposed Order is attached hereto for this Court's convenience.

Respectfully submitted this 13th day of November, 2007.


/s/ Donald Jones
Donald Jones

P.O. Box 261
Red Oak, Georgia  30272
(678) 360-1505 (telephone)
(404) 766-8518 (facsimile)

Plaintiff *pro se*

DUANE MORRIS LLP


/s/ James P. Ferguson, Jr.
Terry P. Finnerty
Georgia Bar No. 261561
James P. Ferguson, Jr.
Georgia Bar No. 258743

1180 West Peachtree Street
Suite 700
Atlanta, Georgia  30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)

Counsel for Defendant
The Wackenhut Corporation

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that this filing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this filing has been typed in Times New Roman 14 font.

/s/ James P. Ferguson, Jr.
James P. Ferguson, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES,                      )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        Case No:  1:07-CV-0567-CC-RGV
                                   )
WACKENHUT % GOOGLE INC.,           )
                                   )
        Defendant.                 )

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of November, 2007, I electronically filed the foregoing **JOINT MOTION TO EXTEND THE DISCOVERY PERIOD** with the Clerk of Court using the CM/ECF system.

I further certify that on this 13th day of November, 2007, I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Donald Jones
P.O. Box 261
Red Oak, Georgia  30272


<u>/s/ James P. Ferguson, Jr.</u>
James P. Ferguson, Jr.

Attorney for Defendant
The Wackenhut Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES,                    )
                                 )
        Plaintiff,               )
                                 )
v.                               )        Case No:  1:07-CV-0567-CC-RGV
                                 )
WACKENHUT % GOOGLE INC.,         )
                                 )
        Defendant.               )

## <u>ORDER</u>

Upon review of the parties' Joint Motion to Extend Discovery and for good cause shown, this Court hereby **GRANTS** and **APPROVES** said Motion to Extend the Discovery Period.  The discovery period in this case is thus extended until February 8, 2008.

IT IS SO ORDERED this _____ day of _____, 2007

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

DM2\1293290.1