NOV 14 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:07-CV-0567-CC-RGV |
| ) | |
| WACKENHUT % GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon review of the parties' Joint Motion to Extend Discovery and for good cause shown, this Court hereby **GRANTS** and **APPROVES** said Motion to Extend the Discovery Period. The discovery period in this case is thus extended until February 8, 2008.

IT IS SO ORDERED this 14th day of November, 2007

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

7