IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES, :
:
            Plaintiff, :
: CIVIL ACTION NO.
vs. :
: 1:07-CV-0567-CC-RGV
WACKENHUT and GOOGLE, INC., :
:
            Defendants. :

## ORDER

This matter is before the Court on pro se Plaintiff Donald Jones' response and objection to Magistrate Judge Russell G. Vineyard's Order of October 31, 2007, denying Plaintiff's Motion to Ask the Court to Intervene in the Discovery and granting Defendant Wackenhut's Motion to Compel. Having reviewed and considered the relevant portions of the record, the Court finds that no part of Magistrate Judge Vineyard's Order is clearly erroneous or contrary to law. Accordingly, the Court **OVERRULES** Plaintiff's objection to the Order and **ADOPTS** the Order in its entirety. The Court further **DENIES** all other relief requested by Plaintiff in his response to the Order, including specifically Plaintiff's request for the recusal of the undersigned and Magistrate Judge Vineyard.

SO ORDERED this 16th day of November, 2007.

*s/ CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE