FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 2 3 2007

JAMES N. HATTEN, CLERK
By: /s/
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONALD JONES,
    Plaintiff.

v.

WACKENHUT & GOOGLE, INC.,
    Defendants,

CIVIL ACTION NO.
1: 07-CV-567-CC-RGV

## PLAINTIFF APPEAL OF
## JUDGE CLARENCE COOPER ORDER

The plaintiff is asking the appeal court to put Judge Cooper orders under scrutiny. The plaintiff wrote good reasons for him to disqualify himself an he refuse. Judge Cooper has a personal bias against the plaintiff. His magistrate is using crafty tactics to support the defendants an to dismiss the cases. Judge Cooper dismiss the case against Google without merit it was a travesty of justice. The defendants has file false statement an in violate of law, also call the plaintiff a criminal an other defamation name an says 'he has no evidence but after-acquired evidence' Judge Cooper has <u>denied all of the plaintiff motions an grants all the defendants.</u> The plaintiff is in danger of losing his witness he can not follow these orders.

**WHEREFORE,** Plaintiff prays that this Court of Appeals;
(a) Dismiss all of Judge Cooper orders and remove he from the cases.
(2) Put his orders under scrutiny.

Respectfully submitted,

_/s/ Donald Jones_

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 23 2007

JAMES N. HATTEN, CLERK
By: _____
Deputy Clerk

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

**Plaintiff**  Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
**Defendant**

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

DUANE MORRIS LLP
1180 West Peachtree Street
Suite 700
**Atlanta, Georgia 30309**

Dated this 23 day of November 2007.

_Donald Jones_
P.O.Box 261
Red Oak, GEORGIA 30272
(678) 360-1505