**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

November 27, 2007

Donald Jones
P.O. Box 261
Red Oak, GA 30272
PRO SE

Re:  Donald Jones *v. Wakenhut & Google, Inc.*
     Civil Action No.: 1:07-cv-567-CC

Dear Mr. Jones:

On November 23, 2007 we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__  Appeal fee $455.00   (Docketing fee $450.00 and Filing fee $5.00)

__X__  or Application to proceed on appeal *in forma pauperis*.

__X__  Please complete the attached appeal information sheet as directed.

Sincerely,

James N. Hatten
Clerk of Court

By:  P. McClam
     Deputy Clerk

cc:  USCA