# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

*RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta, DEC - 4 2007, JAMES N. HATTEN, Clerk, By: Deputy Clerk*

*U.S. COURT OF APPEALS RECEIVED CLERK NOV 29 2007 ATLANTA, GA.*

November 27, 2007

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**07-15567 H**

U.S.D.C. No.: 1:07-cv-567-CC
U.S.C.A. No.: 00-00000-00
In re:       Donald Jones v. Wakenhut & Google, Inc.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.** |
| ___ | This is not the first notice of appeal. Other notices were filed on: . |
| ___ | There is no transcript. |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| ___ | Fee paid on . |
| ___ | Appellant has been leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Clarence Cooper.** |
| ___ | This is a **DEATH PENALTY** appeal. |

Sincerely,

James N. Hatten
Clerk of Court

By: P. McClam
Deputy Clerk

Enclosures

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 03, 2007

Donald Jones
PO BOX 261
RED OAK GA 30272-0261

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC -4 2007

JAMES N. HATTEN, CLERK

**Appeal Number: 07-15567-H**
Case Style: Donald Jones v. Wackenhut & Google, Inc.
District Court Number: 07-00567 CV-RGV-1

The referenced case was docketed in this court on November 29, 2007. Please use the appellate docket number noted above when making inquiries. Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date. In addition, all attorneys (except court appointed-counsel) who wish to participate in this appeal must complete and return an appearance form within (14) days from this date. Application and appearance forms are available on the Internet at www.ca11.uscourts.gov. The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-5.

We have not yet received the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) required by FRAP 26.1 and the accompanying circuit rules. The rules provide that the certificate must be filed by every appellant [and cross-appellant] with this court within 10 days after the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a paper certificate is served, the party filing it must also complete the court's web-based certificate at the "Electronic Filing" link of the court's website, www.ca11.uscourts.gov, by electronically providing the information required for that form. Only the ticker symbols for publicly traded corporations that are listed on the paper CIP must be entered in the web-based system. If your CIP does not include any publicly traded corporations, you are required to go to the website and simply click the button indicating that you have no publicly traded corporations to report. Pro se parties are not required or authorized to complete the web-based certificate.

You are hereby notified that the clerk is not authorized to submit to the court any brief (except for the reply brief of an appellant or cross-appellant), petition, answer, motion or response that does not contain the certificate, but may receive and retain the papers pending supplementation of the papers with the required certificate. You are also hereby notified that failure to submit the required certificate will result in your document(s) being returned unfiled which may ultimately result in dismissal of your appeal.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by the clerk unless the default(s) noted below have been corrected:

Pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office, or request leave to proceed in forma pauperis on appeal in the district court [See Fed.R. App.P. 24(a)]. If the district court denies such leave, appellant may file in this court a motion for leave to appeal in forma pauperis and financial affidavit.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald/wl/404-335-6187