IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONALD JONES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No: 1:07-CV-0567-CC-RGV |
| WACKENHUT % GOOGLE INC., | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT THE WACKENHUT CORPORATION'S
### MOTION FOR SANCTIONS

COMES NOW Defendant The Wackenhut Corporation (incorrectly identified in Plaintiff's Complaint as "Wackenhut % Google Inc.") (hereinafter "Defendant"), pursuant to Federal Rule of Civil Procedure 37(b) and the Local Rules of Court for the Northern District of Georgia, and hereby moves this Court for an Order imposing sanctions against Plaintiff for his willful violation of this Court's Discovery Order dated October 31, 2007. Defendant requests that this Court issue an Order imposing the following sanctions: (a) dismiss Plaintiff's Complaint; (b) hold Plaintiff in contempt of court for failing to obey the Court's October 31 Order; (c) require Plaintiff to pay the reasonable expenses, including attorneys' fees, incurred by Defendant in preparing this Motion and in its earlier

efforts to obtain discovery responses from Plaintiff; and (d) award such other relief that the Court deems appropriate and just under the circumstances.

WHEREFORE, for these reasons, and the reasons set forth in accompanying Memorandum of Law in Support of this Motion, Defendant respectfully requests that the Court issue an Order granting its Motion for Sanctions.

Respectfully submitted this 26th day of December, 2007.

DUANE MORRIS LLP

/s/ James P. Ferguson, Jr.
Terry P. Finnerty
Georgia Bar No. 261561
James P. Ferguson, Jr.
Georgia Bar No. 258743

1180 West Peachtree Street
Suite 700
Atlanta, Georgia 30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)

Counsel for Defendant
The Wackenhut Corporation

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that this filing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this filing has been typed in Times New Roman 14 font.

/s/ James P. Ferguson, Jr.
James P. Ferguson, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:07-CV-0567-CC-RGV |
| WACKENHUT % GOOGLE INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2007, I electronically filed the foregoing **DEFENDANT THE WACKENHUT CORPORATION'S MOTION FOR SANCTIONS AND MEMORANDUM OF LAW IN SUPPORT** with the Clerk of Court using the CM/ECF system.

I further certify that on this 26th day of December, 2007, I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>Donald Jones
>P.O. Box 261
>Red Oak, Georgia 30272

>/s/ James P. Ferguson, Jr.
>James P. Ferguson, Jr.
>
>Attorney for Defendant
>The Wackenhut Corporation

DM2\1329469.1