# Exhibit C

James v. Wackenhut &#037; Google Inc.

Doc. 66 Att. 4

Dockets.Justia.com

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

JAY P. FERGUSON, JR.
DIRECT DIAL: 404.253.6932
E-MAIL: jpferguson@duanemorris.com

www.duanemorris.com

November 30, 2007

Donald Jones
P. O. Box 261
Red Oak, GA 30272

Re: **Donald Jones v. The Wackenhut Corporation;**
**Civil Action No. 1:07-CV-0567-CC-RGV**

Dear Mr. Jones:

As you know, in its Order dated October 31, 2007, the Court compelled you to supplement your responses to Wackenhut's written discovery requests. More specifically, the Court's Order required you to do the following by November 21, 2007:

1. Supplement your responses to Interrogatory Nos. 1-4;

2. Provide information responsive to Interrogatory Nos. 5, 7-9, and 12;

3. Supplement your responses to Wackenhut's Requests for Production of Documents Nos. 1-2, 5 and 9-11 by directing Wackenhut's attention to the specific responsive documents, and insofar as you have not already produced documents responsive to these requests, by producing such documents to Wackenhut;

4. Produce all documents responsive to Requests for Production of Documents Nos. 3 and 12; and

5. Respond to Requests for Production of Documents Nos. 4 and 6.

To date, we have not received any supplemental discovery responses from you. Therefore, you are now in violation of the Court's Order dated October 31.

In addition, pursuant to the Federal Rules of Civil Procedure, we anticipate taking your deposition, but without the supplemental discovery information and documents that we seek from you, we are unable to properly prepare for and conduct your deposition. As such, please provide defense counsel with the above-referenced information and documents by December 10,

DUANE MORRIS LLP

1180 WEST PEACHTREE STREET, SUITE 700   ATLANTA, GA 30309-3448   PHONE: 404.253.6900   FAX: 404.253.6901
DM2\1315441.1

2007. If we do not receive your supplemental discovery responses and documents by that date, we will seek further assistance from the Court.

Thank you for your cooperation with this matter.

Very truly yours,

Jay P. Ferguson, Jr.

cc: Terry P. Finnerty, Esq.