IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES,                          :
                                       :
                    Plaintiff,         :
                                       :        CIVIL ACTION NO.
vs.                                    :
                                       :        1:07-CV-0567-CC-RGV
WACKENHUT and GOOGLE, INC.,            :
                                       :
                    Defendants.        :

## ORDER

This matter is before the Court on <u>pro</u> <u>se</u> Plaintiff Donald Jones' Motion to Appeal <u>in</u> <u>forma</u> <u>pauperis</u> the prior orders of Judge Cooper.  However, the only order for which Plaintiff's November 23rd Notice of Appeal would be timely, pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), is the non-final Order of November 16, 2007, denying Plaintiff's Motion to Ask the Court to Intervene in the Discovery, granting Defendant Wackenhut's Motion to Compel, and denying all other relief requested by Plaintiff, specifically the request for the recusal of the undersigned and Magistrate Judge Vineyard.

Having reviewed and considered the relevant portions of the record, the Court finds that Plaintiff's appeal of an interlocutory order was not taken in good faith, pursuant to 28 U.S.C. § 1915(a), because the Order appealed was not a final judgment.  <u>See</u> <u>Napier v. Preslicka</u>, 314 F.3d 528, 531 (11th Cir. 2002) (holding that a frivolous action or one without arguable merit in law or fact is not in good faith and may not be taken <u>in</u> <u>forma</u> <u>pauperis</u>); <u>see</u> <u>also</u> <u>Cunningham v. Hamilton County,</u> <u>Ohio</u>, 527 U.S. 198, 203-204 (1999) (finding that no appeal lies for an order that does not end the litigation on its merits).

Accordingly, the Court **DENIES** Plaintiff's Motion to Appeal <u>in</u> <u>forma</u> <u>pauperis</u> and directs the Plaintiff to pay or provide security for the required fees and costs to proceed with his appeal.

SO ORDERED this <u>7th</u> day of <u>January</u>, 2008.


<u>s/  *CLARENCE COOPER*</u>

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE