Jones v. Wackenhut &#037; Google Inc. Doc. 68

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

January 7, 2008

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

U.S.D.C. No.: 1:07-cv-567-CC
U.S.C.A. No.: 07-15567-H
In re: Donald Jones v. Wackenhut % Google Inc.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

_____ Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.

_____ This is not the first notice of appeal. Other notices were filed on: .

_____ There is no transcript.

_____ The court reporter is .

_____ There is sealed material as described below: .

_____ Other: .

_____ Fee paid on .

__X__ Appellant has been DENIED leave to file *in forma pauperis*.

_____ This is a bankruptcy appeal. The Bankruptcy Judge is .

_____ The Magistrate Judge is .

_____ The District Judge is .

_____ This is a DEATH PENALTY appeal.

Sincerely,

James N. Hatten
Clerk of Court

By: P. McClam
Deputy Clerk

Enclosures

Dockets.Justia.com