# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 07, 2008

James N. Hatten
Clerk, U.S. District Court
75 SPRING ST SW STE 2211
ATLANTA GA 30303-3318

**Appeal Number: 07-15567-H**
Case Style: Donald Jones v. Wackenhut & Google, Inc.
District Court Number: 07-00567 CV-RGV-1

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

Encl.

DIS-4 (3-2005)

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 0 7 2008
THOMAS K. KAHN
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15567-H

DONALD JONES,

            Plaintiff-Appellant,

versus

WACKENHUT & GOOGLE, INC.,

            Defendant,

GOOGLE INC.,
WACKENHUT,

            Defendants-Appellees.

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
JAN - 8 2008
JAMES N. HATTEN, CLERK
By:

Appeal from the United States District Court for the
Northern District of Georgia

Before TJOFLAT, ANDERSON, and BLACK, Circuit Judges.

BY THE COURT:

This appeal is DISMISSED, sua sponte, for lack of jurisdiction. See 28 U.S.C. §§ 1291, 1292; Atl. Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F.2d 371, 375-76 (11th Cir. 1989); Pitney Bowes, Inc. v. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983); Rouse Constr. Int'l, Inc. v. Rouse Constr. Corp., 680 F.2d 743, 745 (11th Cir. 1982); Steering Comm. v. Mead

Corp. (In re Corrugated Container Antitrust Litig.), 614 F.2d 958, 960-61 (5th Cir. 1980).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A TRUE COPY - ATTESTED
CLERK, U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

DEPUTY CLERK
ATLANTA, GEORGIA