IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:07-CV-0567-CC-RGV |
| | ) |
| WACKENHUT % GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION OF PLAINTIFF

Pursuant to Federal Rule of Civil Procedure 30, notice is hereby given that Defendant The Wackenhut Corporation will proceed to take the deposition of Plaintiff Donald Jones on Friday, February 1, 2008, beginning at 10:00 a.m. at the offices of Duane Morris LLP, 1180 West Peachtree Street, Suite 700, Atlanta, Georgia 30309.  The deposition will be conducted before a certified court reporter, and will be for the purposes of discovery, cross-examination and any other purposes permitted by the Federal Rules of Civil Procedure.  The deposition will continue from day-to-day until complete.

DM2\1355306.1

Respectfully submitted this 17th day of January, 2008.

                    DUANE MORRIS LLP

                    <u>s/James P. Ferguson, Jr.</u>
                    Terry P. Finnerty
                    Georgia Bar No. 261561
                    James P. Ferguson, Jr.
                    Georgia Bar No. 258743

1180 West Peachtree Street
Suite 700
Atlanta, Georgia 30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)

Counsel for Defendant
The Wackenhut Corporation

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that this filing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this filing has been typed in Times New Roman 14 font.

/s/ James P. Ferguson, Jr.
James P. Ferguson, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:07-CV-0567-CC-RGV |
| ) | |
| WACKENHUT % GOOGLE INC., ) | |
| ) | |
| Defendant. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2008, I electronically filed the foregoing **NOTICE OF DEPOSITION OF PLAINTIFF** with the Clerk of Court using the CM/ECF system.

I further certify that on this 17th day of January, 2008, I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

>Donald Jones
>P.O. Box 261
>Red Oak, Georgia 30272

>/s/ James P. Ferguson, Jr.
>James P. Ferguson, Jr.
>
>Attorney for Defendant
>The Wackenhut Corporation