

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 29 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES,
    Plaintiff,

v.

                       CIVIL ACTION NO.
                       1:07-CV-567-CC-RGV

WACKENHUT & GOOGLE, INC.,
    Defendant.

## PLAINTIFF MOTION FOR A ROOM TO HAVE DEPOSITION OF THE DEFENDANTS

Plaintiff motion to ask the court for a room on four (4) dates to hold depositions. The four defendants are Mr. J.E. Penifold, Ms. Linda Deming, Ms. Jennifer Turner, Mr. Burkeley Godfrey.

| FEBRUARY | | MARCH | | | |
|---|---|---|---|---|---|
| Morning time date | Afternoon time | Morning time date | afternoon time | Morning time date | Afternoon time |
| 21 | | 3 | | 20 | |
| 22 | | 4 | | 21 | |
| 23 | | 5 | | 24 | |
| 24 | | 6 | | 25 | |
| 25 | | 7 | | 26 | |
| 26 | | 10 | | 27 | |
| 27 | | 11 | | 28 | |
| 23 | | 12 | | 31 | |
| 24 | | 13 | | | |
| 30 | | 14 | | | |
| 31 | | 17 | | | |
| | | 19 | | | |

Respectfully submitted,

*[signature: Donald Jones]*

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DONALD JONES**

**Plaintiff**                          Case No: 1:07-CV-0567-CC-RGV

v.

**WACKENHUT % GOOGLE INC.,**
**Defendant**

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

         WOMBLE CARLYLE SANDRIDGE & RICE
         1201 West Peachtree Street
         Suite 3500
         **Atlanta, Georgia 30309**

Dated this ___ day of January 2008.

_____
P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505