# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 19 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 15, 2008

Donald Jones
PO BOX 261
RED OAK  GA  30272-0260

**Appeal Number: 07-15567-H**
Case Style: Donald Jones v. Wackenhut & Google, Inc.
District Court Number: 07-00567 CV-RGV-1 ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.


Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

MOT-2 (06-2007)

Dockets.Justia.com

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-15567-H

DONALD JONES,

                    Plaintiff-Appellant,

versus

WACKENHUT & GOOGLE, INC.,

                    Defendant,

GOOGLE INC.,
WACKENHUT,

                    Defendants-Appellees.

Appeal from the United States District Court for the
Northern District of Georgia

Before TJOFLAT, ANDERSON, and BLACK, Circuit Judges.

BY THE COURT:

Donald Jones's January 16, 2008, motion for reconsideration of our January 7, 2008, order, dismissing this appeal for lack of jurisdiction, is DENIED.