# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONALD JONES,

    Plaintiff,

v.

WACKENHUT and GOOGLE, INC.,

    Defendants.

CIVIL ACTION NO.
1:07-CV-567-CC-RGV

## **ORDER**

Pending is plaintiff's "Motion for a Room to Have Deposition of the Defendants." [Doc. 73]. In it, plaintiff seeks a room in which to hold the depositions of J. E. Penifold, Linda Deming, Jennifer Turner, and Burkeley Godfrey. [Id.]. Plaintiff asks permission to use the room for four dates between February 21 and March 31, 2008. [Id.]. Because the dates for which plaintiff seeks the room fall outside of the discovery period which ended on February 8, 2008, [Doc. 58], the Court hereby **DENIES** plaintiff's motion.

**IT IS SO ORDERED** this 25th day of February, 2008.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE