IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONALD JONES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No: 1:07-CV-0567-CC-RGV |
| WACKENHUT % GOOGLE INC., | ) ) ) | |
| Defendant. | ) ) | |

## DEFENDANT THE WACKENHUT CORPORATION'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant The Wackenhut Corporation ("Defendant"), pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, and hereby moves this Court for an Order granting summary judgment in Defendant's favor on the grounds that no genuine issue of material fact exists to be tried in this case, and therefore, Defendant is entitled to judgment as a matter of law.

Defendant bases this Motion on the following documents, filed contemporaneously herewith: Memorandum of Law in Support of Defendant's Motion for Summary Judgment, Defendant's Statement of Undisputed Material Facts, the deposition of Plaintiff Donald Jones, the Declaration of Jennifer Turner, and the Declaration of Carlos Garcia.

WHEREFORE, Defendant respectfully requests that the Court grant its Motion for Summary Judgment and dismiss Plaintiff's claims in their entirety.

DM2\1380612.1

Dockets.Justia.com

Respectfully submitted this 28th day of February, 2008.

                                            DUANE MORRIS LLP

                                            s/ Terry P. Finnerty
                                             Terry P. Finnerty
                                             Georgia Bar No. 261561
                                             James P. Ferguson, Jr.
                                             Georgia Bar No. 258743

1180 West Peachtree Street
Suite 700
Atlanta, Georgia 30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)

Counsel for Defendant
The Wackenhut Corporation

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that this filing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this filing has been typed in Times New Roman 14 font.

s/ Terry P. Finnerty<br>
Terry P. Finnerty

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONALD JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:07-CV-0567-CC-RGV |
| | ) | |
| WACKENHUT % GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2008, I electronically filed the foregoing **DEFENDANT THE WACKENHUT CORPORATION'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> Donald Jones
> P.O. Box 261
> Red Oak, Georgia 30272

s/ Terry P. Finnerty
Terry P. Finnerty
Georgia Bar No. 261561

Counsel for Defendant
The Wackenhut Corporation
