# EXHIBIT B
# PART VI

Jones v. Wackenhut &#38;#37; Google Inc.              Doc. 76 Att. 6

Dockets.Justia.com

# Security Officer Handbook

**Wackenhut**

DEFENDANT'S
EXHIBIT NO. 7
FOR IDENTIFICATION
DATE: 2|4|08   RPTR: MJF
PENGAD 800-631-6989


# WACKENHUT
## SECURITY OFFICER HANDBOOK

THIS HANDBOOK IS INTENDED AS A GUIDE FOR THE EFFICIENT AND PROFESSIONAL PERFORMANCE OF YOUR JOB. NOTHING HEREIN CONTAINED SHALL BE CONSTRUED TO BE A CONTRACT BETWEEN THE EMPLOYER AND THE EMPLOYEE. ADDITIONALLY, THIS HANDBOOK IS NOT TO BE CONSTRUED BY ANY EMPLOYEE AS CONTAINING BINDING TERMS AND CONDITIONS OF EMPLOYMENT. THE COMPANY RETAINS THE ABSOLUTE RIGHT TO TERMINATE ANY EMPLOYEE, AT ANY TIME, WITH OR WITHOUT GOOD CAUSE. MANAGEMENT RETAINS THE RIGHT TO CHANGE THE CONTENTS OF THIS HANDBOOK AS IT DEEMS NECESSARY, WITH OR WITHOUT NOTICE.

THIS HANDBOOK IS THE PROPERTY OF THE WACKENHUT CORPORATION AND SHALL BE TREATED BY THE EMPLOYEE AS CONFIDENTIAL. THE CONTENTS HEREIN SUPERSEDE ALL PREVIOUS EDITIONS OF THE WACKENHUT CORPORATION SECURITY OFFICER HANDBOOKS/MANUALS.
© COPYRIGHT 1986

## A MESSAGE FROM OUR PRESIDENT

*Your job as a Security Officer is of utmost importance because of the great responsibility it carries. Our clients depend upon you to endeavor to protect their property from burglary, fire and many other dangers and, in many instances, you are required to preserve and maintain the security of the United States through prevention of improper disclosure of classified information, sabotage or any other act detrimental to the security of the United States.*

*In order that we may continue to provide a high degree of protection and safety for business and industry, we have prepared this Security Officer Handbook which contains information and suggestions to help you do a better job. Through a careful reading of this Handbook, members of our Security Officer forces will become better acquainted with their duties and responsibilities. You should follow diligently the rules and regulations listed and make full use of the suggestions provided. Alertness and security consciousness serve the best interests of you, your Company and your country.*

*I'm sure that all Security Officers will cooperate to the fullest extent in our efforts to provide the best service possible for our clients.*

*Richard R. Wackenhut*
*President*

# CONTENTS

## SECTION I.
## GENERAL INFORMATION

1. The Wackenhut Story .................................... 7
2. Services of the Wackenhut Corporation and Subsidiaries
   List of Wackenhut Subsidiaries ... 10
3. Employment Facts
   Wages and Hours ........................... 12
   Paydays ........................................... 12
   Payroll Deductions ......................... 12
   FICA Tax (Social Security) ........... 13
   Workers' Compensation ................ 13
   Equal Opportunity Employer ...... 14
   Duties ............................................... 14
   Transfers .......................................... 14
   Training ........................................... 14
   TWC Drug and Alcohol Policy .... 15
   Drug and Alcohol Policy for Federal
   Contracts or Grant Recipients ..... 16
   Leaves of Absence ......................... 16
   Sexual Harassment ........................ 20
4. Advancement and Incentive Awards
   Promotions ..................................... 22
   Self Improvement ........................... 22
   Employee Suggestion Program ... 22
   Incentive Award Certificates ....... 23
      Security Officer of the
      Quarter ...................................... 23
      Security Officer of the Year . 23
      Certificate of Achievement . 23
      Certificate of Appreciation.. 23
      Certificate of Recognition .... 23
      Certificate of Distinction ..... 23
   W-Valor ........................................... 23
   Service Awards ............................... 23

## SECTION II.
## THE ROLE OF THE SECURITY OFFICER
## - TO EACH SECURITY OFFICER -

1. Requirements of a Security Officer
   1.1 What is Expected of a Security
       Officer ............................................. 24
   1.2 Our Mission ................................... 26
   1.3 We Endeavor to Protect ............... 26
   1.4 We Inspect ...................................... 26
   1.5 We Enforce ..................................... 27
   1.6 Production Security ....................... 28
   1.7 Remember ....................................... 28
2. Rules and Regulations
   2.1 Attention to Duty ........................... 29
   2.2 Obey Laws ...................................... 29
   2.3 Appearance ..................................... 29
   2.4 Courtesy to the Public .................. 30
   2.5 Punctuality ..................................... 30
   2.6 Orders .............................................. 30
   2.7 Conduct While on Duty ............... 31
   2.8 Prohibited Activities ..................... 31
   2.9 Reports ............................................ 32
   2.10 Court Cases ................................... 32
   2.11 Confidential Material ................... 33
   2.12 Debts .............................................. 33
   2.13 Visiting ........................................... 33
   2.14 Solicitation .................................... 33
   2.15 Discipline ....................................... 34
3. Sabotage
   3.1 Definition ........................................ 36
   3.2 Types of Sabotage ......................... 36
   3.3 Reasons for Committing
       Sabotage .......................................... 38
   3.4 What Can Be Done to Prevent
       Sabotage .......................................... 38
4. Legal Aspects of Industrial Security and
   Plant Protection
   4.1 General Information ...................... 39
   4.2 Duties of Industrial Security
       Officers ............................................ 39
   4.3 Arrests ............................................. 40
   4.4 Crimes Which May Occur
       on Client Property ......................... 41

5. **Procedures**
  5.1 Theft Control Procedures ............. 42
  5.2 Pass and Badge Control ................ 44
  5.3 Lock and Key Suggestions ........... 44
  5.4 Patrolling ........................................ 45
  5.5 Flag Instructions ............................ 46
  5.6 Riot Duty ........................................ 46
  5.7 Protection of a Crime Scene ......... 47
6. **Fire Protection and Prevention**
  6.1 General Information ...................... 48
  6.2 Primary Responsibilty of Plant
      Security .............................................. 48
  6.3 What Is Fire .................................... 49
  6.4 Effective Fire Control ................... 49
  6.5 Fire Prevention .............................. 49
  6.6 Fire-Extinguishing ........................ 50
  6.7 Use of Extinguishing Agents ....... 50
  6.8 Extinguisher Identification ........... 51
  6.9 Fire-Extinguishers ......................... 52
  6.10 Sodium Fires .................................. 53
  6.11 Acids ............................................... 53
7. **First Aid**
  7.1 General Information ...................... 57
  7.2 Security Officer Procedures in a
      Medical Emergency ....................... 57
8. **Report-Writing**
  8.1 Importance of Reports .................. 58
  8.2 Basic Elements of a Report .......... 58
  8.3 Essential Considerations in
      Report-Writing .............................. 58
  8.4 What Should Be Reported ........... 59
9. **Firearms**
  9.1 General Instructions ..................... 60
  9.2 Safety Precautions - Pistol and
      Revolver ......................................... 61
10. **Espionage and Ways to Combat It**
  10.1 General Information ...................... 63
  10.2 What Does an Espionage Agent
      Want to Know? .............................. 63
  10.3 How Does an Espionage Agent
      Obtain Information? ...................... 64
  10.4 How to Fight Espionage? ............. 64
11. **Traffic**
  11.1 Intersection Control ...................... 65
  11.2 Your Position in the Intersection  66
  11.3 General Rules for
      Smooth Operation ......................... 66
  11.4 Signals and Gestures ..................... 67

# SECTION I
# GENERAL INFORMATION

## 1. THE WACKENHUT STORY

The history of The Wackenhut Corporation goes back to 1954.

In December of that year George R. Wackenhut and three other former Special Agents of the Federal Bureau of Investigation established their own company in Miami, Florida to provide investigative services to business and industry.

The new company was called Special Agent Investigators, Inc. Professionalism and quality were the hallmarks of the Wackenhut philosophy from the beginning and the fledgling firm quickly earned a solid reputation.

As its clientele expanded, a second company was formed in 1955 to apply this same philosophy to physical security problems. It was called Special Agent Security Guards, Inc. and it also quickly prospered.

In December 1958, Special Agent Security Guards, Inc. became Security Services Corp. with Mr. Wackenhut as President and Chief Executive Officer. The name of this firm was changed to The Wackenhut Corporation in September 1959 and Special Agent Investigators, Inc. was merged into it in 1960.

By 1960 business exceeded the million-dollar mark and TWC was embarked on a growth path that would sweep across the United States and around the world.

In 1960, the headquarters were moved to Coral Gables, Florida. All operations, domestic and foreign, are directed from there.

As the demand for Wackenhut's security expanded, the Company gradually added a number of wholly-owned subsidiaries. Today it provides a wide range of highly specialized services including electronic security systems and products.

The Wackenhut Corporation is now one of the world's largest international security and investigative organizations and is listed on the New York Stock Exchange.

Its operations extend across the United States, from Hawaii and Alaska to Puerto Rico and into Canada, the United Kingdom, the Orient, Central and South America, the Caribbean and a representative stationed in Europe. In addition, electronic products and systems are marketed throughout the world.

Despite the growth and diversity of its services, Wackenhut's uniformed security personnel still constitute the backbone of the Corporation and best symbolize the professionalism and quality performance which propelled TWC into the forefront of the security industry.

Strong management and dedicated employees have steadily reinforced the Wackenhut reputation, making the Company one of the most respected in the world. Proud of its past accomplishments, The Wackenhut Corporation looks to the future with confidence.

## 2. SERVICES OF THE WACKENHUT CORPORATION AND SUBSIDIARIES

Each person in the Wackenhut organization contributes to the total security services the Company provides its clients. Together, our thousands of employees, with their individual talents and professional training, comprise the strength of The Wackenhut Corporation.

There is a great and growing demand for security. Business, industry and the professions recognize the need to prevent losses, to safeguard physical assets, and to provide numerous other services a modern security force can be called upon to perform. Increasingly, this demand is accompanied by management preference for the Wackenhut Systems Approach to security problems.

Through this approach, Wackenhut people first evaluate the client's security requirements in terms of a plan for total security. Though a client may be considering just one aspect of Wackenhut services as the apparent answer to security needs, the Wackenhut Approach is to first completely analyze the security situation. When this analysis is accomplished a plan for total security is developed and presented to the client.

Wackenhut is able to provide all the services which a complete plan for total security may require. The plan might call for guard service supplemented by electronic security equipment. Investigative or pre-employment screening work could be involved. The inclusion of Wackenhut electronics for building management and security might be indicated in new client building plans. Training in employee security awareness could well be a part of the plan. And, if international operations were a client's consideration, this, too, could be part of the plan, utilizing Wackenhut's international capabilities.

Wackenhut is a large and growing Company. It has the personnel and the complete range of services required by today's sophisticated security client. The future of the security business, and particularly the Wackenhut Systems Approach to total security, is bright. Each individual among the thousands of Wackenhut employees contributes in his or her own way to the growth of the Company and the attainment of The Wackenhut Corporation's position as the industry leader.

## WACKENHUT SUBSIDIARIES

*WACKENHUT SERVICES, INC. (WSI)* - provides security services, fire protection, training and other security related services to agencies at municipal, state and federal levels.

*WACKENHUT PUERTO RICO, INC.* - provides security and security related services to business and industries in the U.S. territory of Puerto Rico.

*WACKENHUT OF ALASKA, INC.* (WAI) - provides Wackenhut security services for the Eastern half of Prudhoe Bay Oil Field and the Western section of Kuparuk River Oil Fields.

*AMERICAN GUARD AND ALERT, INC.* - provides Wackenhut security services for the TransAlaska Pipeline System, in addition to the Anchorage, Alaska business community.

*WACKENHUT APPLIED TECHNOLOGIES CENTER (WATCI)* - applies advanced technologies in a variety of ways to assure the fullest extent of security enhancement.

*WACKENHUT INTERNATIONAL, INC. (WII)* - provides Wackenhut security services to forty (40) countries on six (6) continents; and security to U.S. Embassies in over a dozen countries.

*WACKENHUT AIRLINE SERVICES, INC.* - provides security and security related services to the major airline companies at locations throughout the country.

*WACKENHUT CORRECTIONS CORP. (WCC)* - provides design, construction, financing and management services to detention/correction facilities for municipal, state, and federal agencies.

*SECURE TRAVEL SERVICES, INC. (STS)* - provides corporations as well as individual travelers with advice and service.

*WACKENHUT SPORTS SECURITY, INC.* - provides Wackenhut security services at sports facilities and arenas throughout the country.

*WACKENHUT HEALTH SERVICES, INC. (WHS)* - provides health care and health services at detention/correction facilities through out the country.

*WACKENHUT MONITORING SYSTEMS, INC.* - Electronic monitoring of parolees, detainees, and persons under house-arrest or similar restraint.

## 3. EMPLOYMENT FACTS

**WAGES AND HOURS** - One of your main concerns will be the wages or salary you receive for the hours you work. At Wackenhut our pay rates are fair, equitable and compare favorably with rates for similar work in the industry. We comply with all applicable Federal and State Wage and Hour laws.

Since our business is built on serving clients and is subject to the client's convenience, those of you hired as security personnel will work hours that conform to the demands of the client. You will be advised of your work schedule by your Supervisor.

**PAYDAYS** - With the exception of a few states in which pay periods are weekly, we pay bi-weekly. The payday will depend on the area you are in. Any questions regarding pay should be directed to your immediate Supervisor.

**PAYROLL DEDUCTIONS** - Each pay period the Payroll Department is required by law to make certain deductions from your earnings. These include FICA (Social Security), Federal Withholding Tax, and State or local withholding tax, or disability payments, as may be required in your particular area. The amounts of the deductions are subject to change for various reasons: change in wage rate, tax legislation, and changes in the number of your dependents. Each check stub will itemize all deductions. Upon being hired you prepared a W-4 (Federal) withholding exemption form. From the information you provide on this form your income tax deductions are computed. At the end of each year you will be given a W-2 withholding statement itemizing the income tax and FICA (Social Security) deductions withheld from your salary.

12

**FICA TAX (Social Security)** - Each employee pays tax on his or her salary for Social Security purposes through payroll deductions. The amount deducted is matched equally by a contribution from Wackenhut, thereby sharing with you the cost of paying for Social Security benefits. These benefits are in the form of retirement pension, Medicare insurance, death benefits to dependents and disability benefits. In addition, in the event of your death, either before or after retirement, your dependents may receive benefits in accordance with the terms of the Social Security Act.

In order to receive proper credit for FICA (Social Security) deductions, you must have a Social Security account card. Report changes in name immediately to your local Social Security office or to the Wackenhut office to which you are assigned so that your earnings will not be reported under two different names.

**WORKERS' COMPENSATION** - According to the laws of the state in which we operate, our Company carries Workers' Compensation Insurance, which applies to all accidental injuries to an employee while at work. The cost is paid entirely by Wackenhut. Workers' Compensation is carried to cover expenses and earnings lost due to injury while you are on the job. The individual laws of your state regulate the amount you are entitled to receive to cover medical expenses and to make up part of any loss in earnings. You must immediately report any work-related injury to your Supervisor.

**UNEMPLOYMENT COMPENSATION** - In accordance with the provisions of your State Unemployment Act, if you become unemployed, due to lack of work, you will be eligible for weekly benefits, provided you meet the requirements of the Act. Wackenhut pays the entire tax in the majority of states.

13

**EQUAL OPPORTUNITY EMPLOYER** - The Wackenhut Corporation is an Equal Opportunity/Affirmative Action Employer. All personnel actions are effected without regard to race, sex, age, religion, national origin, disability, medical condition, veteran status, ancestry or marital status. As a responsible organization, we resolutely support the concept and practice of Affirmative Action and Equal Employment Opportunity. Each year we prepare an Affirmative Action Plan which reasserts our continuing commitment to equal treatment for all. We uphold federal and state civil rights laws and ensure that all of our personnel actions and policies are in compliance. Additionally, we recognize and value the importance and diversity of our work force and support its various cultures. The Wackenhut Corporation is dedicated to fostering an environment which respects the dignity, rights and contributions of its employees.

**DUTIES** - You have been selected and placed in your present assignment after having met certain requirements necessary to perform your duties. Your Supervisor will instruct you as to what your work and responsibilities are. You should diligently follow your duties and look to your Supervisor for guidance. He or she will answer any questions concerning your job.

**TRANSFERS** - Due to the nature of the contract security industry, no employee shall have a vested interest in any specific assignment, shift, post, or location and may be removed/transferred for any reason including but not limited to a client-directed request. To effect continuity of employment, it may be necessary for you to transfer from your particular location to another site where the Company is in need of employees. If you wish to be considered for a transfer within your present work unit, discuss the matter with your Supervisor.

**TRAINING** - According to your position with the Company, various training programs will be provided. After basic training, your Supervisor will conduct an on-the-job training program in which procedures and forms applicable to your job will be discussed. It is the policy of Wackenhut to encourage and assist you in broadening your knowledge and to prepare you for increasing responsibility within the Company. To meet this obligation, manuals, monthly training bulletins and other materials for your self-improvement are available. You are urged to learn as much as you can about your present job and to qualify yourself for other important positions with the Company.

**TWC DRUG AND ALCOHOL POLICY** - Except when undergoing prescribed medical treatment as stated below, any use, sale, or possession of narcotics, drugs, controlled substances or alcohol while on duty or on Company property is an offense subject to termination of employment.

Off-the-job use of alcohol which adversely affects an employee's job performance or which jeopardizes the safety of other employees, the public or Company equipment is proper cause for administrative or disciplinary action up to and including termination of employment. Illegal use, sale or possession of narcotics, drugs, or controlled substances, at any time, shall be proper cause for severe disciplinary action up to and including termination of employment.

Employees undergoing prescribed medical treatment with a controlled substance should immediately report this treatment to their Supervisor. Although not grounds for disciplinary action, the use of controlled substances as part of a prescribed medical treatment program requires a medical certificate from the prescribing physician stating that job performance will not be impaired by the treatment. If job performance could be impaired, a medical leave of absence will be required.

## DRUG AND ALCOHOL POLICY FOR FEDERAL CONTRACTS OR GRANT RECIPIENTS - Except when undergoing prescribed medical treatment, as previously stated, any unlawful use, sale, distribution, manufacture, or possession of narcotics, drugs, controlled substances or alcohol, while on duty, or on Corporate property, is an offense subject to termination of employment.

Off-the-job use of substances or alcohol which adversely affects an employee's job performance, or which jeopardizes the safety of other employees, the public or Corporate equipment, is proper cause for administrative or disciplinary action up to, and including, termination of employment.

The illegal use, sale or possession of narcotics, drugs or controlled substances, at any time, shall be proper cause for severe disciplinary action up to, and including, termination of employment.

Employees undergoing prescribed medical treatment with a controlled substance should immediately report this treatment to their Supervisor. Although not grounds for disciplinary action, the use of controlled substances, as part of a prescribed medical treatment program, requires a medical certificate from the prescribing physician stating that job performance will not be impaired by treatment. If job performance could be impaired, a medical leave of absence is required.

## LEAVES OF ABSENCE - Personal, military and disability leaves are available for employees who qualify. These leaves of absence are always without pay.

1. Personal leave will normally not be granted for a period exceeding sixty (60) days and where applicable, will be applied against Family & Medical Leave Act.

2. Military leave as required to fulfill military obligations.

3. Disability leave (will be in accordance with the Family & Medical Leave Act (FMLA) of 1993 and any applicable state law).

### 4. Family & Medical Leave
TWC policy complies with the FMLA (Family & Medical Leave Act) of 1993.

### General
Employees who have been employed for at least one (1) year, *and* for at least 1,250 hours during the preceding 12-month period are eligible for family and medical leave. Except for those employees who are considered as "key employees" or "highly compensated employees," employees will be returned to the same or to an equivalent position upon their return from leave.

Family and medical leave will be unpaid leave. If leave is requested for an employee's own serious health condition, the employee must use all of his/her accrued sick leave (if available). If leave is for any of the reasons listed below, the employee has the option of using vacation time.

### Reasons for Leave
All employees who meet the time-of-service requirements may be granted a total of twelve (12) weeks of unpaid family leave during any 12-month period for the following reasons:
1. the birth of the employee's child and in order to care for the child;
2. the placement of a child with the employee for adoption or foster care;
3. to care for a spouse, child, or parent who has a serious health condition; or,
4. a serious health condition that renders the employee incapable of performing the functions of his or her job.

The entitlement to leave for the birth or placement of a child for adoption or foster care will expire twelve (12) months from the date of the birth or placement.

Spouses employed by the same employer are permitted to take only a combined total of 12 weeks of leave during any 12 month period if the leave is taken for the birth or placement of a son or daughter or to care for a parent with a serious health condition. For their own serious health condition, or to care for their spouse or son or daughter, each spouse would be entitled to 12 weeks of leave during any 12 month period.

### FMLA-The Twelve Month Period
Eligible employees may take up to twelve weeks of leave during a twelve month period under FMLA. This "twelve month period" is considered as beginning on the first day of the employee's leave.

### Intermittent Leave
An employee may take leave on an intermittent basis when medically necessary to care for a spouse, child, or parent or because of the employee's own serious health condition.

### Procedure for Requesting Leave
In all cases, an employee requesting leave must complete an Application for Family & Medical Leave and return it to his/her Supervisor. The completed application must state the reason for the leave, the duration of the leave, and the starting and ending dates of the leave. An employee intending to take family or medical leave because of an expected birth or placement, or because of a planned medical treatment, must submit an application for leave at least thirty (30) days before the leave is to begin. If leave is to begin within thirty (30) days, an employee must give notice to his/her Supervisor as soon as the necessity for the leave arises.

### Medical Certification
An application for leave based on the serious health condition of the employee or the employee's spouse, child or parent must also be accompanied by a "Medical Certification Statement" completed by a health care provider. The certification must state the date on which the health condition commenced, the probable duration of the condition, and the appropriate medical facts regarding the condition. If the employee has a serious health condition, the certification must state that the employee cannot perform the functions of his or her job. TWC has the option of requesting a second opinion.
If the employee is needed to care for a spouse, child or parent, the certification must so state, along with an estimate of the amount of time the employee will be needed.

### Subsequent Medical Re-Certifications
TWC has the option of requesting periodical medical re-certifications.

### Fitness for Duty Certificate
Employees who request leave because of a health condition will be required to submit certification from the health care provider that the employee is able to resume work.

### Benefits Coverage During Leave
During a period of family or medical leave, an employee may be retained on his/her health plan under the same conditions that applied before leave commenced. To continue health coverage, the employee must continue to make any contributions that he/she made to the plan before taking leave. If the employee chooses to not continue coverage during the leave, he/she may elect to reinstate coverage (without a waiting period) upon return from leave. An employee continues to accrue seniority and vacation while on family or medical leave.

An employee does not continue to accrue sick days while on family or medical leave unless the employee is using sick or vacation days. An employee who takes family or medical leave will not lose any employment benefits that accrued before the date leave began.

**Restoration to Employment Following Leave**
An employee eligible for family and medical leave - with the exception of those employees designated as "highly compensated employees" - will be restored to his or her old position or to a position with equivalent pay, benefits, and other terms and conditions of employment. TWC cannot guarantee that an employee will be returned to his or her original job.

All applicable leaves will be applied against FMLA leave.

FMLA does not supersede any state or local law or collective bargaining agreement which provides greater family or medical leave rights.

5. In accordance with the Pregnancy Discrimination Act of 1978, employers are required to treat pregnancy and pregnancy related medical disabilities the same as any other medical disability with respect to all terms and conditions of employment. There are states that have additional laws with respect to maternity leave. Management at each location should ensure compliance with any applicable state laws and FMLA.

For further details regarding leaves of absence, please see your Supervisor.

**SEXUAL HARASSMENT** - Sexual harassment, whether it occurs between a Supervisor and a subordinate or between co-workers, can not and will not be tolerated by The Wackenhut Corporation.

Sexual harassment is a violation of Title VII of the Civil Rights Act of 1964 and it is against our policy for any employee, male or female, to sexually harass other employees by: (1) Making unwelcome sexual advances, requests for sexual favors or other verbal or physical conduct of a sexual nature a condition of an employee's employment, or (2) Making submission to or rejection of such conduct the basis for employment decisions affecting the employee, or (3) Creating an intimidating, hostile or offensive working environment by such conduct.

Sexual harassment may take different forms. Examples of several types of forms are: **Verbal:** Sexual innuendoes, suggestive comments, jokes of sexual nature, sexual propositions or sexual threats. **Non-verbal:** Sexually suggestive objects or pictures, graphic commentaries, suggestive or insulting sounds, leering, whistling or obscene gestures. **Physical:** Unwanted physical contact, including touching, pinching, brushing the body, coerced sexual intercourse or assault.

If an investigation into a sexual harassment complaint concludes that an employee violated this policy by sexually harassing another employee, the violator will be subjected to discipline which may include termination of employment, regardless of his/her level. Supervisors in particular will be held to the highest of standards with respect to their conduct.

Employees who believe they are the victims of sexual harassment are to immediately contact their Supervisor, or the Corporate Human Resources Department for appropriate action. For the comfort of the complaining employee, upon request, a management representative who is the same gender as the employee may be made available to discuss the issue.

# 4. ADVANCEMENT AND INCENTIVE AWARDS

**PROMOTIONS** - We want you to advance within our Company, You are encouraged to develop and improve skills and abilities in order that you may qualify for promotion. We are proud of the many employees who have risen within the ranks to positions of additional responsibility. Your ability to learn and your attitude toward your work are factors that will help you make progress. The ongoing training Wackenhut provides gives you the incentive to broaden your horizons with us and may prepare you to accept new challenges and responsibilities.

**SELF IMPROVEMENT** - Your Company encourages you to improve your qualifications, not only for your present position but for promotion. Any courses or special training completed should be reported to your Supervisor for inclusion in your permanent personnel file, so that we may, at all times, know your qualifications and accomplishments.

**EMPLOYEE SUGGESTION PROGRAM** - We are always interested in suggestions that will improve the efficiency and operations of the Corporation. There is a formalized method for Wackenhut employees to submit suggestions for Management review.

Employees can submit their suggestions directly to the Human Resources Department at Headquarters or use a Suggestion Box, at locations where provided. Suggestions should be submitted on an 8.5 x 11 sheet of paper and be brief and concise. Information on which areas of the Corporation would be affected and what benefit would be derived are essential. The signature of the employee making the suggestion, location and date must be entered below the suggestion.

## INCENTIVE AWARD CERTIFICATES

*SECURITY OFFICER OF THE QUARTER*
*SECURITY OFFICER OF THE YEAR*
The Security Officer of the Quarter and Security Officer of the Year awards have been established to recognize outstanding performance by Field Office Security Officer personnel. Area Office recipients will be eligible for the Corporate Security Officer of the Year Award.

*CERTIFICATE OF ACHIEVEMENT*
The Certificate of Achievement is awarded for the successful completion of a Wackenhut Training Institute Program.

*CERTIFICATE OF APPRECIATION*
The Certificate of Appreciation is presented in response to a letter of commendation for a job well done or for performance of a valued act of service for the client or Corporation.

*CERTIFICATE OF RECOGNITION*
The Certificate of Recognition is presented in recognition of unusual and outstanding service, and for courage and initiative.

*CERTIFICATE OF DISTINCTION*
The Certificate of Distinction is presented for the performance of an act of valor above and beyond the call of duty, an act that reflects great credit on the individual, the client, and the Corporation.

*W-VALOR AWARD*
The W-Valor Award may be awarded to employees who have received a Certificate of Distinction and are eligible for this prestigious award.

*SERVICE AWARDS*
To reward longevity with the Company, Wackenhut service pins are given for each 5 year period of continuous service with the Company. Each year, on a monthly basis, service pins are issued to those employees who are eligible in recognition of longevity with Wackenhut.

## SECTION II
## THE ROLE OF THE
## SECURITY OFFICER

### TO EACH SECURITY OFFICER

In your position as a Security Office, you will be called on to perform many different assignments. This Handbook has been prepared to serve as a guide in performing these tasks. Even though the procedures will vary from place to place, the basic purpose behind your work is the same.

It is impossible to cover all of the duties that you will be called on to perform, but this Handbook provides you with general information on accepted techniques. As new techniques are developed, they will be furnished in the form of revisions to the present sections or as additional chapters. You will be expected to keep this book available for ready reference.

### 1. REQUIREMENTS OF A
### SECURITY OFFICER

**1.1 WHAT IS EXPECTED OF A SECURITY OFFICER:**
*ABILITY:* To be able to handle any normal situation which a Security Officer may encounter and know how and where to get help if it is needed.

*ALERTNESS:* To be alert at all times while on duty, to be always on the watch for activities, conditions or hazards which could result in injury or damage to property and equipment.

*ATTITUDE:* The Security Officer is frequently the first contact a visitor has with the client. The way in which the visitor is greeted and the visitor's questions are answered will play a significant part on the visitor's ap-

praisal of the client's company. Human and employee relations depend a great deal upon the Security Officer's attitude.

*COURTESY:* Security Officers must be courteous at all times. An Officer need not be belligerent to be firm. An Officer can be courteous and well-mannered and still be effective.

*DISCIPLINE:* Personal likes and dislikes should not swerve a Security Officer from his or her duty. Prompt obedience and proper execution of all orders given by superiors is expected from all Security Officers. Discipline does not mean punishment. True discipline is indicated by proper conduct under all conditions - by individuals away from the presence of their Supervisors.

*EXEMPLARY CONDUCT:* To conduct ourselves at all times in a manner which will reflect credit on ourselves and The Wackenhut Corporation.

*IMAGINATION:* Security Officers should develop the ability to: Imagine what might happen under a given set of circumstances.

Determine the correct action to be taken if a given emergency should arise.

*JOB INTEREST:* Security Officers should take pride in their duties and maintain a keen interest in their jobs. This will show in the manner in which they perform their duties and will be recognized by all who come in contact with them.

*LOYALTY:* A Security Officer must be loyal to the Company. Learn to ask yourself, "Is this best for the Company?" Loyalty also means that supervisors are able to trust a Security Officer with confidential information.

*TACT*: A Security Officer should act without haste or undue emotion. Do not argue with people, and avoid force unless absolutely necessary. Present a calm, dignified bearing.

## 1.2 OUR MISSION:
To endeavor to protect all property within the limits of the client's property boundaries and to endeavor to protect employees and other persons on the client's property:
By the prevention of fire, disorderly conduct, vandalism, espionage or spying, stealing and carelessness.
By the promotion of safety, public relations, order in the plant, good will, discipline and respect for and confidence in ourselves and others. By enforcement of rules of conduct, rules of safety and client policy and procedures.

## 1.3 WE ENDEAVOR TO PROTECT BY:
Observing irregular or unusual conditions and activities. Correcting or reporting irregular or unusual conditions. Permitting only authorized materials into or out of the client's premises. Permitting only authorized persons into or out of the client's premises. Enforcing rules and laws. Rendering service to management and employees. Planning against potential harm. Acquiring the respect and good will of employees.

## 1.4 WE INSPECT FOR:
Fire and safety hazards.
Evidence of sabotage.
Waste of materials.
Theft of client materials or employee's property.
Incendiary or explosive materials carried into the client's premises.

Proper badge identification, passes and material releases.
Carrying or use of intoxicants or non-prescription narcotic drugs.
Possession of firearms or other weapons.
Lights out of order or burning needlessly.
Exposed classified or important documents.
Good housekeeping.
Unlocked doors and rooms.
Misconduct on client property.
Loitering.
Disturbances that interfere with production.
Smoking where not permitted.
Unlocked file cabinets in security areas.
All other violations of the client's policies or rules.

## 1.5 WE ENFORCE AGAINST:
Tampering with fire equipment, utilities, or machinery.
Sabotage or espionage and subversive activities.
Violation of safety rules.
Theft of client's and employees' property.
Possession or use of intoxicants and/or non-prescription narcotic drugs on the client's premises.
Possession of weapons.
Misconduct or indecent behavior.
Rowdiness or vandalism.
Gambling or soliciting on the client's premises.
Use of profane or indecent language.
Abuse or destruction of property, tools, machines or equipment.
Smoking where not permitted.
Unauthorized demonstrations or disturbances on the client's premises.
Creating unsanitary conditions.
Unauthorized distribution of literature on the client's premises.
Loitering.
Unauthorized peddling on the client's premises.

## 1.6 PRODUCTION SECURITY:

We endeavor to protect and thereby permit uninterrupted production. We screen out the unwanted and let in those needed to make the product.

We preserve the buildings, machines, tools, materials and utilities for production.

We endeavor to protect the property of the client and of the employees involved in production against theft or misuse and to report all such occurrances.

We report and assist in the investigation of all instances of suspected production sabotage or subversive activity.

We inspect safety devices and enforce safety rules.

We preserve order and enforce rules of conduct.

We do everything except make the product with our hands - and we produce secure conditions under which the client's product may be made.

## REMEMBER:

*COURTESY* - Earns Respect.
*KNOWLEDGE* - Gets Results.
*PATIENCE* - Receives Cooperation.
*SERVICE* - Increases Good Will.

The *APPLICATION* of all of the above gets the job done well. To properly enforce client rules, a Security Officer must, at all times, abide by these rules as well as abide by our Company's regulations. This is of the utmost importance.

Authority is easily abused and nothing creates resentment so quickly as its misapplication. Keep in mind, each person is an individual very similar to yourself and should be treated as such. Seeking revenge for an offense against you lowers you to the level of the offender. Patience and tact are needed under all circumstances.

## 2. RULES AND REGULATIONS

### 2.1 ATTENTION TO DUTY:
Security Officers shall demonstrate interest in their work by alertness and attention to duty.

### 2.2 OBEY LAWS:
No Security Officer shall knowingly and intentionally violate the laws of the United States, a state, county or municipality.

### 2.3 APPEARANCE OF SECURITY OFFICERS:
Security Officers shall be neat and clean in appearance on duty, and shall wear only the complete uniform as prescribed by their Supervisor.

Leather and brass will be polished.

Due to the public nature of our business, and the business necessity that uniformed personnel represent a figure of authority, a code relative to hair length and facial hair is hereby prescribed:

Hair is to be neatly combed and appropriately cut to accommodate the wearing of the Security Officer cap. The cap is part of the official uniform and is required to be worn by male personnel. Female Security Officers will not wear a uniform cap except when client-requested, and then they are limited to the official cap or a hard hat. Men's hair length should not extend beyond the shirt collar. Female Officers should wear their hair in a neat fashion.

Regarding male facial hair, a neatly trimmed mustache which does not extend beyond the width of the mouth and the lower lip is permitted; neatly trimmed side-burns that do not extend beyond the lower part of the ear lobe are also permitted.

Uniforms will be clean and presentable at all times.

Badges will be worn at times while on duty. If lockers are provided, the badge and uniform maybe kept on the client's premises.

It is the responsibility of the Security Officer to maintain the post to which he/she is assigned in a clean and orderly manner.

No insignias, emblems, buttons, or items other than those issued by the Company will be worn on the uniform without the expressed permission of the Company.

Shoes will be black leather or comparable material, and polishable. The shoe style must not inhibit safe, agile, and free movement as determined by the Supervisor.

## 2.4 COURTESY TO THE PUBLIC:

Security Officers will at all times be courteous, kind, patient, and respectful in their dealings with the public and will, by an impartial discharge of their duties, bring credit to themselves, TWC, and the client they represent.

## 2.5 PUNCTUALITY:

Security Officers will be prompt and punctual in all assignments. If a Security Officer, for any reason, is unable to report for duty at the specified time, he/she will notify his/her Supervisor at least 4 hours before shift change. A Security Officer will not leave an assigned post unless properly relieved. Absence without notification will be cause for disciplinary action.

## 2.6 ORDERS:

A Security Officer will obey all order promptly and inform his or her relief of all new orders issued. Willful disregard of orders and instructions will be cause for disciplinary action.

## 2.7 CONDUCT WHILE ON DUTY:

A Security Officer:
Will remain awake and alert at all times during his or her tour of duty.
Will not read while on duty except material furnished for instructions and in connection with the performance of his or her job.
Will carry on no unnecessary conversations.
Will not argue controversial subjects.
Will not conduct outside business at the employment location or while in Company uniform.
Will not accept gifts or gratuities from anyone for any reason.
Will not attempt to borrow money from fellow employees or employees of the firm where assigned.
Will not use the telephone for personal calls.
Will answer the telephone by saying, "Security Officer (Name)." Will write all messages.
Unless authorized, will not open drawers in cabinets, desks or other storage places. Will not remove, rearrange or read material left on desks or cabinets or allow any unauthorized person to do so.
Will not smoke in prohibited areas or in view of the public. The general client rules in regard to smoking will be adhered to.
Will not use threatening, abusive or insulting language or behave in a disrespectful manner to the public or fellow employees.

## 2.8 PROHIBITED ACTIVITIES:

A Security Officer:
Will not knowingly associate or have any dealings with any person or organization advocating or fostering hatred or prejudice against any racial or religious group.
Will at no time knowingly associate with any persons engaged in unlawful activities.
Will not drink intoxicants immediately prior to or while on duty, or at any time to the extent of becoming unfit for duty. Will not at any time use narcotic or habit-forming drugs unless prescribed by a licensed physician.

Will not enter premises where intoxicants are sold while in an identifiable Wackenhut uniform.

Will not report for duty with the odor of any alcoholic beverage on his/her breath.

Will not play cards or games of chance on the client's premises.

Will not authorize his or her name and title on photographs in uniform for an advertisement, endorsement or subscription for any company without the written permission of The Wackenhut Corporation.

## 2.9 REPORTS:

A Security Officer:

Will be alert and observe everything that takes place within sight and hearing of assigned post.

Will in an emergency not covered by Post Orders immediately report by telephone to his/her Supervisor.

Will make written reports on all observed violations of laws, client or Post Orders.

Will provide information in reports covering who, when, where, what and how.

Will report facts, not opinions. False statements will be cause for severe disciplinary action. Will, if a Security Officer meets with an accident in the line of duty, however slight, complete a written report covering details with the names of witnesses. This report will be furnished to his/her Supervisor.

Will immediately report to his/her Supervisor in writing any change of home address or telephone number.

Will complete a written report in any case where a weapon has been discharged either by citizens, employees or Security Officers.

Will accurately report all hours worked on the prescribed sign in form.

## 2.10 COURT CASES:

A Security Officer will immediately report to his/her Supervisor on being summoned to appear in court as a defendant or a witness in either civil or criminal proceedings.

32

## 2.1 CONFIDENTIAL MATERIAL:

Security Officers will regard as confidential all material and information that come to their attention in the line of duty. Security Officers will not give interviews or make public statements concerning the activities or policies of Wackenhut or the client to which they are assigned without the written permission of The Wackenhut Corporation.

## 2.12 DEBTS:

All Security Officers are expected to support their families and pay their debts.

## 2.13 VISITING:

Security Officers: Are prohibited from entering a working area of a client more than ten (10) minutes before the start of their work shift and from remaining more than ten (10) minutes after their shift has ended. Security Officers are not permitted to enter any work area of a client for any purpose during their off-duty hours except as may be expressly authorized by appropriate authorities. This prohibition does not apply to off-duty employees entering a client's premises as a member of the general public for purposes for which the client's business is held open to the general public.

Will not permit individuals to visit with them for the purpose of discussing personal or other unofficial matters while on duty at a client's premises.

## 2.14 SOLICITATION:

Solicitation for any purpose by a Security Officer is prohibited while either the person soliciting or the person being solicited should be performing job duties. Distribution of any materials for any purpose by a Security Officer is prohibited at all times in a client's working areas. Distribution of any materials for any purpose by a Security Officer is prohibited in a client's non-working areas while the person

33

distributing materials or the person receiving them should be performing job duties.

Solicitation or distribution of any materials for any purpose by non-employees is prohibited at all times on the premises of TWC and prohibited on clients' property where prohibited by the client.
Even though Security Officers are paid for the entire time they are working at a client's premises, this rule does not prohibit Security Officers from engaging in solicitation during no more than the one-half-hour period while Security Officers are properly engaged in eating their meals and during periods, if any, when Security Officers are properly not engaged in performing their work tasks.

**2.15 DISCIPLINE: The following are not binding terms and conditions of employment. The Company retains the absolute right to terminate any employee at any time with or without good cause.**

Violations of any Rules and Regulations under Chapter 2 may result in disciplinary action to include:

*1. ORAL REPRIMAND:* when unintentional carelessness results in a problem. The employee will be counseled regarding the problem and proper action to correct the problem.

*2. WRITTEN REPRIMAND:* when a second reprimand is necessary for the same offense which originally carried an oral reprimand. However, in certain circumstances, it may be appropriate to bypass the oral reprimand and progress immediately to the written reprimand should the nature of the infraction warrant this. The written reprimand is to be entered into the employees file.

*3. SUSPENSION:* a temporary disciplinary layoff for serious misconduct or repeated offenses. The employee doesn't lose his/her job or seniority rights, but loses his/her pay for the designated period of suspension.

34

*4. DISMISSAL:* a result of a serious breach of a rule, standard, practice, policy or procedure. Additionally, dismissal may result from repeated disciplinary problems of a less serious nature.

**GROUNDS FOR IMMEDIATE DISMISSAL:**
The disciplinary process referenced above will be followed in most instances of employee non-compliance, with the exception of the following violations of prescribed standards which will result in immediate dismissal:
1. Refusal to work.
2. Extreme insubordination.
3. Fighting on the job.
4. Intoxication on the job or reporting to work in an impaired state (this applies to alcohol, drugs, narcotics or any substance which alters perception, awareness and which inhibits normal human response).
5. Theft, dishonesty, fraud or bribery.
6. Willful or reckless destruction of client or TWC property.
7. Unauthorized or careless use of firearms or other weapons.
8. Malicious harassment (including sexual or racial) of fellow employees, client employees or members of the public.
9. "Horseplay" or any other activity with potentially serious consequences such as personal injury or property damage.
10. Unexcused "No call, No show" absence(s).
11. Job performance that is unacceptable.
12. Conviction or pleading guilty to any criminal act.
13. Falsification or fraudulent alteration of any company document or record.
14. Sleeping on duty.
15. Failure to report to your Supervisor your arrest or conviction.
16. Aiding a competitor or any other act which intends to inflict injury upon TWC or its clients.
17. Any other acts which, by their nature and impact, severely limit the employee's ability to perform the essential elements of the job.

35