# EXHIBIT B
# PART VII

Jones v. Wackenhut &#037; Google Inc. Doc. 76 Att. 9

Dockets.Justia.com

# 3. SABOTAGE

## 3.1 DEFINITION:
Sabotage is the intentional act of destroying, damaging or otherwise interfering with the production process.

## 3.2 TYPES OF SABOTAGE:

### MECHANICAL SABOTAGE
Damaging machines or equipment by breakage or manipulation. Damaging power stations, transmission lines, transfer stations, switchboards or other key points of the power system. Placing abrasives or chemicals in motors or foreign objects in machinery to cause rapid, excessive wear. Tampering with a lubrication system; for example, draining motors and pouring molasses into crankcases to burn out bearings. Damaging electrical equipment or controls, causing overload of motors. Damaging telephone and communication systems. Damaging or stealing precision tools or technical mechanisms. Damaging materials either used or being manufactured at the client's premises. Damaging or delaying finished products both at the client's premises and in transit. Damaging, stealing, or tampering with blueprints, formulae, working models or other confidential data.

### FIRE OR BOMB
Delayed-action incendiary or explosive action. Damaging by arson or by existing fire hazards. Damaging vital machinery, equipment or buildings by time bombs, gas explosions, incendiary bombs and devices or the use of other explosives. Placing holes in intake manifolds on motors to cause fires.

### GERMS AND POISONS - ACTION AGAINST FOODSTUFFS
Bacterial infection or other pollution of water and foodstuffs for employee consumption. Injury to personnel, including the introduction of contagious disease.
Sabotage of refrigeration machinery to ruin food. Addition of moisture or other agents to ruin food.

### LABOR SABOTAGE
Deliberate attempts to create unrest. Using "stink bombs" or other nuisances to damage morale, disrupt normal routine and keep employees away from work. Spreading rumors to undermine employee loyalty and morale, and thus create dissension and friction. Fomenting strikes, unrest, personal antagonism, spoilage of work and "slow-down" operations; provoking fear and work stoppages through false alarm. Saboteurs can be expected to work themselves into positions of some responsibility in order to act as strike provokers.
The most popular technique used in industrial sabotage is called *WORKING TO RULE*: The employee does nothing incorrectly or with evident malice, but works with extreme caution, paying attention to each detail, and asking instructions prior to every move. This slows down the employee's production and the production of all others whose work depends upon him/her.

### POLITICAL MEANS
Provoking antagonism to government policies. Encouraging certain elements of the population to react against the government's course of action.

### PSYCHOLOGICAL SABOTAGE
Systematic undermining of morale. Use of lies, rumors and deception to instill fear and weaken the will of the people to resist a hostile attack. Issuing false orders and communications.

## 3.3 REASONS FOR COMMITTING SABOTAGE:
For money.
Patriotic Extremism - Any sacrifice for country.
Political Extremism - Any sacrifice to extend political philosophy.
Threats - Of force or exposure of an indiscreet act in past life.
Revenge - Deep-seated grievance against government, an employer or fellow employee.

## 3.4 WHAT CAN BE DONE TO PREVENT SABOTAGE:
Watch for individuals who appear to be loyal, industrious workers who show interest in the work of others, an unusual interest in the layout of the client's premises, unguarded vulnerable spots, and patterns of plant activity and office personnel.
Watch for individuals who disrupt production by making fractional errors on precision work.
Watch for individuals who create small bottlenecks that delay major projects.
Carefully inspect all equipment and frequently check physical safeguards.
Constantly guard valuable equipment and documents.
Deny admittance of unauthorized persons or persons with no "need to know" to restricted areas.
Report all unidentified persons and challenge suspicious activities.
Report defects immediately to the proper authority.

# 4. LEGAL ASPECTS OF INDUSTRIAL SECURITY AND PLANT PROTECTION

## 4.1 GENERAL INFORMATION:
A Security Officer is not engaged in law enforcement as such. Therefore, an industrial Security Officer is not a Law Enforcement Officer like a Police Officer or Sheriff.

Security Officers endeavor to protect the production of goods and services and the client management makes rules and regulations regarding the conduct of persons engaged in production. The result is a smooth flow of production - not law enforcement.

Most rules and regulations do not have the force of law. An employee cannot be deprived of his/her freedom because he/she has broken a rule or regulation to help production. The most that can be done is dismissal of the employee.

Violation of law by someone working on the client's premises presents the same situation as someone breaking the law elsewhere - the case is under the jurisdiction of law enforcement agencies; local, state or federal.

Work performed by a Security Officer is not related to police work. Execution of the job and training are different. Leave law enforcement to the responsible agencies.

## 4.2 DUTIES OF INDUSTRIAL SECURITY OFFICERS:
To endeavor to prevent unlawful entry.
To endeavor to prevent theft.
To endeavor to prevent violation of client rules and regulations.
To endeavor to prevent violations of local, state and federal laws.
To endeavor to prevent fires, and in the event of a fire to give the alarm immediately and take other action that is necessary.

To know the location of the nearest telephone and how to report fire, emergency or conditions of disorder.
To be alert for and report safety hazards.
To know the location of the nearest first aid, firefighting and medical equipment.
To familiarize yourself with the installation geography and be able to direct people.
To enforce all security, traffic and parking regulations.
To keep roadways clear in case of an emergency.
To take charge of your post and to endeavor to protect all government and client property in view as well as personal property of client employees.
To familiarize yourself with the latest issue of the special and General Orders of the guard post.
To report immediately any unusual happenings to your immediate Supervisor.
To call your immediate Supervisor in any case not covered by orders.
To immediately call your Supervisor if you receive an order from a recognized client or government official, inform the Supervisor of the instructions received, and request official orders.

## 4.3 ARRESTS:

A Security Officer has no greater authority than a private citizen. As a general rule, a Security Officer or any private citizen may arrest an offender without a warrant when the offense is committed in his or her presence, within his/her view, if the offense is a felony or an offense against public peace. However, arrest laws vary from state to state and this rule does not apply in every state.
A felony is ordinarily any offense punishable by death or confinement in a penitentiary for a period of more than one year.
Arrests should be made only with the consent of a superior and only on client or Company property, except in an emergency situation.
False arrests and searches can result in civil and criminal lawsuits.

Before making an arrest the Security Officer should know:
That the violation committed is a crime.
That he/she has information in his/her possession to prove, beyond a reasonable doubt, that the suspect committed the crime.
No person may be arrested on a charge of suspicion.
No arrest is legal until AFTER the actual violation of a law.
Arrest is made by restraint of the suspect or by the Security Officer saying, "You are under arrest." Actual touching of a person is unnecessary - it is enough if the person submits to your custody.
No person is to be transported as a prisoner off the client's premises by a Security Officer. Notify the local law enforcement agency and turn the prisoner over to police on the client premises.

## 4.4 CRIMES WHICH MAY OCCUR ON CLIENT PREMISES:



Murder
Arson
Assault
Burglary
Larceny
Intoxication
Violation of sabotage and espionage laws

# 5. PROCEDURES

## 5.1 THEFT CONTROL PROCEDURES:
*SUGGESTIONS FOR REDUCING PILFERAGE:*
Look for careless storage and handling of valuable metals, such as nickel anodes, copper, brass, lead, etc. Give special attention to carelessness or suspicious activities in areas where valuable items may be stored or used: batteries, tires, clocks, radios, etc.
Make recommendations for more secure control of property which may be particularly subject to misappropriation.
Report areas or jobs where tools may be carelessly left lying around at the end of a shift. It may be advisable to bring some of these tools to the client premises protection headquarters for safekeeping.
Report tools and supplies which are left on receiving docks at the end of a shift, when there are no receiving room employees on the job.
Check tool cribs and stock rooms for the presence of unauthorized or suspiciously-acting employees.
Check into rubbish piles or other possible places of concealment near the property's edge.
Check questionable employees who may be moving motors or other equipment in machinery or equipment-storage areas.
Check on questionable persons in finished-products storage areas. Look in tool cribs or rooms for property which apparently should not be there.
Check persons who are suspiciously loitering near client fences or building windows.
Immediately report the presence of property which is out of its proper area or appears to be placed for misappropriation.

*WHERE TO WATCH FOR STOLEN PROPERTY:*
Carried under the coat.
Wrapped around the body (wire, valuable cloth goods, etc.)
Tied to a rope suspended from the waist under a coat.
Hung over the shoulders under a shirt or coat.
Suspended in pants legs.
Placed in a cap or hat.
Placed in stockings so that it fits next to the shin bone or calf of the leg.
Taped to the leg.
In clothing carried over the arm.
In sleeves of clothing.
Under the armpits.
In an unopened umbrella.

*ACTIONS OF AN EMPLOYEE TO AROUSE A SECURITY OFFICER'S SUSPICIONS:*
Approaches gate too nonchalantly.
Approaches gate too fast or too slow.
Approaches gate and waves at someone.
Approaches gate and turns back.
Starts useless conversations with the Security Officer on patrol.
Too eager to show lunch box or parcel.
Overdressed.
Not dressed for the weather.
Picks position in screening line.
Sidles away from the Security Officer on patrol as he/she nears gate.
Says he/she forgot something and starts back into the client's premises.
Walks lame or stiff-legged - not natural.
Walks too erect to be natural.
Walks too stooped to be natural.
Carries arms or arm rigidly, not naturally.
Goes into client premises before signing or checking in.
Loiters in areas other than own department.
Goes to car during working hours.
Has a marked or sudden change of actions toward a Security Officer on patrol, or in general behavior, such as a change from a friendly attitude to one of hostility or indifference, or from being quiet to talkative.

## 5.2 PASS AND BADGE CONTROL, WHEN USED:

See that badges are worn on employee's outer garment in such a manner as to be visible at all times.

See that all persons wear a badge within the confines of the client's premises.

See that all visitors have a special pass when entering the client's premises.

See that all official and administrative personnel wear badges at all times when they are on the client's premises, other than in the main office.

There are to be no exceptions to these rules. Any person observed on the client's premises without proper identification, irrespective of official rank, should be immediately reported to the Officer in charge of your shift.

Employees reporting for work without their badges are to report to the Security Officer's post for a gate pass.

## 5.3 LOCK AND KEY SUGGESTIONS:

Report all defective locks.

Report misuse of locks or keys, or destruction and abuse of locks.

Make sure that all locks which should be locked are fastened, and report failure of persons to lock them.

If padlocks are found hanging unlocked, lock them and notify your Supervisor for corrective action. An Incident Report will be required.

In opening locks for admittance of a person be sure that person has the right to enter. Report the occurrence, giving the name of the person admitted and other necessary information.

Do not leave departmental, post or patrol keys where they may be picked up by unauthorized persons.

Look for night latches which can be opened by inserting a knife blade or similar device. A baffle may be necessary.

Closely check all exterior door and gate locks.

Recommend installation of locks where it is believed to be necessary.

44

## 5.4 PATROLLING:

Be alert and careful.

Have a known purpose for going into each department and area.

Use the five senses: hearing, seeing, smelling, feeling and tasting.

Don't patrol with clock-like regularity, either by time or route covered, unless otherwise instructed. It is not desirable to have persons know when you will come and go.

Look at things searchingly.

Be alert to the additional dangers confronting you at night.

Day or night, have a good workable flashlight available.

Thoroughly check all restricted areas on each patrol.

Inspect all fences to determine whether attempts have been made either to penetrate or tunnel underneath.

Check on foreign objects placed near fences, inside or outside, that may be used for climbing over the fences, or to commit an act of sabotage.

From time to time stop on patrol rounds, step back into the shadows and observe for any suspicious activity.

Know the employees and the shifts they work. Check on any persons, including employees, who do not seem to have a reason to be in the area.

Check on drivers and passengers who look out of place.

Know regularly parked cars.

Look above and about you as you patrol.

Look for signs that would indicate a burglary has been attempted. If you suspect a person may be hiding in a building, push doors fully open on entering a room and keep your flashlight away from your body.

When you patrol suspecting a problem, be prepared to handle any situation.

45

## 5.5 FLAG INSTRUCTIONS:
The flag should be displayed from SUNRISE TO SUNSET. It is a universal custom to display the flag only from sunrise to sunset on buildings and on stationary flag staffs in the open.

The flag should NOT be DISPLAYED IN INCLEMENT WEATHER. Unless there is some special reason for doing so, the flag should not be flown in rainy or stormy weather.

The flag should always be raised briskly and lowered slowly and ceremoniously.

The flag should NEVER TOUCH THE GROUND while being lowered or raised.

HALF-STAFF: When the flag is to be flown at half-staff it shall be first raised to full staff and then slowly lowered to half-staff. When taken down from half-staff, the flag must again be raised to full staff and then lowered.

## 5.6 RIOT DUTY:
Remain calm and strictly neutral. Riots thrive on lawless leadership. This is fundamental in riots.

Pick the leaders and make a mental record of distinctive marks, so that you can positively swear to their presence at the scene of the riot. Note what particular action they took, what weapons they had in their possession, what oral threats were uttered, and what threatening action there was.

Remember, the Security Officers are an organized force versus a disorganized force, or mob. Every act of the Security Officers must be according to law and legal procedure.

Only those who are unquestionably violating the law should be arrested. Names, addresses, occupations, and identification marks of witnesses should be recorded in a memorandum book, Evidence must be secured and safeguarded. (*See Chapter 4.3*)

Don't make idle threats. Announce what you intend to do in a clear voice, then do it.

When it is advisable to use tear gas, the gas canister should be thrown on the edge of the crowd and on the windward side. The smoke and gas should be released on a sufficiently wide front so that the crowd is entirely covered.

Never draw firearms to threaten. Never shoot over the heads of people. Firearms should be used properly and only in a life-threatening situation.
(*See Chapter 9.1*)

## 5.7 PROTECTION OF A CRIME SCENE:
When a crime is committed on client property, it is imperative that the Security Officer on duty take prompt measures to protect the crime scene.

In the event of a serious crime, Security Officers will NOT investigate the area.

The Security Officer should refrain from touching any evidence in the crime scene area and should prevent unauthorized persons from handling such evidence. The nature of the crime and the type of evidence in the area require that the Security Officer be extremely careful in moving about so as not to obliterate or otherwise destroy crime evidence.

Security Officers will rope off or isolate the area and all possible avenues of entry or escape. No one should be allowed to enter or leave the area pending the arrival of representatives of the law enforcement agency bearing primary investigative jurisdiction.

Obtain the names and addresses of any possible witnesses to be furnished to the law enforcement agency.