# EXHIBIT B
# PART VIII

Jones v. Wackenhut &#037; Google Inc. Doc. 76 Att. 10

Dockets.Justia.com

# 6. FIRE PROTECTION AND PREVENTION

## 6.1 GENERAL INFORMATION:

Fire is an old enemy as well as friend of mankind. Fire out of control can destroy people, homes, all we hold dear. Fire under control supplies heat, power, energy to manufacture necessities of life. Fire is common. Strike a match to light a cigarette (a half-million matches are struck every minute) and you have fire under control. Throw the match away still burning, let it fall among combustible materials such as leaves, paper, flammable liquids, and in a very few minutes you have fire out of control.

Carelessness is the cause of great loss of life and enormous property damage from fire. The carelessly thrown cigarette or burning match, the paper-littered area, the poorly lubricated machine or improperly disposed flammable in the factory are careless causes of fire which may start as flickering flame and quickly spread out into an uncontrollable inferno.

A Security Officer's main job is to endeavor to protect life and property. It is extremely important that an Officer know exactly what to do in the event a fire occurs. Properly placed and maintained equipment and frequent inspections, knowledge of fire protective equipment, its operation and application, if needed, are MUSTS for good fire security.

## 6.2 PRIMARY RESPONSIBILITY OF PLANT SECURITY:

As Plant Security Officers we are - 24 hours a day, 365 days a year - PLANT INSPECTORS. Endeavoring to protect the property from fire is a primary duty of Security Department members. **Fire protection involves four activities:**

*FIRE PREVENTION* - Consists of minimizing every cause of fire. It embraces the prevention of careless, ignorant or malicious acts by employees or others which may cause a fire or create a fire hazard.

*SAFEGUARDING EMPLOYEES* - Consists of evacuating and excluding all unnecessary persons from areas which may become dangerous, and giving first aid to any injured.

*FIRE EXTINGUISHING* - Can be done quickly and with a minimum loss only through a thorough knowledge of the fire equipment at hand and its operation.

*SALVAGE WORK* - Action taken during and following a fire. The object is to prevent excessive loss by fire, water, smoke, falling stock, walls, or roofs and other causes.

## 6.3 WHAT IS FIRE?

*FIRE IS* - Rapid combustion in air at attended by heat and flame.

*COMBUSTION IS* - A chemical reaction involving the union of oxygen with another element. When it occurs at such a rate as to produce appreciable heat it becomes a fire hazard.

$$FUEL + OXYGEN + HEAT = FIRE$$
$$REMOVE\ ANY\ ONE\ TO\ PREVENT\ FIRE.$$

## 6.4 FOR EFFECTIVE FIRE CONTROL:

The Security Officer should know the location of: Alarm Boxes (and how to activate). Telephones (and whom to call). Extinguishers (and how to use). Aisles (and where they go). All exits (including usable windows).

## 6.5 FIRE PREVENTION:

The time to stop a fire is before it starts.

Good housekeeping is an important factor in the prevention of fires.

See that rags soaked with flammable liquids or greases are disposed of in approved containers.

Make sure NO SMOKING rules are enforced where they are in effect.

See that flammable liquids are always in closed, approved containers.

See that all welding and burning jobs have a welding and burning permit prominently displayed, if a permit system is used in the plant.

Remember that any source of heat is a potential fire hazard. Care must be exercised in preventing any nearby materials from reaching dangerous temperatures.

### 6.6 FIRE EXTINGUISHING:
*COOLING*: Using water or water solution to lower the temperature of substances below burning point.
*SMOTHER OR BLANKETING:* Oxygen content of air is reduced below 15% (from normal 21%) in volume by using chemicals, water, fog, sand, blankets, etc.
*STARVING:* Supply of fuel is cut off, as in a gas jet.

### 6.7 USE OF EXTINGUISHING AGENTS:
*FIRE EXTINGUISHERS AND CLASSES OF FIRES:*
The following table gives the various kinds of fires and types of extinguishers to be used.

CLASSES EXTINGUISHING AGENT

| | $CO_2$ | Foam | Dry Chemical | Water | Metal X Powder |
|---|---|---|---|---|---|
| Class "A" Wood, Rubbish, Textiles, | NO | YES | YES if rated A,B,C | YES | NO |
| Class "B" Oils, Solvents, Greases, etc. | YES | YES | YES | NO | NO |
| Class "C" Electrical Machinery, Automobiles | YES | NO | YES | NO | NO |
| Class "D" Magnesium Alloy, Titanium | NO | NO | NO | NO | YES |

Five (5) extinguishing agents are generally provided throughout the plant: **$CO_2$, Foam, Dry Chemical, Water and Metal X Powder.**

Electrical fires require CO, or Dry Chemical. Metal X Powder for magnesium and titanium alloy fires is provided for use in areas where these metals are being worked. This powder should be distributed carefully over the top of the blaze to form a smothering blanket. $CO_2$, Dry Chemical, and Foam are provided for oil and other flammable-liquid fires. Care must be exercised in extinguishing oil fires, particularly where a quantity of oil is confined in a bucket or other container, to avoid spreading the burning oil by the pressure of the extinguisher. In such cases, the extinguishing agent should be applied to the fire gently. Water hoses will not be placed in service except on authority of a Fireman or an Officer of the Security Department.

### 6.8 EXTINGUISHER IDENTIFICATION:


1. Extinguishers suitable for "Class A" fires should be identified by a triangle containing the letter "A." The triangle may be colored green.


2. Extinguishers suitable for Class B" fires should be identified by a square containing the letter "B". The square may be colored red.


3. Extinguishers suitable for "Class C" fires should be identified by a circle containing the letter "C". The circle may be colored blue.


4. Extinguishers suitable for fires involving metals should be identified by a five-pointed star containing the letter D". The star may be colored yellow.

Extinguishers suitable for more than one class of fire should be identified by multiple symbols placed in a horizontal sequence.

## ... there are different kinds of
# FIRE EXTINGUISHERS
### Find out WHERE THEY ARE and HOW THEY WORK
### ... NOW, *before* a fire starts

**WATER**
- TYPES: PUMP TANK; stored pressure; cartridge
- Works by COOLING fire

- Use for Class  Fires

**CHEMICAL FOAM**
- Works by SMOTHERING fire with foam

- Use for class  and  fires

**COMPRESSED GAS**
- TYPES: CO₂, Bromotrifluoromethane, Halon
- Works by SMOTHERING fire with gas

- Use for class  and  fires

**DRY CHEMICAL**
- TYPES: stored pressure; cartridge operated.
- Works by SMOTHERING fire with a blanket of powder

- Use for class   fires

**MULTIPURPOSE DRY CHEMICAL**
- Works by SMOTHERING fire with a blanket of powder

- Use for class   and  fires

**DRY POWDER**
- TYPES: special ones for the different combustible metals.

- Use for class  fires

---

**KNOW THE LOCATION** of emergency equipment in your work area.

**FIRST AID KIT**
Fast action can save a life. Know where to find stretcher, rolled blanket, too.


**PLUS**
Ladder, ax, breathing equipment, etc.


## 6.10 SODIUM FIRES:
Small amounts of sodium can be allowed to burn up completely. The only agents for extinguishing sodium fires are fine, dry soda - ash or Metal X Extinguisher. Sodium fires are promptly put out by throwing liberal quantities of these agents over the burning surface. In air these agents absorb water and containers for them must be kept covered. Covered containers of one or the other of these agents must always be at hand where sodium is being used.
If sodium should burn in a drum, the fire can be extinguished by closing the cover. Wait until the drum is cool before removing the cover again. None of the standard fire extinguishers or water should be used on burning sodium. USE SODA-ASH or Metal X Extinguisher only.

## 6.1 ACIDS:
*ACETIC ACID.*
Usual shipping containers are glass carboys and barrels. Dangerous in contact with chromic acid, sodium peroxide or nitric acid; yields moderately flammable vapors above Flash Point-104 degrees Fahrenheit. May cause painful burns on skin. Safeguard in storage against physical damages. Isolate from oxidizing material. Extinguishing agent - water. Expands on solidification and may burst container unless kept at a temperature above 61 degrees Fahrenheit.

*HYDROCHLORIC ACID (MURIATIC ACID).* Usual shipping containers are tank cars (rubber-lined), carboys and glass bottles. Not combustible (in air), but if allowed to come in contact with common metals hydrogen is produced, which may form explosive mixtures with air. Mixed with water it is corrosive and irritating to mucous membranes. Safeguard containers against damage. Keep away from oxidizing agents particularly nitric acid and chlorates. Avoid contact by leakage or otherwise with all common metals. Use water or chemically basic substances such as soda-ash or slaked lime as extinguishing agents.

HYDROFLUORIC ACID. Usual shipping containers water solution in lead carboys and wax or gutta percha bottles. Colorless, volatile liquid. Not combustible but reacts with glass and most substances, platinum being an exception. Water solution also attacks glass and several metals. Acid and its vapor are highly toxic and irritating to skin, eyes and respiratory tract. Fumes produced by contact with ammonia and many metals are poisonous. May be neutralized with chalk. Bicarbonate of soda solution may be immediately applied to burns as first aid and used as a gargle. Isolate. Ventilate. Use water in case of fires involving hydrofluoric acid vapors. Use oxygen helmet on entering atmospheres known to contain hydrofluoric acid vapors. Vapors have been known to cause serious corrosion of sprinkler piping and heads.

NITRIC ACID. Usual shipping containers are carboys and glass bottles. May cause ignition when in contact with combustible materials; corrodes iron or steel; may cause explosion when in contact with hydrogen sulphide and certain other chemicals. Corrosive; causes severe burns by contact; deadly if inhaled. Safeguard against damage to containers; isolate from turpentine, combustible materials, carbides, metallic powders, fulminates, picrates or chlorates. In event of fire use large volumes of water. Use gas mask.

PHOSPHORIC ACID. Usual shipping containers are carboys and glass bottles. May cause burns on skin. In event of fire, use water. Not readily combustible in air. Avoid damage to containers.

SULPHURIC ACID. Usual shipping containers are carboys, iron drums, glass bottles and tankcars. May cause ignition by contact with combustible materials. Corrodes metal. Corrosive; dangerous fumes under fire conditions. Safeguard containers against damage; isolate from saltpeter, metallic powders, carbides, picrates, fulminates, chlorates and combustible materials. In case of fire, smother with sand, ashes, or rock dust, but avoid water.

SULPHUROUS ACID. Usual shipping containers are carboys and glass bottles. Not readily combustible in air. Avoid damage to containers. Has a suffocating sulphurous odor. In case of a fire, use water.

CAUTION: Use self-contained breathing apparatus or approved gas masks when combatting any of the above-listed materials, fire or other toxic vapor-emitting fires.





## 7. FIRST AID

### 7.1 GENERAL INFORMATION:
First aid is the immediate, temporary care of an injured or ill person before a physician arrives or regular medical aid can be obtained, or the patient is taken to a physician.

A Security Officer should respond immediately to a medical problem or emergency by seeking proper assistance.

### 7.2 SECURITY OFFICER PROCEDURES IN A MEDICAL EMERGENCY:

Remain calm.

Call for emergency aid.

Keep a crowd away from the injured person.

Assist law enforcement personnel and/or emergency medical personnel as directed.

ALWAYS keep emergency telephone numbers conveniently available.

# 8. REPORT-WRITING

## 8.1 THE IMPORTANCE OF REPORTS:
Written reports by Security Officers are essential in providing protection and safety for business and industry. Reports inform supervisory personnel and management of conditions that need correcting, are used for reference purposes and general record keeping, and as an aid in conducting investigations.
Reports may concern present conditions or past occurrences, but in either case they are frequently kept as a permanent record and often are shown to top management officials.

## 8.2 BASIC ELEMENTS OF A REPORT:
What?
When?
Where?
Who?
How?

## 8.3 ESSENTIAL CONSIDERATIONS IN REPORT-WRITING:
*OBSERVATION* - notice details, train yourself to see in detail what you are looking at.
*ACCURACY* - state the facts as you have seen them and keep personal opinions out of the report.
*DETAILS* - do not overlook date, correct time, subject, exact location, what action, if any, was taken, whether the action taken achieved results, and who wrote the report. Do not exaggerate.
*SEQUENCE* - set forth the details in the report in the order in which they took place.
*BREVITY* - be brief, but tell the story completely.
*LEGIBILITY* - print or write neatly and distinctly.
*NEATNESS* - correct mistakes and avoid a dirty, finger-marked report.
*SPELLING AND PUNCTUATION* - be careful to use correct spelling and punctuation.

## 8.4 WHAT SHOULD BE REPORTED:
Fire or safety hazards.
Gas or steam leaks.
Water or liquid overflows.
Power and lights left on unnecessarily.
Theft, accident or property damage.
Defective electrical equipment.
Poor housekeeping and improperly stored materials.
Violations of Company or client rules and regulations.
Punching of another employee's time card.
Evidence of sabotage.
Unauthorized distribution of literature on client property.
Difficulties encountered with employees or visitors requested to comply with client rules and regulations.
Deviations during patrol which require additional time.
Any other unusual occurrences noted by the Security Officer during a tour of duty.
Record of Detex clock tours.
Client, Wackenhut Supervisor or Manager visit to the post.

## 9. FIREARMS

### 9.1 GENERAL INSTRUCTIONS:

The authority to carry firearms gives only the right to use them in self-defense or in defense of an imminent threat to another human life.

A Security Officer will be held accountable for the un-warranted use of firearms and is personally liable for the WRONGFUL or NEGLIGENT use of firearms.

This does not mean that undue risk should be taken when danger threatens, but it does mean that judgment must be used in resorting to the use of firearms. Security Officers must avoid all reference to firearms in ordinary circumstances, but so train themselves that they may, in an emergency, make quick and accurate use of them. Firearms will be issued by either the on-site or Area Supervisor and shall be inspected by that individual for loads and cleanliness at the time of issue.

Upon being issued a firearm preparatory to assuming a post of duty, each Security Officer will examine his/her weapon, verify loads and immediately holster the firearm before going on duty, and will not again remove it during the tour of duty except to use in an emergency. In no situation are weapons to be cleaned on post. Supervisors will issue necessary instructions to provide that all weapons be cleaned and oiled in appropriate areas, when available.

Treat all firearms as though they are loaded. The accidental discharge of firearms will be regarded as negligence.

Weapons will never be laid on desks or furniture during exchanges, or kept in desk drawers.

Any damage to a weapon shall immediately be made the subject of a written report.

Firearms shall not be altered, filed, fitted with new parts, or changed in any way, except when such changes shall have been previously approved by the Supervisor. Company firearms, when not in use, will normally be placed in a secure area.

A Security Officer will use the utmost care in handling firearms.

No weapon will be removed from the facility where the Security Officer is assigned without the express permission of the Supervisor.

Transportation of all weapons will be in accordance with all state, county and municipal laws.

A Security Officer will never use warning shots in an effort to apprehend a violator.

A Security Officer will not carry a personal weapon of any kind, unless mandated by state or local law, while on duty. This includes, but is not limited to, firearms, mace, batons, knives, and handcuffs. The use of personal holsters, belts and other associated equipment is also prohibited.

All weapons, including firearms, batons, mace, etc., should be used only at specified posts and only by qualified and licensed personnel and worn in the prescribed manner.

### 9.2 SAFETY PRECAUTIONS PISTOL AND REVOLVER:

The following rules will be strictly enforced on the range:

When picking up a weapon, make a safety check to see that it is not loaded. When handing a weapon to another person, make certain the cylinder is open, and the weapon unloaded.

Never handle, point, or look over the sights of any firearm handed to you without first opening it to be sure it is NOT loaded. Look a SECOND time to make sure. Never glance hurriedly into a revolver or pistol and "decide that it is not loaded. That is the mark of an amateur. LOOK again to be SURE you have not made a mistake.

If a revolver or pistol is handed to you (or if you pick one up) ALWAYS look to see that it is NOT loaded. Then LOOK AGAIN to be sure you have not made a mistake.

NEVER draw a weapon unless commanded to do so by the Range Instructor.
ALWAYS be sure that there is no obstruction in the barrel (foreign matter, heavy oil or grease, or cleaning patch, etc.)
Weapons are only loaded on command by the Range Instructor.
NEVER load (or cock) any firearm until you are actually at the firing point.
Weapons will be pointed down-range at all times.
No talking on the firing line. No talking to shooters on the firing line except by the Range Instructor.
Never point a firearm at any part of your body.
In case of misfire (failure to "go off"), do not open the revolver for at least 15 seconds (count 20), and keep the muzzle pointed toward the target.
Never leave the firing point without first unloading your firearm.
NEVER unload behind the firing line. If you have a loaded firearm which you wish to unload, step to the firing point, unload and show the firearm to the Range Instructor.
In presenting a firearm for inspection, first open the cylinder and insure that it is unloaded.

*REMEMBER* - There is no such thing as an UNLOADED firearm. Treat ALL firearms as LOADED until you have looked, then look AGAIN to be sure that you have not made a mistake.

Disregard of any of the provisions in 9.1 - FIREARMS, GENERAL INSTRUCTIONS - and 9.2 - SAFETY PRECAUTIONS - will be cause for immediate disciplinary action which could include discharge if the infraction was of such magnitude that it placed in jeopardy the life of an innocent person.

## 10. ESPIONAGE AND WAYS TO COMBAT IT

### 10.1 GENERAL INFORMATION:

Espionage is not a new concept. The earliest recorded reports of spying occur in the Bible, when God spoke to Moses and told him to send men to search the land. The art of spying or espionage is a very important factor in the cold war and in modern warfare when production capacity, raw material stockpiles, technological developments and scientific discoveries play a top role in deciding who will win.
American history is filled with references to spies, for example: Benedict Arnold, Klaus Fuchs, the Rosenbergs, David Greenglass and Myron Soble.
The best plan of action is useless if the enemy is prepared for it. That is what causes our enemies to train and use espionage agents. If the espionage agent is successful, espionage helps the enemy not only to know how far advanced we are, but also allows the enemy to duplicate our products and anticipate how we will wage a war based on our current degree of technological development.

### 10.2 WHAT DOES AN ESPIONAGE AGENT WANT TO KNOW?

Plans and specifications of missiles, weapons, systems and other items of national defense.
Test records of new equipment.
Sources of components.
Destination of finished products and routes followed.
Production methods data.
Rates of production, capacity, schedules of production and orders on hand.
Critical points and possible ways of effective sabotage.
Security measures in force and measures for sabotage prevention.
Dependability of Security Officers and frequency of inspection. Dissatisfied labor elements in critical jobs.

## 10.3 HOW DOES AN ESPIONAGE AGENT OBTAIN INFORMATION?

Loose talk.
Carelessness.
Infiltration onto client property as employees, visitors, inspectors or by other means.
Stealing or buying information from employees.
Stealing data from records or other sources and reporting personal observations and studies of material.
Reproducing documents through various measures.
Using fronts, such as commercial concerns, to obtain confidential information or pertinent statistics which can be translated to strategic data.

## 10.4 HOW TO FIGHT ESPIONAGE:

Use good judgment and common sense:
Be careful about what you say.
Don't be too friendly - and become a bad security risk.
Don't write what you wouldn't say.
Report anyone whom you suspect of being a possible espionage agent.

# 11. TRAFFIC

## 11.1 INTERSECTION CONTROL:

Sometimes there isn't room enough in the street for all the drivers who want to use it. Left to themselves, they quickly get in each other's way and can cause a traffic jam. This can lead to accidents caused by impatient drivers. To keep traffic congestion from becoming a traffic jam somebody must act as an umpire to decide how cars shall move so that the delay to all will be as short as possible.

You are the umpire when you are assigned to direct vehicle movements. If you are on the job, drivers will usually be glad to wait until you tell them it is their turn to move because they know you are trying to make the best possible use out of the street and that you can prevent the delays they dread.

You become responsible for the smooth flow of traffic and for preventing or breaking jams at your post or intersection the minute you take your station. Here is what you are expected to do:

*Regulate cross-flow*, that is, direct whether east and west or north and south traffic will move and for how long a time. Control turning movements, especially left turns.

*Coordinate vehicle movement* at your intersection with that in adjacent blocks and at neighboring intersections.

*Detour traffic* in emergencies. Supervise traffic signal obedience, if necessary directing traffic to disregard signal indications.

*Protect pedestrians* crossing streets.

*Restrain pedestrians* from jaywalking and illegal crossings.

*Prevent illegal parking*, double parking or standing of vehicles near your post, especially if it interferes with traffic movement.

*Provide for the safe passage of emergency vehicles. Assist people seeking information.*

*Handle accidents* at your intersection or within your area of control, at least until accident investigation squads can take over.

## 11.2 YOUR POSITION IN THE INTERSECTION:
Stop and think about each of these points before taking your position to direct traffic: Can you see and be seen by all approaching lines of traffic and by pedestrians? Will you interfere with the free movement of traffic and thus be forced continually to shift positions? Can you handle all turning movement from that point? Can you direct pedestrian movement from that point? Are you safe there? This is highly important to you, naturally, and to your Company.

## 11.3 GENERAL RULES FOR SMOOTH OPERATION:
After you have taken your position and have coordinated traffic-directing with the adjacent intersection, try to improve smoothness and continuity of flow by applying the rules set forth below. It may take time to become proficient in all of these, but experience will show you how valuable they are:
Use uniform signals and gestures.
Try to break traffic at natural gaps whenever possible. This will give following vehicles an opportunity to stop smoothly to allow cross traffic to flow.
When no normal break appears in the line of traffic you wish to halt, try to break the line behind a slow-moving vehicle such as a large truck. If you do this, re-starting traffic in that lane will not be hampered by the slow vehicle.
Keep stragglers and "day-dreamers" alert and rolling, and in their proper lanes. Three sharp blasts on your whistle will usually bring the day-dreamer back to the wheel.
Remain calm. If a jam starts forming in your intersection, look for the trouble spot immediately. Do not lose your temper. Make your decision as to what must be done and do it systematically.

If you have to leave your position when the intersection is crowded, tell drivers not to move into the intersection until they can move clear across, otherwise your corner may become jammed. Do not leave your position just to "bawl out" a driver.
Use the parking control officer to relay information to Security Officers on adjoining posts, or to your Supervisor, regarding change which might improve the situation at your intersection. Look cheerful. Be cheerful, but firm. Do not argue with drivers. You will be surprised at the extra cooperation you will get!

## 11.4 SIGNALS AND GESTURES:
*TO STOP TRAFFIC*, two motions are used. First, point with your arm and finger and look straight at the driver you want to stop. Watch the driver and hold this point until he/she sees you, or at least has had plenty of time to do so. Then, raise your pointing hand (but not your whole arm) so that the palm is toward the driver. Hold this until the driver stops. You have to stop traffic from both directions to allow traffic on the cross-street to move. Because you cannot look both ways at once, stop the traffic coming from one side first, then the traffic from the other. After you have halted traffic with one hand, hold that hand in the stop position and turn to the other side and repeat the process. Do not lower either arm until cars coming from both ways are halted.
*TO START TRAFFIC*, place yourself so that your side is toward traffic to be started. Point with your arm and finger toward the car you want to start and hold this position until you get attention. And then, with your palm up, swing your hand up and over to your chin. Bend your arm only at the elbow. If you get the attention of the driver first by pointing you will not have to make the signal a second time. After traffic has been started from one side, drop that arm and start traffic from the other side in the same way.

Use the same signals to give the go-ahead to slow and timid drivers.

*RIGHT TURN.* Signals for a right turn movement are not usually required at an intersection. When it is necessary, the arm you signal with will be determined by the car's direction. If it approaches from the right, point toward the driver with your right arm. Give the driver time to see your gesture and then swing your arm to point in the direction the driver is turning. Keep pointing in that direction until the driver begins to turn.

If the car approaches you from the left, point with your left arm. When the driver sees you point, swing your arm in the direction he/she is to go. Because of your position you will not be able to make a complete swing with your arm. If you prefer and find it more comfortable, bend your left arm at the elbow and with your thumb and forearm indicate the direction the driver is to take.

*LEFT TURN.* In helping a driver make a left turn, you may first have to halt traffic in the lane or lanes the turning car must cross. If the car is approaching from your left, give the stop signal with your right arm to stop traffic in the lane through which the turning driver is to pass. Hold the stop signal with your right arm and then give the turning gesture with your left arm. If the car approaches from your right, turn around so that you face toward the direction the car making the turn is to go. Halt traffic with your right arm and give the turning gesture with your left.

*USE OF WHISTLE.* The whistle is used to get the attention of drivers and pedestrians. It is used as follows:

One long blast with a STOP signal. Two short blasts with the GO signal.

Several short blasts to get the attention of a driver or pedestrian who does not respond to a given signal. Be judicious in the use of your whistle at all times. Whistle blasts directed at pedestrians usually need not be as shrill as those used to command the attention of motorists.

## THE CHALLENGE

We hope this Handbook assists you in better understanding the goals, policies, and employment benefits of your new organization.

You play an important role in a Company which is in a rapidly growing service field. We at Wackenhut firmly believe that we have the skill, the determination, and the zeal to push our Company to the top of the field.

To continue this growth, the devotion and effort of every employee in the organization will be needed. The future is our challenge.

Let's go to work!



56088 (6/30/94)

# NOTES

