# EXHIBIT B
# PART IX

Jones v. Wackenhut &#38;037, Google Inc.                     Doc. 76 Att. 11

Dockets.Justia.com

# MEMO

 **Wackenhut**

To: All Newly Hired Personnel

Date: November 17, 2004

From: Thomas Johnson, Area Manager

Div.: Atlanta

Subject: Violations of Procedures

---

Please be advised that the following violations of the Wackenhut rules and procedures (Security Officer Handbook) shall be cause for immediate termination of employment, without further notice.

1. Failure to report for work
2. Sleeping while on duty
3. Falsification of guard reports
4. Any dishonest conduct
5. Reporting for duty while intoxicated
6. Leaving an assigned post without proper relief, or before the end of the shift
7. Non-compliance with a four (4) hour call-off
8. Late for work three (3) times
9. Refusing work offered three (3) times

I have read and understand the above requirements for employment with this office. I further agree to follow all company rules and policies as outlined in the employee handbook.

I hereby accept this as a condition of my employment with The Wackenhut Corporation.


PRINTED NAME: _____

SIGNATURE: _____

WITNESS: _____

DATE: _____


DEFENDANT'S
EXHIBIT
FOR IDENTIFICATION
DATE

November 7, 2006

To whom it may concern;

    Mr. Donald Jones work on the Sara Lee's account from Aug. 2005 to Dec.22, 2005. Initially Mr. Jones was a good employee, however; I started noticing unaccepted behavior changes in Mr. Jones. They include, sleeping on duty, intoxication, and damaging company property on two occasion. Not only was Mr. Jones reprimanded, but also other employees contested to his behavior disorder by writing statements which was fax to the Account Manager, Major Carlos Garcia. After viewing the video tape of the second damaging of the property, Mr. Jones was removed by Client request.

Sincerely,

Derryl Fountain


DEFENDANTS
EXHIBIT NO.
FOR IDENTIFICATION
DATE

## Standard Rules and Requirements

1. All security officers must complete their Daily Activity Reports in black ink. All DAR's must be written in print only! The information given must be neat and legible.
2. Security officers should report to duty dressed fully in their issued uniforms before entering the facility. Uniforms must be neatly pressed and clean at all times.
3. Payroll sheets should be signed daily by each individual officer to assure that they receive their correct pay.
4. Security officers are <u>only</u> authorized to wear black rubber sole grip shoes and black socks. Under no circumstance may heels be worn while on duty.
5. All security officers must complete a training course that will be given by the supervisor. A mandatory training sheet will be completed and signed before working at the Google, Inc. site.
6. All officers will be required to remain on site as a "Standby Officer" for at least 4 hours until he/she is properly relieved. If the officer would request to remain on site to complete the entire 8 hours, it will only be authorized if another officer cannot fill the post or in case of an emergency.
7. Security officers <u>must report to duty</u> on time. If he/she is late then the officer must call the supervisor at least ~~15-30 minutes~~ earlier, so that the relieving officer can be informed.
8. All <u>call-offs</u> must be done in at least 4-8 hours advance notice before the security officer attempts to call-off except in case of an emergency.
9. Male security officers must be shaved and neatly groomed before entering the facility.
10. Female security officers must be neat at all times!
11. Male security officers are not authorized to wear earrings while on duty.
12. Female security officers are only authorized to wear one set of earrings in their ears at a time.
13. Excessive amounts of jewelry are not allowed while on duty.
14. Every officer must remain on his/her assigned post at all times until properly relieved. If any officer fails to do so, then disciplinary actions will be taken.
15. All policies and procedures given by Google, Inc. must be followed to the fullest at all times. There are no exceptions!
16. Officers will be given random uniform inspections and the required "Uniform Inspection Sheet" will be completed, so that it may be placed in your file.
17. All disciplinary action forms given to a security officer will be placed in your file at the Google, Inc. site. A copy of this counseling form will be sent to the Wackenhut office for filing.
18. Telephones are not to be used for personal calls unless there is an emergency.
19. A "Vacation Request Form" must be completed and signed before the officer can take off for the requested days. This form must be given to the supervisor two weeks ahead of time. This form must also be approved and signed by Wackenhut.
20. A "Switch Request Form" must be completed before any officer may switch with another officer. A switch form must be completed and signed by the supervisor before an officer may switch.
21. All security officers' telephone numbers are confidential! They are not to be given out to anyone without his/her approval.
22. All employee telephone numbers are strictly confidential and are not to be given to anyone unless the employee authorizes it. Assure to document any and all information on your DAR'S.

4/27/06







# EMPLOYEE DISCIPLINARY/CORRECTIVE ACTION NOTICE

EMPLOYEE NAME: **JONES, DONALD**                    DATE: **07-21-2006**

AREA: **ATLANTA**       FACILITY: **GOOGLE**       S.S. #: **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**

TYPE OF ACTION:
- [ ] ORAL WARNING
- [ ] WRITTEN WARNING
- [x] **FINAL WARNING:** Your job is in jeopardy. Failure to comply with the conditions of this warning will result in your termination
- [ ] SUSPENSION for _____ days
- [ ] DISCHARGE

## REASON(S) FOR DISCIPLINARY ACTION:

Violation of Wackenhut Security Officer Handbook: 2.1 - Attention to Duty: A Security Officer shall demonstrate interest in their work by alertness & attention to duty. 2.7 - Conduct While On Duty: A Security Officer will remain awake & alert at all times during his or her tour of duty. Will not use threatening, abusive or insulting language or behave in a disrespectfull manner towards the public or fellow employees. 2.15 - DISCIPLINE: Grounds For Immediate Dismissal: 2. Extreme Subordination, 14. Sleeping on duty. On July 21, 2006, at approx. 1645 hrs, Mr. J.E. Penifold (a client representative) observed you on duty, asleep in a chair while on post. A short time later when he returned, you were again observed asleep in the same chair. Previous to this you were ordered by your supervisor (Ms. Jennifer Turner) that you will not over-extend your shift, however, you ignored this order. When you were later questioned regarding this incident you called the client & your supervisor a liar. You acted and responded in a  belligerent and disrespectful manner.

## CORRECTIVE STEPS REQUIRED:

You will be required to review the Security Officers Handbook, specifically Section II, Chapter 1. Requirements of a Security Officer and Chapter 2. Rules and Regulations. As per the client's request you will be removed from the Google site and reassigned.

## ACTION TO BE TAKEN IF ISSUE IS NOT CORRECTED:

Future related violations will result in progressive disciplinary action, up to and including dismissal.

## SUPERVISOR'S REMARKS:

Prompt obedience & proper execution is expected whenever an order is received by your supervisor. Additionally, we are to conduct ourselves at all times in a manner which will reflect credit on ourselves and The Wackenhut Corporation.  You will be expected to be courteous and well mannered towards other employees and the public.

## EMPLOYEE'S COMMENTS:


SIGNATURE OF EMPLOYEE: _Donald Jones_       DATE: 7/25/06
(Signature does not mean agreement but acknowledges that action was taken)

SIGNATURE OF SUPERVISOR: _Carlos M. Garcia_ DATE: 7/25/06

SIGNATURE OF WITNESS: _Denise A. Kirby_     DATE: 7/25/06

                                        Disposition of Form: Personnel File

W-23 (06/30/06)

Attachment 1

## Jennifer Turner

| | |
|---|---|
| **From:** | Jennifer Turner [jturner@google.com] |
| **Sent:** | Friday, July 21, 2006 5:13 PM |
| **To:** | 'dhixon@wackenhut.com' |
| **Cc:** | 'cgarcia@wackenhut.com' |
| **Subject:** | FW: Attention to Duty |

-----Original Message-----
**From:** JE Penifold [mailto:jepenifold@google.com]
**Sent:** Friday, July 21, 2006 5:08 PM
**To:** 'Jennifer Turner'
**Subject:** Attention to Duty

Today at approximately 1645 hrs I was investigating potential loss of power in the facility and walking the south wall looking for EGEN status.
During my transit east through the south corridor at the end of the transportation aisle, near post 10, I observed SO Jones asleep at his post in the chair. I went outside of the building to check my EGEN units; on my subsequent re-entry to the building I again past post 10 where SO Jones was still asleep.

We cannot tolerate this type of activity as our business nature is one of utmost security. A single event of this nature could compromise trade secrets by allowing our competition to view our activities. I favor our relationship with Wackenhut Security and know this is not the standard of service normally provided to us.

Please handle this matter expeditiously.

JE Penifold
Facility Manager
LSDC





# INCIDENT REPORT

CLIENT: Google    AREA OFFICE: Atlanta

ADDRESS: 101 Aquila Way
Austell, GA 30168

REPORTED BY: Tammy Love    DATE / TIME OF INCIDENT: 7/21/06
(print or type name)

INCIDENT:   IRREGULARITY ☑   CLIENT COMPLAINT ☐   FIRE REPORT ☐

LIST PERSON(S) INVOLVED: S/O Love, S/O Clark & Ms. Turner

DETAILS: On Friday evening while working with S/O Clark in console, I overheard Ms. Turner on her cell phone with S/O D. Jones. He was on the speaker when she asked him wasn't he supposed to have someone relieve him for 2 hours because he knew that he wasn't allowed to work 18 hours straight. He replied by saying jokingly that she could have the 2 hours.

ACTION TAKEN: _____

DEFENDANT'S
EXHIBIT NO.
FOR IDENTIFICATION
DATE   RPTR

REPORT COMPLETED BY: Tammy Love    DATE: 7/23/06

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
AREA OFFICE USE ONLY

REVIEWED / HANDLED BY: _____ TITLE: _____

CLIENT CONTACTED:   BY PHONE ☐    IN PERSON ☐

TICKLE / FOLLOWUP DATE: _____    CLAIM POTENTIAL: YES ☐   NO ☐

COPY TO HQ'S:   YES ☐   NO ☐

(MUST BE SIGNED ON REVERSE)





# MEMO

To: __Teresa Kirby, HR Manager__      Date: July 21, 2006

From: Jennifer Turner, PM      Div: ____Atlanta____

Subject: Statement of Incident-Donald Jones

On the date of 7/21/06 at approximately 1705, the client reported that Security Officer Donald Jones had been observed sleeping at Post #10 Northeast Construction at 1645. The Facility Manager, JE Penifold requested that USO Donald Jones was removed from the Google, Inc. facility due to this reported incident. I attempted to contact Major Carlos Garcia to report the incident. I contacted Teresa Kirby, HR Manager and Donnie Hixon, MPS to report the clients' request. Afterwards, the client issued an email explaining his observations and this email was forwarded to the Wackenhut branch office. This is in violation of TWC policy no. 2.15.14 (Sleeping on duty) which is grounds for immediate dismissal. USO Donald Jones also violated TWC policy no. 2.6 (ORDERS) by failing to follow orders that were provided by his immediate Supervisor. I instructed USO Donald Jones on the date of July 18, 2006 that he must have a relief person on the date of 7/21/06 because he could not work on Post #10-Northeast Construction until 1800 due to the amount of hours that he would accumulate throughout a 24 period. USO Donald Jones stated "Ms. Obende is relieving me, so I will go home at the proper time." "She is working the rest of the shift, so I can go home." "I will not stay and work all of those hours, I promise!" USO Donald Jones disregarded my instructions on the date of 7/21/06. I, Jennifer Turner, spoke to USO Donald Jones on the date of 7/21/06 and inquired about him remaining on site without authorization. This was witnessed by USO Tammy Love and USO Gloria Clark. USO Donald Jones stated "I know, but Ms. Obende couldn't do it, so I just worked it." I specifically stated "Mr. Jones, I specifically provided instructions pertaining to Post # 10-Northeast Construction on Tuesday and you failed to follow those orders." USO Donald Jones stated "Well you're right, so just take the hours away because it's alright, it's no big deal!" I, Jennifer Turner, stated "No, I can't do that because you have already worked the hours and that is illegal." I, Jennifer Turner, stated "Why didn't you report to me that she could not work the additional hours? USO Donald Jones stated "It's no big deal, just take the hours!" I, Jennifer Turner, repeatedly stated "No!, I cannot take your hours!" "I have already informed Donnie Hixon, MPS of Wackenhut of your violation." On the date of 7/21/06, Officer Donald Jones arrived at the Google, Inc. facility early and he reported to the Project Manager's office. Lead Officer Burkeley Godfrey also reported to the office and witnessed the conversation that I had with USO Donald Jones. I, Jennifer Turner, issued two Wackenhut items to USO Donald Jones which consisted of a Wackenhut pay stub and a Wackenhut payroll check. Afterwards, USO Donald Jones immediately opened the two items issued and stated "I don't know what this money is for, but I'll take it!" This statement was made after he opened the Wackenhut payroll

check. I, Jennifer Turner, informed USO Donald Jones that the client issued a report of violation and that he would have to report to the Wackenhut branch office on Tuesday to meet with Teresa Kirby, HR Manager and Donnie Hixon, MPS. USO Donald Jones questioned the reason and the Project Manager Jennifer Turner informed USO Donald Jones that the client reported that he had observed him asleep at Post #10-Northeast Construction, so an email has been sent to the Wackenhut branch office and he should report to the office to discuss the situation. USO Donald Jones stated that the client was a liar and stated "Google better think long and hard before they do this because I have a lot of oppositions on them, so they better have a tape!" I, Jennifer Turner, questioned if USO Donald Jones was threatening Google and he stated "You are a liar!" At this moment USO Donald Jones has violated TWC policy no. 2.15.2 (Extreme Insubordination) by disrespecting his immediate Supervisor which is grounds for immediate dismissal. Afterwards, I stated "Mr. Jones, you need to report to the TWC branch office on Tuesday and speak to the HR Manager Teresa Kirby to discuss the report further." USO Donald Jones stated "I know that I have 1½ months left to do what I have to do, so Google better not mess with me!" I, Jennifer Turner, questioned Lead Officer Burkeley Godfrey about the statement made by USO Donald Jones and Lead Officer Burkeley Godfrey stated "Yeah, that's a threat!" Afterwards, USO Donald Jones questioned the Project Manager Jennifer Turner in reference to another officers pay rate. USO Donald Jones stated "Mrs. Turner, Did you pay a new officer $10.00 hr.?" I specifically stated "Mr. Jones that is none of your concern because I am not at liberty to discuss another officers' pay rate with you, so I will not answer that question." USO Donald Jones stated "Well, you will answer to the Georgia Department of Labor!" "I have been writing down everything!" I, Jennifer Turner, also took this specific statement as a threat. This is also in violation of TWC policy no. 2.7 (CONDUCT WHILE ON DUTY). Afterwards, I contacted Donnie Hixon, MPS and reported the situation. Donnie Hixon, MPS stated that USO Donald Jones must report to the TWC branch office on Tuesday to meet with he and the HR Manager Teresa Kirby. USO Donald Jones was informed of this information while speaking to Donnie Hixon, MPS and USO Donald Jones stated "I'm going to the office on Monday not Tuesday or Wednesday!" I requested that USO Donald Jones return his access control badge which is assigned to the Google, Inc. facility and report to the TWC branch office to continue this discussion further. USO Donald Jones then grabbed the pay stub for USO Samantha Sturdivant off of my desk and stated "What is this?" I specifically stated "You have opened the pay stub for Samantha Sturdivant, so I will have to inform the Wackenhut branch office that you took another officers pay stub and opened it for your own viewing purposes to visually identify her pay rate." I, Jennifer Turner, informed Capt. Roberto Pereira about the situation. I, Jennifer Turner, issued the pay stub to the Field Supervisor on duty and informed him that USO Donald Jones opened USO Samantha Sturdivants' pay stub without authorization in order to glance at her pay rate. This was witnessed by Lead Officer Burkeley Godfrey.


Jennifer Turner
Project Manager
Wackenhut Security



# EMPLOYEE REPRIMAND

NAME:   USO Donald Jones _____   DATE: _____ May 12, 2006 _____

AREA ___ Atlanta ___ FACILITY: _____ GOOGLE, INC. _____   S.S. #: _____ 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 _____

**REASON FOR REPRIMAND:**   Violation of TWC Policy no. 2.7 (Conduct While on Duty): Will not argue controversial subjects and TWC policy no. 2.7 (Conduct While on Duty): Will not carry on no unnecessary conversations. USO Donald Jones violated the policies listed above by displaying an unacceptable behavior publicly at the Google, Inc. facility with his co-worker USO Timothy Kenny. This occurred on the date of May 12, 2006 at 2245.

**SUPERVISOR'S REMARKS:**   Project Manager Jennifer Turner verbally counseled USO Donald Jones and this is the second occurrence with this particular officer. If there is one more occurrence of any violation, site removal will be recommended to the TWC branch office. Written statements attached at the time of the incident.

SIGNATURE OF SUPERVISOR:   Jennifer Turner, PM _____   DATE: __ May 12, 2006 __

SIGNATURE OF EMPLOYEE: _____ _Donald Jones_ _____   DATE: __ 5/17/06 __

By signing this form, the employee acknowledges receipt of this action

Disposition of Form:   Personnel File

W-23 (8/1/94)

DEFENDANT'S EXHIBIT NO. FOR IDENTIFICATION DATE RPTR VOL



# MEMO

To:  Teresa Kirby, HR Manager          Date: July 15, 2006

From: Jennifer Turner, Project Manager   Div:        Atlanta

Subject :   Violation of TWC Policy 2.5 Punctuality


On the date of July 15, 2006 at approximately 0125, USO Donald Jones reported to the Project Manager Jennifer Turner that he had overslept on the date of 7/14/06. USO Donald Jones stated that he was late for his assigned shift of 2300-0700 on Post #5 because he had taken some codeine that was prescribed by the dentist after having a wisdom tooth pulled. Project Manager Jennifer Turner informed USO Donald Jones that he could not remain on site to complete his post assignment if he has taken codeine. USO Donald Jones stated "I'm alright, I took the codeine this morning when I got off of work, but I didn't know that it stays in your system that long, so I didn't wake up on time." "I showed them to Godfrey and he told me that it was codeine because I didn't know." Project Manager Jennifer Turner reiterated to Donald Jones that he could not remain on site to work if he has taken the medication. USO Donald Jones stated "I'm alright, I didn't take any pills since this morning." Afterwards, Project Manager Jennifer Turner contacted the Field Supervisor on duty, Capt. Jeremy Shank, in order to inform him of the incident. Project Manager Jennifer Turner reported back into the Google, Inc. facility to document the incident. Officer Donald Jones violated TWC policy number 2.5 Punctuality on the date of 7/15/06. USO Donald Jones failed to contact his immediate Supervisor to inform her that he would be late and the officer has signed a "Standard Rules and Requirements" document on 4/26/06 identified as item 7 stating that he/she must contact the Supervisor at least 4 hrs. in advance if tardiness may occur. This is also identified in the TWC Employee Handbook as 2.5 (Punctuality) stating "If a Security Officer, for any reason, is unable to report for duty at the specified time, he/she will notify his/her Supervisor at least 4 hrs before the shift change. USO Donald Jones did not contact the Project Manager Jennifer Turner after realizing that he would be tardy and reported for duty at 0030.


Jennifer Turner, PM
Wackenhut Security
Google, Inc.

 DEFENDANT'S EXHIBIT NO.



# Wackenhut

To: Donald Jones      Date: 7/25/06

From: Carlos Garcia      Div: ATL

Subject: **SCHEDULE OFFER**

SITE: Quaker Oats
      1635 or 1650 Westgate Parkway

**PAY RATE** $8.50

| MON | TUE | WED | THUR | FRI | SAT | SUN |
|-----|-----|-----|------|-----|-----|-----|
| OFF | 2300-0700 | → | off | 1500-2300 | 2300-0700 | 2300-0700 |
|     | OFF |     |      |     |     |     |

**ACCEPT**

YES ☐

NO ☒

_____

OFFICER'S SIGNATURE

_____

WITNESS



DEFENDANT'S
EXHIBIT NO.
FOR IDENTIFICATION
DATA



**Wackenhut**

To: Donald Jones      Date: 7/25/06

From: Carlos Garcia      Div: ATL

Subject: SCHEDULE OFFER

SITE: Yamaha

      1000 Ga Hwy 34 Ent Newnan, GA

PAY RATE 8.50

| MON | TUE | WED | THUR | FRI | SAT | SUN |
|------|------|------|------|------|------|------|
| 2300-0700 | 2300-0700 | OFF | OFF | 1500-2300 | 1500-2300 | 1500-2300 |

ACCEPT

YES [   ]

NO [ X ]

_____

OFFICER'S SIGNATURE

_____

WITNESS



 **Wackenhut**

To: Donald Jones          Date: 7/25/2006

From: Carlos M. Garcia          Div: ATLANTA

Subject: **SCHEDULE OFFER**

SITE: GE - S. Fulton Industrial (Consumer Industrial)
4300 S. Fulton Parkway

**PAYRATE** $9⁰⁰ To ~~$9⁵⁰~~

| MON | TUE | WED | THUR | FRI | SAT | SUN |
|-----|-----|-----|------|-----|-----|-----|
| OFF | OFF | 2200 - 0600 | 2200 - 0600 | 2200 - 0600 | 2200 - 0600 | 2200 - 0600 |

**ACCEPT**

YES [X]

NO [ ]

_Donald Jones_
OFFICER'S SIGNATURE

WITNESS C. M. Garcia


DEFENDANT'S
EXHIBIT NO.
FOR IDENTIFICATION
DATE



# MEMO

To: Mr.Calos Garcia

Date: August 8,2006

From: Mr.Donald JONES

Div.:

Subject: Resignation

I am submitted my resignation as of august 8,2006 with one(1) notice. I am now on one(1)week unpaid time off.

Sincrely,

*Donald Jones*



DEFENDANT'S
EXHIBIT NO. 17
FOR IDENTIFICATION
DATE 10-28 RPTR M.T

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Teresa Kirby<br>Human Resources<br>WACKEN HUT<br>1100 Circle 75 Parkway # 470<br>Atlanta, GA 30339 | **Donald Jones** |

| THIS PERSON (check one or both) |
|---|
| [X] Claims To Be Aggrieved |
| [ ] Is Filing on Behalf of Other(s) |

EEOC CHARGE NO.
**410-2006-01718**

## NOTICE OF CHARGE OF DISCRIMINATION
*(See the enclosed for additional information)*

This is notice that a charge of employment discrimination has been filed against your organization under:

[ ] Title VII of the Civil Rights Act

[ ] The Americans with Disabilities Act

[X] The Age Discrimination in Employment Act

[ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____ If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

**Deborah J. Lichten,**
**Investigator**

_____
*EEOC Representative*

Telephone **(404) 562-6848**

**Atlanta District Office - 410**
**100 Alabama Street, S.W.**
**Suite 4R30**
**Atlanta, GA 30303**

Enclosure(s): [X] Copy of Charge

### CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [X] AGE  [ ] DISABILITY  [X] RETALIATION  [ ] OTHER

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| May 25, 2006 | **Bernice Williams-Kimbrough,**<br>**Director** | *Bernice W. Kimbrough* |

Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2006-01718 |
| | and EEOC |

## Georgia Commission On Equal Opportunity
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Donald Jones | (679) 360-1505 | 05-21-1942 |

Street Address                          City, State and ZIP Code

P.O. Box 261, Red Oak, GA 30272

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| WACKEN HUT | 500 or More | |

Street Address                          City, State and ZIP Code

101 Aguila Way, Austell, GA 30168

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address                          City, State and ZIP Code

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest        Latest |
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | 05-14-2006    05-14-2006 |
| ☒ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I.    I am employed at Wacken Hut in security. On about May 14, 2006, I was threatened with discharge
by Ms. Turner.

II.   Ms. Turner told me that she has me on tape sleeping on the job and that she is ready to fire
everyone.

III.  I believe that I will be discriminated against due to my age and retaliated against, in violation of the
Age Discrimination in Employment Act (ADEA) of 1967, as amended.

RECEIVED
MAY 16 2006
EEOC-ATDO

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| I declare under penalty of perjury that the above is true and correct. | |
| May 16, 2006              *Donald Jones* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| *Charging Party Signature* | |

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Donald Jones
P.O. Box 261
Red Oak, GA 30272

From: Equal Employment Opportunity Commission
100 Alabama Street, S.W.
Suite 4R30
Atlanta, Georgia 30303

[  ] *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 410-2006-01718 | DJ Lichten | (404) 562-6848 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ X ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[  ]   Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[  ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[  ]   We cannot investigate your charge because it was not filed within the time limit required by law.

[  ]   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[  ]   While reasonable efforts were made to locate you, we were not able to do so.

[  ]   You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[  ]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[  ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[  ]   Other *(briefly state)* _____

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_signature_
Bernice Williams-Kimbrough
Director, Atlanta District Office

JUN 0 9 2006

*(Date Mailed)*

Enclosure(s)

cc:   Wacken Hut

DEFENDANT'S
EXHIBIT NO. 21
FOR IDENTIFICATION
DATE _____ RPTR _____

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Ms. Teresa Kirby<br>Human Resources Manager<br>WACKENHUT<br>1100 Circle 75 Parkway #470<br>Atlanta, GA 30339 | **Donald Jones** |

THIS PERSON (check one or both)

[X] Claims To Be Aggrieved

[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.
**410-2006-02081**

## NOTICE OF CHARGE OF DISCRIMINATION
### (See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act

[ ] The Americans with Disabilities Act

[ ] The Age Discrimination in Employment Act

[ ] The Equal Pay Act

RECEIVED
JUL 10 2006
HUMAN RESOURCES

The boxes checked below apply to our handling of this charge:

1. [ ] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **20-JUL-06** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [X] Please respond fully by **20-JUL-06** to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [X] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by **07-JUL-06** to **Vanzetta Hall.**
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

| Vanzetta Hall,<br>ADR Assistant<br><br>*EEOC Representative*<br><br>Telephone **(404) 562-6929** | Atlanta District Office - 410<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |
|---|---|

Enclosure(s): [X] Copy of Charge    FAX: 404-562-6909

DEFENDANT'S
EXHIBIT

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN [ ] AGE [ ] DISABILITY [X] RETALIATION [ ] OTHER

**See enclosed copy of charge of discrimination. IF YOU CHOOSE NOT TO MEDIATE THE CHARGE OR IF THE MEDIATION IS UNSUCCESSFUL, PLEASE RESPOND WITHIN TEN (10) DAYS FROM THE DATE YOU EITHER DECLINE MEDIATION OR IT FAILS. YOUR RESPONSE SHOULD BE SENT DIRECTLY TO: Supervisor Sandra Gill at (404) 562-6824.**

| Date<br>June 20, 2006 | Name / Title of Authorized Official<br><br>**Bernice Williams-Kimbrough,<br>District Director** | Signature<br><br>*Bernice W. Kimbrough* |
|---|---|---|

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2006-02081 |
| | and EEOC |

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Donald Jones | (679) 360-1505 | 05-21-1942 |

| Street Address | City, State and ZIP Code |
|---|---|
| P.O. Box 261 | Red Oak, GA 30272 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WACKEN HUT | 500 or More | |

RECEIVED JUL 1 0 2006

HUMAN RESOURCES

| Street Address | City, State and ZIP Code |
|---|---|
| 101 Aguila Way | Austell, GA 30168 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 06-12-2006 | 06-12-2006 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I have been employed with the above-named employer since February 23, 2003 as a Security Officer. I have been retaliated against for having previously filed a charge of discrimination with the EEOC in that wages were deducted from my paycheck.

II. Ms. Linda LNU, Payroll Manager, advised me that my supervisor, Jennifer Turner, instructed payroll to make the overpayment deduction.

III. I believe that I have been retaliated against because I previously filed a charge of discrimination with the EEOC (charge no. 410-2006-01718), in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED

JUN 1 4 2006

EEOC-ATDO

| | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Jun 14, 2006 _(signature)_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

Donald Jones
PO Box 261
4530 Buckham Court
Red Oak, GA  30272-0261

| Employee ID: | xxxxx2954 |
| Bus. Unit: | 00001 |
| Department: | ATL_B-Atlanta-Billable |
| Mail Stop: | ATL01 |
| Sep Chk | 0 |

Pay End Date:

| TAX DATA: | Federal | GA State |
| --- | --- | --- |
| Marital Status: | Single | Single allowance |
| Allowances: | 6 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | Earnings |
| --- | --- | --- | --- | --- | --- |
| Regular Pay | 9.500000 | 104.25 | 990.38 | 1,275.67 | 12,044.78 |
| Overtime Premium | | 24.25 | 115.19 | 340.50 | 1,618.04 |
| Holiday Worked @1.5 | 14.250000 | 8.00 | 114.00 | 46.00 | 655.50 |
| Negative Corrections Taxable | | | 0.00 | | 91.65 |
| Vacation Buyout | | | 0.00 | 40.00 | 380.00 |

## TAXES

| Description | Current | Y |
| --- | --- | --- |
| Fed Withholdng | 26.51 | 524. |
| Fed MED/EE | 16.37 | 213. |
| Fed OASDI/EE | 69.97 | 911. |
| GA Withholdng | 48.86 | 637. |

| Total: | | 136.50 | 1,219.57 | 1,702.17 | 14,789.97 | Total: | 161.71 | 2,28 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |
| Prior Overpayment Adjust - Tax | 91.06 | 91.65 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
| --- | --- | --- |

## EMPLOYER PAID BENEFITS

| Description | Current |
| --- | --- |

| Total: | 91.06 | 91.65 | Total: | | 0.00 | 0.00 | ▼ Taxable | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | N |
| --- | --- | --- | --- | --- | --- |
| Current: | 1,219.57 | 1,128.51 | 161.71 | 91.06 | |
| YTD: | 14,789.97 | 14,698.32 | 2,286.83 | 91.65 | 1 |

## VACATION HOURS AND BALANCE    MESSAGE:



**Wackenhut** The Wackenhut Corporation
4200 Wackenhut Drive
Palm Beach Gardens, FL  33410

Date
06/09/2006

Advi
7306

Deposit Amount:    $966.80

To The
Account(s) Of

| DIRECT DEPOSIT DISTRIBUTIONS | | |
| --- | --- | --- |
| Account Type | Account Number | Deposit Amt |
| Checking | 8814596410 | 96 |

00001    ATL_B    ATL01
**Donald Jones**
PO Box 261
4550 Buckham Court
Red Oak, GA  30272-0261

| Total: | | 96 |

## NON-NEGOTIABLE

DEFENDANTS
EXHIBIT NO.
FOR IDENTIFICATION
DATE        RPTR

Pay Begin: 07/16/2006

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Single | Single allowance |
| Allowances: | 6 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

Employee ID: 000072954
Bus. Unit: 00001
Department: ATL_B-Adams-Bhtshb
Mail Stop: ATL01
Sep Chk: 0

Jones
1261
adham Court
, GA 30272-0261

| | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings | | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| ption | 9.300000 | 110.17 | 1,046.62 | 1,621.60 | 15,187.08 | | Fed Withholding | 28.05 | 593.54 |
| r Pay | | 30.17 | 143.31 | 430.92 | 2,026.78 | | Fed MED/EE | 16.58 | 202.96 |
| me Premium | | | 0.00 | | 137.62 | | Fed OASDI/EE | 70.92 | 1,324.39 |
| ttan Corrections Trouble | | | 0.00 | 40.00 | 380.00 | | GA Withholding | 49.79 | 778.13 |
| ttan Report | | | 0.00 | 38.00 | 541.50 | | | | |
| ay Worked @1.5 | | | | | | | | | |

| | | | | | | | Total: | 165.34 | 2,759.02 |
|---|---|---|---|---|---|---|---|---|---|

| | | 140.34 | 1,189.93 | 2,130.01 | 18,272.98 | | | | |

| | Current | YTD | Description | | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|---|
| scription | | | | | | | | | |
| ter Overpayment Adjust - Tax | 45.97 | 137.62 | | | | | | | |

*II.91 Missing*

| | | | | | 0.00 | 0.00 | * Taxable | | 978.62 |
|---|---|---|---|---|---|---|---|---|---|
| | 45.97 | 137.62 | Total: | | | | | 45.97 | 978.62 |
| rn't: | 1,189.93 | | 1,143.96 | | 165.34 | 2,759.02 | | 137.62 | 15,376.54 |
| TD: | 18,272.98 | | 18,135.36 | | | | | | |

MESSAGE:

**Wackenhut** The Wackenhut Corporation
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410

Date
07/21/2006

Advice No.
809023

| | Account Number | Deposit Amount |
|---|---|---|
| Account Type | | |
| Checking | 8814596410 | 978.62 |
| | | |
| Total: | | 978.62 |

Deposit Amount: $978.62

To The
Account(s) Of

00001  ATL_B  ATL01
**Donald Jones**
PO Box 261
4550 Buckham Court
Red Oak, GA 30272-0261

## NON-NEGOTIABLE

THE WACKENHUT CORPORATION 4200 Wackenhut Drive
Palm Beach Gardens, FL 33410

| | Pay Begin Date: | | |
|---|---|---|---|
| | Pay End Date: | 07/30/2006 | |

Advice Date:

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Single | Single allowance |
| Allowances: | 6 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

| Employee ID: | ****2954 |
|---|---|
| Bus. Unit: | 00001 |
| Department: | ATL_B-Adams-Billable |
| Mail Stop: | ATL01 |
| Sep Chk : | 0 |

d Jones
x 261
buckham Court
ak, GA 30272-0261

### HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| iption | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| | 9.500000 | 41.00 | 389.50 | 1,683.09 | 15,785.08 | Fed Withholding | | 0.00 | 593.54 |
| lption | | 1.00 | 4.75 | 433.09 | 2,037.09 | Fed MED/EE | | 9.48 | 272.94 |
| ver Pay | | | | | | Fed OASDI/EE | | 40.57 | 1,167.07 |
| ime Premium | 10.000000 | 8.00 | 80.00 | 8.00 | 80.00 | GA Withholdng | | 20.41 | 798.54 |
| ing | 10.000000 | 18.00 | 180.00 | | 0.00 | | | | |
| lar Pay | | | 0.00 | | 137.62 | | | | |
| tive Corrections Taxable | | | 0.00 | 49.00 | 380.00 | | | | |
| tion Beyond | | | 0.00 | 38.00 | 541.50 | | | | |
| day Worked @).5 | | | | | | | | | |

| | | 68.00 | 654.25 | 2,202.18 | 18,961.29 | Total: | | 70.46 | 2,832.09 |

### BEFORE-TAX DEDUCTIONS

### AFTER-TAX DEDUCTIONS

### EMPLOYER PAID BENEFITS

| cription | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| or Overpayment Adjstr - Tax | 0.00 | 137.62 | | | | | | |

| al: | 0.00 | 137.62 | Total: | | 0.00 | 0.00 | * Taxable | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| rrent: | 654.25 | 654.25 | 70.46 | 0.00 | 583.79 |
| D: | 18,961.29 | 18,823.67 | 2,832.09 | 137.62 | 15,991.58 |

MESSAGE:

**Wackenhut** The Wackenhut Corporation
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410

Date
08/04/2006

Advice No.
825986

eposit Amount: **$583.79**

o The
ccount(s) Of

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | 8814596410 | 583.79 |

00001   ATL_B   ATL01
**Donald Jones**
PO Box 261
4550 Buckham Court
Red Oak, GA  30272-0261

## NON-NEGOTIABLE

| Total: | 583.79 |
|---|---|



# The Wackenhut Corporation
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410

Period Ending Date: 07/31/2006
Check Date: 08/18/2006

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Single | Single allowance |
| Allowance: | 6 | 1 |
| Addl. Pct.: | | |
| Addl. Amt.: | | |

Employee ID:
Bus. Unit: 00001
Department: ATL_B
Mail Stop: ATL01
Sep Chk: 0

61
Miami Court
, GA 30272-0261

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| | Rate | Hours | Earnings | Hours | Earnings | |
| | 10.000000 | 50.00 | 500.00 | 1,733.09 | 16,285.05 | |
| Reg | 10.000000 | 1.00 | 10.00 | 9.00 | 90.00 | |
| O Pay | | 5.00 | 25.00 | 438.69 | 2,061.09 | |
| | | 0.00 | | 40.00 | 380.00 | |
| | | 0.00 | | 34.00 | 541.50 | |

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 0.00 | 593.54 |
| | | 280.70 |
| Fed Withholding | 7.76 | 1,200.24 |
| Fed MED/EE | 33.17 | 811.79 |
| Fed OASDI/EE | 13.25 | |
| GA Withholding | | |

| | 56.00 | 535.00 | 2,258.18 | 19,496.29 | Total: | 54.18 | 2,886.27 |

| | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Overpayment Adjust - Tax | 0.00 | 157.62 | | | | | | |

| | 0.00 | 157.62 | Total: | | 0.00 | 0.00 | *Taxable | |

| | 535.00 | | 535.00 | | 54.18 | | 0.00 | 480.82 |
| | 19,496.29 | | 19,338.67 | | 2,886.27 | | 157.62 | 16,472.49 |



# Wackenhut The Wackenhut Corporation
4200 Wackenhut Drive
Palm Beach Gardens, FL 33410

Date
08/18/2006

Advice No.
857530

Deposit Amount: $480.82

To The
Account(s) Of

00001   ATL_B   ATL01
Donald Jones
PO Box 261
4550 Buckham Court
Red Oak, GA 30272-0261

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 8814596410 | 480.82 |
| Total: | | 480.82 |

## NON-NEGOTIABLE

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| Teresa Kirby<br>Human Resources<br>WACKENHUT<br>1100 Circle 75 Parkway #470<br>Atlanta, GA 30339 | **Donald Jones** |

| | THIS PERSON (check one or both) |
|---|---|
| | ☐ Claims To Be Aggrieved |
| | ☐ Is Filing on Behalf of Other(s) |

**AMENDED**

| EEOC CHARGE NO. |
|---|
| **410-2006-02081** |

## NOTICE OF CHARGE OF DISCRIMINATION
### (See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act      ☐ The Americans with Disabilities Act

[X] The Age Discrimination in Employment Act      ☐ The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. ☐ No action is required by you at this time.

2. ☐ Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [X] Please provide by **14-SEP-06** a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. ☐ Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. ☐ EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____
to _____
If you **DO NOT** wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

**Marlo Starks-Serrano,**
**Investigator**

*EEOC Representative*

Telephone **(404) 562-6854**

Enclosure(s): [X] Copy of Charge

**Atlanta District Office - 410**
**100 Alabama Street, S.W.**
**Suite 4R30**
**Atlanta, GA 30303**

DEFENDANT'S EXHIBIT NO. ___ FOR IDENTIFICATION DATE ___ RPTR ___

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

☐ RACE    ☐ COLOR    ☐ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN    ☐ AGE    ☐ DISABILITY    [X] RETALIATION    ☐ OTHER

## See enclosed copy of charge of discrimination.

| Date | Name / Title of Authorized Official | | Signature |
|---|---|---|---|
| **September 07, 2006** | **Bernice Williams-Kimbrough,**<br>**Director** | *Bernice* | *Williams-Kimbrough* |

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

RECEIVED

JUL 2 4 2006

EEOC-ATDO

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 410-2006-02081 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Donald Jones** | **(679) 360-1505** | **05-21-1942** |

| Street Address | City, State and ZIP Code |
|---|---|
| **P.O. Box 261, Red Oak, GA 30272** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **WACKEN HUT** | **500 or More** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **101 Aguila Way, Austell, GA 30168** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

| ☐ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
|---|---|---|---|---|
| ☒ RETALIATION | ☒ AGE | ☐ DISABILITY | ☐ OTHER *(Specify below.)* | |

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **06-12-2006** | **07-21-2006** |

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

This is an amended charge of employment discrimination. The initial charge was timely filed on June 14, 2006.

I.    I have been employed by the above-named employer since February 23, 2003, as a Security Officer. I have been retaliated against for having previously filed a charge of discrimination with the EEOC in that wages were deducted from my paycheck. On July 21, 2006, I was suspended without pay for three days.

II.    Ms. Linda LNU, Payroll Manager, advised me that my supervisor, Jennifer Turner, instructed payroll to make the overpayment deduction. Ms. Turner told me that I was suspended for sleeping on the job.

III.    I believe that I have been retaliated against because I previously filed a charge of discrimination with the EEOC (charge no. 410-2006-01718) in violation of Title VII of the Civil Rights Act of 1964, as amended and the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |

| **Jul 24, 2006** | *Donald Jones* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
|---|---|---|
| Date | Charging Party Signature | |