IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1:07-CV-0567-CC-RGV |
| | ) |
| WACKENHUT % GOOGLE INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING OF DEPOSITION TRANSCRIPT

COMES NOW Defendant The Wackenhut Corporation ("Wackenhut") and hereby gives notice that it is filing a copy of the transcript of the deposition of Plaintiff Donald Jones ("Plaintiff") with the Court. It is attached as Exhibit B to the Memorandum Of Law In Support Of Defendant's Motion For Summary Judgment. Wackenhut has not yet received the original, sealed version of Plaintiff's deposition transcript. The sealed version of Plaintiff's deposition transcript has not yet been created because the time for Plaintiff to submit an errata sheet has not yet expired. Once Wackenhut receives the original, sealed version of Plaintiff's deposition transcript, it will file that version with the Court.

Respectfully submitted this 28th day of February, 2008.

DUANE MORRIS LLP

s/ Terry P. Finnerty
Terry P. Finnerty
Georgia Bar No. 261561

DM2\1380605.1

James P. Ferguson, Jr.
Georgia Bar No. 258743

1180 West Peachtree Street
Suite 700
Atlanta, Georgia 30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)

Counsel for Defendant
The Wackenhut Corporation

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that this filing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this filing has been typed in Times New Roman 14 font.

s/ Terry P. Finnerty
Terry P. Finnerty

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WACKENHUT % GOOGLE INC., )<br>)<br>Defendant. ) | Case No: 1:07-CV-0567-CC-RGV |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2008, I electronically filed the foregoing **NOTICE OF FILING OF DEPOSITION TRANSCRIPT** with the Clerk of Court using the CM/ECF system.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

       Donald Jones
       P.O. Box 261
       Red Oak, Georgia 30272

                                    s/ Terry P. Finnerty
                                    Terry P. Finnerty
                                    Georgia Bar No. 261561

                                    Counsel for Defendant
                                    The Wackenhut Corporation