# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONALD JONES

    Plaintiff,

v.

                              Case No. 1:07-CV-0567-CC-RGV

WACKENHUT & GOOGLE, INC.,
    Defendants.

## PLAINTIFF PESPONSE TO MAGISTRATE ORDER

More bias orders from Magistrate Vineyard the case was in the appeals court from November 23, 2007 to February 15, 2008 the case was under the jurisdiction of the appeals court. There fore the discovery period is moot. The plaintiff file a appeals asking the court to remove Judge Cooper and his magistrate for bias orders. The appeals court dismissed the appeal for <u>lack of jurisdiction</u>. The plaintiff is asking the Judge to reconsider and recusal himself.

Respectfully submitted this 3 day of March 2008

_Donald Jones_

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

**Plaintiff**  Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
**Defendant**

## CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

DUANE MORRIS
1180 West Peachtree Street
Suite 700
**Atlanta, Georgia 30309**

Dated this 3 day of MArch 2008.

_Donald Jones_
P.O.Box 261
Red Oak, GEORGIA 30272
(678) 360-1505