UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES
Plaintiff

v.

Case No. 1: 07-CV-0567-CC-RGV

WACKENHUT & GOOGLE, INC.,
Defendants.

## PLAINTIFF MOTION TO DEFENDANT MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW

Plaintiff file a disputed on the defendants undisputed material facts as crafty tactics. The declaration Carlos garcia , Jennifer Turner is prove that the plaintiff is telling the truth. There did not discharge the plaintiff because the EEOC was investigate then. The defendant is manipulate the court. The plaintiff is saying that the defendant threaten and harass him in the deposition (PAGE 142) The defendant threaten and harass the plaintiff by saying " we're going to be here till midnight if you don't answer my questions, we'll be here tomorrow. We'll be here all week. " The plaintiff had to alter his statement to stop the harassment. The defendant says the plaintiff file his claim March 12, 2007 91 days after he receipt the right-to-sue letter. March 11, 2007 is on a Sunday the 90 day. More manipulate by the defendant.

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DONALD JONES**

**Plaintiff**                      Case No: 1:07-CV-0567-CC-RGV

v.

**WACKENHUT % GOOGLE INC.,**
**Defendant**

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

         DUANE MORRIS
         1180 West Peachtree Street
         Suite 700
         **Atlanta, Georgia 30309**

Dated this _11_ day Of march 2008.

_____
P.O.Box 261
Red Oak, GEORGIA 30272
(678) 360-1505