

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORIA
ATLANTA DIVISION

DONALD JONES

    Plaintiff

                          Case No. 1:O7-CV-0567-CC-ROV

v.

WACKENHUT & GOOGLE., INC.,

    Defendants,

## PLAINTIFF OBJECTION OF DEFENDANTS UNDISPUTED MATERIAL FACTS

The defendant want the court believe that the material facts is undisputed more crafty tactics by the defendant. Facts 21, 22 ,23, 24,33 are moot. <u>Fact 27</u> is false. Plaintiff knows the role that wackenhut management played in the decision and the evidence states that, an retaliation charge was file 410-2006-02081. The defendant is saying what he want to believe. See Exhibit A.(Pl.Dep. at 121-123,153). <u>Fact 35</u> The defendant refuse to send records in discovery. <u>Fact 37</u> Plaintiff states that wackenhut did consider the EEOC Charge in the decision to remove him from Google. And the plaintiff file retaliation age charges with the EEOC File 410-2006-02081. <u>Fact 38</u> Plaintiff is saying that Wackenhut an Google retaliation against the plaintiff for filing EEOC charge 410-2006-01718, 410-2006-02 081.

                                      Respectfully submitted this 11 day of march,

                                      Donald Jones

Jones v. Wackenhut &#037; Google Inc.  Doc. 82

Dockets.Justia.com

# EXHIBIT A



# MEMO

To: Teresa Kirby, HR Manager          Date: July 21, 2006

From: Jennifer Turner, PM          Div: Atlanta

Subject: Statement of Incident-Donald Jones

On the date of 7/21/06 at approximately 1705, the client reported that Security Officer Donald Jones had been observed sleeping at Post #10 Northeast Construction at 1645. The Facility Manager, JE Penifold requested that USO Donald Jones was removed from the Google, Inc. facility due to this reported incident. I attempted to contact Major Carlos Garcia to report the incident. I contacted Teresa Kirby, HR Manager and Donnie Hixon, MPS to report the clients' request. Afterwards, the client issued an email explaining his observations and this email was forwarded to the Wackenhut branch office. This is in violation of TWC policy no. 2.15.14 (Sleeping on duty) which is grounds for immediate dismissal. USO Donald Jones also violated TWC policy no. 2.6 (ORDERS) by failing to follow orders that were provided by his immediate Supervisor. I instructed USO Donald Jones on the date of July 18, 2006 that he must have a relief person on the date of 7/21/06 because he could not work on Post #10-Northeast Construction until 1800 due to the amount of hours that he would accumulate throughout a 24 period. USO Donald Jones stated "Ms. Obende is relieving me, so I will go home at the proper time." "She is working the rest of the shift, so I can go home." "I will not stay and work all of those hours, I promise!" USO Donald Jones disregarded my instructions on the date of 7/21/06. I, Jennifer Turner, spoke to USO Donald Jones on the date of 7/21/06 and inquired about him remaining on site without authorization. This was witnessed by USO Tammy Love and USO Gloria Clark. USO Donald Jones stated "I know, but Ms. Obende couldn't do it, so I just worked it." I specifically stated "Mr. Jones, I specifically provided instructions pertaining to Post # 10-Northeast Construction on Tuesday and you failed to follow those orders." USO Donald Jones stated "Well you're right, so just take the hours away because it's alright, it's no big deal!" I, Jennifer Turner, stated "No, I can't do that because you have already worked the hours and that is illegal." I, Jennifer Turner, stated "Why didn't you report to me that she could not work the additional hours? USO Donald Jones stated "It's no big deal, just take the hours!" I, Jennifer Turner, repeatedly stated "No!, I cannot take your hours!" "I have already informed Donnie Hixon, MPS of Wackenhut of your violation." On the date of 7/21/06, Officer Donald Jones arrived at the Google, Inc. facility early and he reported to the Project Manager's office. Lead Officer Burkeley Godfrey also reported to the office and witnessed the conversation that I had with USO Donald Jones. I, Jennifer Turner, issued two Wackenhut items to USO Donald Jones which consisted of a Wackenhut pay stub and a Wackenhut payroll check. Afterwards, USO Donald Jones immediately opened the two items issued and stated "I don't know what this money is for, but I'll take it!" This statement was made after he opened the Wackenhut payroll

check. I, Jennifer Turner, informed USO Donald Jones that the client issued a report of violation and that he would have to report to the Wackenhut branch office on Tuesday to meet with Teresa Kirby, HR Manager and Donnie Hixon, MPS. USO Donald Jones questioned the reason and the Project Manager Jennifer Turner informed USO Donald Jones that the client reported that he had observed him asleep at Post #10-Northeast Construction, so an email has been sent to the Wackenhut branch office and he should report to the office to discuss the situation. USO Donald Jones stated that the client was a liar and stated "Google better think long and hard before they do this because I have a lot of oppositions on them, so they better have a tape!" I, Jennifer Turner, questioned if USO Donald Jones was threatening Google and he stated "You are a liar!" At this moment USO Donald Jones has violated TWC policy no. 2.15.2 (Extreme Insubordination) by disrespecting his immediate Supervisor which is grounds for immediate dismissal. Afterwards, I stated "Mr. Jones, you need to report to the TWC branch office on Tuesday and speak to the HR Manager Teresa Kirby to discuss the report further." USO Donald Jones stated "I know that I have 1½ months left to do what I have to do, so Google better not mess with me!" I, Jennifer Turner, questioned Lead Officer Burkeley Godfrey about the statement made by USO Donald Jones and Lead Officer Burkeley Godfrey stated "Yeah, that's a threat!" Afterwards, USO Donald Jones questioned the Project Manager Jennifer Turner in reference to another officers pay rate. USO Donald Jones stated "Mrs. Turner, Did you pay a new officer $10.00 hr.?" I specifically stated "Mr. Jones that is none of your concern because I am not at liberty to discuss another officers' pay rate with you, so I will not answer that question." USO Donald Jones stated "Well, you will answer to the Georgia Department of Labor!" "I have been writing down everything!" I, Jennifer Turner, also took this specific statement as a threat. This is also in violation of TWC policy no. 2.7 (CONDUCT WHILE ON DUTY). Afterwards, I contacted Donnie Hixon, MPS and reported the situation. Donnie Hixon, MPS stated that USO Donald Jones must report to the TWC branch office on Tuesday to meet with he and the HR Manager Teresa Kirby. USO Donald Jones was informed of this information while speaking to Donnie Hixon, MPS and USO Donald Jones stated "I'm going to the office on Monday not Tuesday or Wednesday!" I requested that USO Donald Jones return his access control badge which is assigned to the Google, Inc. facility and report to the TWC branch office to continue this discussion further. USO Donald Jones then grabbed the pay stub for USO Samantha Sturdivant off of my desk and stated "What is this?" I specifically stated "You have opened the pay stub for Samantha Sturdivant, so I will have to inform the Wackenhut branch office that you took another officers pay stub and opened it for your own viewing purposes to visually identify her pay rate." I, Jennifer Turner, informed Capt. Roberto Pereira about the situation. I, Jennifer Turner, issued the pay stub to the Field Supervisor on duty and informed him that USO Donald Jones opened USO Samantha Sturdivants' pay stub without authorization in order to glance at her pay rate. This was witnessed by Lead Officer Burkeley Godfrey.

Jennifer Turner *J.T.*
Project Manager
Wackenhut Security


# Wackenhut

## EMPLOYEE DISCIPLINARY/CORRECTIVE ACTION NOTICE

EMPLOYEE NAME: JONES, DONALD          DATE: 07-21-2006

AREA: ATLANTA          FACILITY: GOOGLE          S.S. #: 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

TYPE OF ACTION:
- [ ] ORAL WARNING
- [ ] WRITTEN WARNING
- [x] FINAL WARNING: Your job is in jeopardy. Failure to comply with the conditions of this warning will result in your termination
- [ ] SUSPENSION for ____ days
- [ ] DISCHARGE

### REASON(S) FOR DISCIPLINARY ACTION:
Violation of Wackenhut Security Officer Handbook: 2.1 - Attention to Duty: A Security Officer shall demonstrate interest in their work by alertness & attention to duty. 2.7 - Conduct While On Duty: A Security Officer will remain awake & alert at all times during his or her tour of duty. Will not use threatening, abusive or insulting language or behave in a disrespectfull manner towards the public or fellow employees. 2.15 - DISCIPLINE: Grounds For Immediate Dismissal: 2. Extreme Subordination. 14. Sleeping on duty. On July 21, 2006, at approx. 1645 hrs, Mr. J.E. Penifold (a client representative) observed you on duty, asleep in a chair while on post. A short time later when he returned, you were again observed asleep in the same chair. Previous to this you were ordered by your supervisor (Ms. Jennifer Turner) that you will not over-extend your shift, however, you ignored this order. When you were later questioned regarding this incident you called the client & your supervisor a liar. You acted and responded in a beligerent and disrespectful manner.

### CORRECTIVE STEPS REQUIRED:
You will be required to review the Security Officers Handbook, specifically Section II, Chapter 1. Requirements of a Security Officer and Chapter 2. Rules and Regulations. As per the client's request you will be removed fromthe Google site and reassigned.

### ACTION TO BE TAKEN IF ISSUE IS NOT CORRECTED:
Future related violations will result in progressive disciplinary action, up to and including dismissal.

### SUPERVISOR'S REMARKS:
Prompt obedience & proper execution is expected whenever an order is received by your supervisor. Additionally, we are to conduct ourselves at all times in a manner which will reflect credit on ourselves and The Wackenhut Corporation. You will be expected to be courteous and well mannered towards other employees and the public.

### EMPLOYEE'S COMMENTS:


SIGNATURE OF EMPLOYEE: _Donald Jo__          DATE: 7/25/06
(Signature does not mean agreement but acknowledges that action was taken)

SIGNATURE OF SUPERVISOR: _____ Carlos M. Garcia          DATE: 7/25/06

SIGNATURE OF WITNESS: _Denus J. Kirby_          DATE: 7/25/06

W-23 (06/30/06)          Disposition of Form: Personnel File

Attachment 1
NSDP 108

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DONALD JONES**

**Plaintiff**　　　　　　　　　　　**Case No: 1:07-CV-0567-CC-RGV**

v.

**WACKENHUT % GOOGLE INC.,**
**Defendant**

## CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

　　　　　DUANE MORRIS
　　　　　1180 West Peachtree Street
　　　　　Suite 700
　　　　　**Atlanta, Georgia 30309**

Dated this _____ day Of march 2008.

_____
P.O.Box 261
Red Oak, GEORGIA 30272
(678) 360-1505