☐ ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 17 2008

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

## UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONALD JONES

      Plaintiff                Case No. 1:07-CV-0567-CC-RGV

v.

WACKENHUT & GOOGLE. INC.,
      Defendants.

## RESPONSE TO DEFENDANT "RESPONSE TO PLAINTIFF RESPONSE TO MAGISTRATE ORDER"

Defendant say in his response that the plaintiff cites no valid reason for asking Judge Cooper to recusal. The plaintiff is saying that the defendant must read the appeal. The appeal states the reason for the recusal. The plaintiff relief is for the Judge to recusal, an is supported by denied all of the plaintiff motions an grants all the defendant. Judge Cooper has a personal bias against the plaintiff. Judge Cooper dismiss the case against Google without merit an that the reason for the appeal. Judge Cooper has <u>denied all of the plaintiff motion why would he grant a extension of discovery.</u> Judge Cooper orders are bias an a travesty of justice.

Respectfully submitted,

_Donald Jones_

# IN THE UNITED STATE DUISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**DONALD JONES**

**Plaintiff**                                    **Case No: 1:07-CV-0567-CC-RGV**

**v.**

  **WACKENHUT % GOOGLE INC.,**
**Defendant**

## CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice
by depositing a copy of same in the United States mail with adequate postage thereon to:

> DUANE MORRIS
> 1180 West Peachtree Street
> Suite 700
> **Atlanta, Georgia 30309**

Dated this _17_ day Of  march 2008.

P.O.Box 261
Red Oak, GEORGIA 30272
(678) 360-1505