UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES
    Plaintiff,

Case No. 1:07-CV-0567-CC-RGV

v.

WACKENHUT & GOOGLE. INC.,
    Defendants.

### PLAINTIFF ANSWER TO ' DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

The defendant says that the plaintiff " does nothing more than state his personal opinion" that he was discriminated against. The plaintiff was denied discovery an depositions by Magistrate Vineyard. Did the Judge denied the plaintiff discovery an deposition in the Mcdonnell Douglas framework? The Mcdonnell Douglas case is the defendant personal opinion. The plaintiff denied that he abandoned his retaliation clam that is prove that he was discriminated against. Did the defendant abandoned his clam that the plaintiff had a criminal history for receive a parking ticket. The plaintiff must had discovery an deposition to establish more evidence of pretext.

### CONCLUSION

The defendant admitted that he harassed the plaintiff in the deposition. He also file false decoration of Jennifer Turner (14). Magistrate Vineyard is bias against the plaintiff an permit the defendant to do whenever he want, ever if it mean to harass the plaintiff.

Respectfully submitted,

_Donald Jones_

## IN THE UNITED STATE DUISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DONALD JONES**

**Plaintiff**  Case No: 1:07-CV-0567-CC-RGV

v.

**WACKENHUT % GOOGLE INC.,**
**Defendant**

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

> DUANE MORRIS
> 1180 West Peachtree Street
> Suite 700
> **Atlanta, Georgia 30309**

Dated this 3 day of April 2008.

*Donald Jones*
P.O.Box 261
Red Oak, GEORGIA 30272
(678) 360-1505