IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   Case No:  1:07-CV-0567-CC-RGV
                                       )
WACKENHUT % GOOGLE INC.,               )
                                       )
        Defendant.                     )

## NOTICE OF MANUAL FILING
## OF ORIGINAL DEPOSITION TRANSCRIPT

COMES NOW Defendant The Wackenhut Corporation ("Wackenhut") and hereby gives notice that it is filing the original transcript from the deposition of Plaintiff Donald Jones ("Plaintiff") with the Court.  When Wackenhut filed its Motion For Summary Judgment, the original sealed copy of Plaintiff's deposition was not available and Wackenhut filed a copy.  The original was recently received from the court reporting agency and is being submitted herewith.

Respectfully submitted this 7th day of April, 2008.

DUANE MORRIS LLP

s/ James P. Ferguson, Jr.
Terry P. Finnerty
Georgia Bar No. 261561
James P. Ferguson, Jr.
Georgia Bar No. 258743

DM2\1421393.1

1180 West Peachtree Street
Suite 700
Atlanta, Georgia  30309
(404) 253-6900 (telephone)
(404) 253-6901 (facsimile)

Counsel for Defendant
The Wackenhut Corporation

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel hereby certifies that this filing complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia. Counsel hereby states that this filing has been typed in Times New Roman 14 font.

s/ James P. Ferguson, Jr.<br>
James P. Ferguson, Jr.

DM2\1421393.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONALD JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:07-CV-0567-CC-RGV |
| | ) | |
| WACKENHUT % GOOGLE INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April, 2008, I electronically filed the foregoing **NOTICE OF MANUAL FILING OF ORIGINAL DEPOSITION TRANSCRIPT** with the Clerk of Court using the CM/ECF system.

I further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

> Donald Jones
> P.O. Box 261
> Red Oak, Georgia  30272

s/ James P. Ferguson, Jr.
James P. Ferguson, Jr.

Counsel for Defendant
The Wackenhut Corporation