IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR - 9 2008

JAMES N. HATTEN, CLERK
By: Deputy Clerk

DONALD JONES, )
)
    Plaintiff, )
) CIVIL ACTION FILE
vs. )
) NO.: 1:07-CV-0567-CC-RGV
WACKENHUT % GOOGLE, INC., )
)
    Defendants. )

- - -

Deposition of DONALD JONES, taken on

behalf of the Wackenhut Corporation, pursuant

to the stipulations agreed to herein before

Michelle J. Fuller, Certified Court Reporter, at

Duane Morris LLP, 1180 West Peachtree Street,

Suite 700, Atlanta, Georgia, on the 4th day of

February 2008, commencing at the hour of 10:15 a.m.

- - -



thompson
Reporting Services, Inc.
CERTIFIED COURT REPORTERS

ORIGINAL

6151 Powers Ferry Road, N.W. • Suite 120
Atlanta, Georgia 30339-2927

678.483.0600 • fax: 678.483.0601
1.866.483.DEPO (3376)
www.thompsonreportingatlanta.com