~~ORIGINAL~~

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 05 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

DONALD JONES

    Plaintiff.       Case No. 1:07-CV-0567-CC-ROV

v.

WACKENHUT & GOOGLE. INC.,
    Defendant

### PLAINTIFF MOTION ASKING CHIEF JUDGE JACK T CAMP TO INTERVENE IN THE CASE

The plaintiff is asking the Chief Judge to intervene in the case because of prejudice in the case. Judge Cooper is using crafty tactic to help the defendant by delaying his order stopping the plaintiff from appealing his crafty tactics. The appeals court will not agree to his order on deny the plaintiff discovery in a retaliation case on a crafty tactic. See exhibit A. CROCS West v. Humphries. Judge Cooper has use crafty tactics in most of his orders. And he refuse to recusal on the basis that his is bias against the plaintiff. In CROCS v. Humphries the Supreme Court refuse to dismiss the case because he failed to pay fees on time. Judge Cooper action is a travesty of justice. The defendant want the judge to harass the plaintiff to dismiss he case.

Respectfully submitted this 5 day of June.

Donald Jones

# EXHIBIT A

# Ruling: Court blocks retaliation



BILL HABER / Associated Press

medicine given to 15-month-old Lexi for [illness] caused by their old FEMA trailer.

▶ Continued from A1

vice who alleged that she was harassed by her supervisors after she had filed an age discrimination complaint.

The case of the former Cracker Barrel manager had prompted worries from civil rights advocates when the justices voted last year to hear the company's appeal.

The dispute focused on the meaning of the nation's first civil rights law, which says all people in the United States "shall have the same right ... to make and enforce contracts ... as is enjoyed by white citizens."

This law sometimes comes into play in cases where modern civil rights statutes do not or cannot apply.

Hedrick Humphries, the former Cracker Barrel manager, was representing himself when he sued after being fired.

A judge dismissed his suit under the Civil Rights Act of 1964 — the most commonly used anti-discrimination measure — because he had failed to pay certain fees on time.

At issue then was whether he could proceed with his suit alleging he was fired after he complained of the mistreatment of other black employees at the same restaurant.

Lawyers for Cracker Barrel argued that the old civil rights law referring to the making of contracts could not be read broadly to include claims of retaliation.

But in Tuesday's decision in CROCS West v. Humphries, the justices reaffirmed a broad interpretation.

Citing precedents from the 1960s, the court said the post-Civil War measure "encompasses claims of retaliation."

Justices Clarence Thomas and Antonin Scalia dissented. "Retaliation is not discrimination based on race," Thomas wrote. "The injury he suffers is not on account of his race; rather, it is the result of his conduct."

The court's ruling clears the way for Humphries to proceed with his claim against the restaurant chain.

The second case concerns only federal employees. Part of the anti-age bias law says decisions about federal personnel shall be made free from any discrimination based on age.

"The key question in this case is whether the statutory phrase 'discrimination based on age' includes retaliation based on the filing of an age discrimination complaint. We hold that it does," Justice Samuel A. Alito said.

Chief Justice John G. Roberts Jr. dissented, along with Scalia and Thomas. Roberts said the federal civil service rules protect federal workers from retaliation, and therefore the anti-age bias law should not be stretched to include these claims as well.

The ruling in Gomez-Perez v. Potter revives the ex-clerk's suit, which had been dismissed by a federal judge.

"Today's decisions are appropriately grounded in the realities of the workplace," said Steven R. Shapiro, national legal director of the American Civil Liberties Union. "Workers who fear retaliation are far less likely to report discrimination. Congress understood as much when it passed laws prohibiting employment discrimination based on race and age."

---

keeper, and her father, Kevin Whitney, 30, a maintenance man, juggle the pressures of post-hurricane life with tending to the child.

"Sunday night when I was going to work, as I was walking up to the front door, she just threw up. She had a fever. We went to the hospital and they wound up keeping her overnight," the girl's mother said. "She's always had a cold, always."

Like Lexi, McKenzie is treated with a nebulizer, a boxy breathing machine that turns medication into mist. It is prescribed to patients with moderate to severe symptoms, and it requires children to inhale for 20 minutes.

Dr. Shama Shakir, a Bay St. Louis pediatrician who treats Lexi and Kacey, said that before the storm she prescribed nebulizers about twice weekly. Lately, she is doing so up to 12 times a week.

"I worry about what will become of these children long-term," Shakir said.

Staff writer Alison Young contributed to this report.

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**DONALD JONES**

**Plaintiff**                                                    Case No: 1:07-CV-0567-CC-RGV

v.

**WACKENHUT % GOOGLE INC.,**
**Defendant**

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

        DUANE MORRIS
        1180 West Peachtree Street
        Suite 3500
        **Atlanta, Georgia 30309**

Dated this __5__ day of June, 2008.

_Donald Jones_ (signature)

P.O. Box 261
Red Oak, GEORGIA 30272
(678) 360-1505