ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 27 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITER STATE DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONALD JONES

    Plaintiff,

Case No. 1: 07-CV-0567-CC-RGV

v.

WACKENHUT & GOOGLE, INC.,

    Defendants.

## PLAINTIFF'S RESPONSE TO MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

More bias recommendation by Magistrate Vineyard he can find no wrong in the defendant Motion for summary judgment as always. The Magistrate recommendation on **Age and Race Discrimination (** page 11) he state that the plaintiff state black on black racism," referring to Turner, see exhibit A letter to the defendant. To help the defendant in his summary judgment the Magistrate deny the plaintiff discovery. Wherefore Magistrate Vineyard final report and recommendation is bias.

    Respectfully submitted this 27th day of June.

    _Donald Jones_

# EXHIBIT A.

Jay P. FERGUSON, Jr.
1180 West Peachtree Street
Suite 700
Atlanta, GA. 30309

September 11, 2007

                Re: **Donald Jones v. Wackenhut c/o Google. Inc.:**

Dear Mr. Ferguson, Jr.
      In my discovery interrogatories no. 2 I ask for (1) the reason for the disciplined (2) the nature of such disciplined (e.g., letter of warning or suspension, termination) at the google Inc. From the record you send me under Ms. Turner supervises above 229 employees came an was remove from googles Inc.: that above 7 employees a mouth 207 of then are black. Wackenhut said in is record that I left for personal reasons an use that statement 21 times in the listing. If you look at charge no. 410-2006-01718 the plaintiff said Ms. Turner states (that she is ready to fire everyone). The plaintiff is asking for the letters of warning or suspension, termination an the real reason the employee left. Also if employees file EEOC charges at googles. If you do wish to respond to the discovery please give me a call at (678) 360-1505.

                      Very truly yours

                      *Donald Jones*

IN THE UNITED STATE DUISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONALD JONES

**Plaintiff**  Case No: 1:07-CV-0567-CC-RGV

v.

WACKENHUT % GOOGLE INC.,
**Defendant**

### CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy of the foregoing notice by depositing a copy of same in the United States mail with adequate postage thereon to:

>DUANE MORRIS
>1180 West Peachtree Street
>Suite 700
>**Atlanta, Georgia 30309**

Dated this 27 day of June 2008.

*[signature]*

P.O.Box 261
Red Oak, GEORGIA 30272
(678) 360-1505