IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD JONES, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. |
| | : 1:07-CV-0567-CC |
| WACKENHUT % GOOGLE INC., | : |
| Defendant. | : |

### **ORDER**

This matter is before the Court on Defendant The Wackenhut Corporation's Motion for Summary Judgment [Doc. No. 76] and Magistrate Judge Russell G. Vineyard's Final Report and Recommendation [Doc. No. 89], which recommends that the Motion for Summary Judgment be granted in its entirety. The record reflects that pro se Plaintiff Donald Jones has filed Plaintiff's Response to Magistrate Judge's Final Report and Recommendation [Doc. No. 90], which the Court construes as objections to the Final Report and Recommendation. Defendant The Wackenhut Corporation has filed Defendant's Response to "Plaintiff's Response to Magistrate Judge's Final Report and Recommendation" [Doc. No. 91].

After conducting a careful and complete review of the findings and recommendations of a magistrate, a district judge may accept, reject, or modify a magistrate's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). A district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). With respect to those findings and recommendations to which no objections have been asserted, the district judge must conduct a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). "Frivolous, conclusive or general objections need not be considered by the district court." Marsden v. Moore, 847 F.2d

1536, 1548 (11th Cir. 1988).

In the case at bar, Plaintiff has asserted only frivolous objections to the Magistrate's Report and Recommendation. Plaintiff generally asserts that the Magistrate is biased and specifically asserts that the Magistrate assisted Defendant The Wackenhut Corporation in obtaining summary judgment by denying him discovery. A review of the record reveals, however, that Plaintiff never filed a motion to compel that complied with the Local Rules of this Court and the Federal Rules of Civil Procedure. As such, Plaintiff will not be heard to complain that he was denied discovery. Insofar as Plaintiff's frivolous objections are not due to be considered, the findings and recommendations of the Magistrate are subject only to plain error review. See Marsden, 847 F.2d at 1548.

After reviewing the Final Report and Recommendation and the record of this case for plain error, the Court finds that the Final Report and Recommendation is correct both in fact and in law. Accordingly, the Court **ADOPTS** the Final Report and Recommendation as the **ORDER** of this Court and **GRANTS** Defendant The Wackenhut Corporation's Motion for Summary Judgment [Doc. No. 76] in its entirety.

SO ORDERED this 22nd day of July, 2008.

*s/  CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE