# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DONALD JONES,

                Plaintiff,

vs.

WACKENHUT % GOOGLE INC.,

                Defendant.

CIVIL ACTION FILE

NO. 1:07-cv-567-CC

## J U D G M E N T

This action having come before the court, Honorable Clarence Cooper, United States District Judge, for consideration of defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 22nd day of July, 2008.

JAMES N. HATTEN
CLERK OF COURT

By:  _s/Velma Shanks_
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  July 22, 2008
James N. Hatten
Clerk of Court

By:_s/Velma Shanks_____
      Deputy Clerk