FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 0 5 2008

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

DONALD JONES

    Plaintiff,

CIVIL ACTION NO.
1: 07-CV-0567-CC-RGV

v.

WACKENHUT & GOOGLE. INC.,

    Defendants.

### PLAINTIFF APPEAL OF JUDGE CLARENCE COOPER ORDER

The plaintiff is asking the appeal court to put Judge Cooper orders under scrutiny. The plaintiff wrote good reasons for him to disqualify himself and he refuse. Judge Cooper has a personal bias against the plaintiff. His Magistrate is using Crafty tactics to support the defendants and to dismiss the cases. Judge Cooper Dismiss the case against Google without merit it was a travesty of justice.
The defendants has file false statement and in violence of law, also call the Plaintiff a criminal and other defamation name an says 'he has no evidence But after-acquired evidence' Judge Cooper has <u>denied all of the plaintiff motion An grants the defendants.</u> Judge Cooper deny the plaintiff discovery then say He did not compel with the Local Rules of this Court and the Federal rules of Civil Procedure, A crafty tactics to support the defendants.

**WHEREFORE,** Plaintiff prays that this court of Appeals;
(a) Dismiss all of Judge Cooper orders and remove him from the cases.
(b) Put his orders under scrutiny.

    Respectfully submitted,

    _Donald Jones_

# IN THE UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**DONALD JONES**

    **Plaintiff**

v.

**WACKENHUT & GOOGLE. INC.,**

    **Defendants.**

**CIVIL ACTION NO.
1: 07-CV-0567-CC-RGV**

## CERTIFICATE OF SERVICE

This to certify that I have this day served defendant with a copy
Of the foregoing notice by depositing a copy of same in the United
States mail with adequate postage thereon to:

    DUANE MORRIS LLP
    1180 West Peachtree Street
    Suite 700
    Atlanta Georgia 30309

Dated this ___ day of August 2008

_Donald Jones_
P.O. BOX 261
Red Oak, Georgia 30272
(678) 360-1505

## APPEAL RECEIPT SHEET

Case Number: 1:07-CV-567-CC

Date fee paid
over the counter: IFP - 8-5-08 (brings it back)

Date fee paid and date check
receipted from check log: _____

Transcript Order Form
given to attorney/courier:   Yes ✓

No _____