# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

August 5, 2008

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

    U.S.D.C. No.: 1:07-cv-567-CC
    U.S.C.A. No.: 00-00000-00
    In re:     *Donald Jones v. Wackenhut & Google, Inc.*

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | Certified copies of the notice of appeal, r&r, docket sheet and judgment and/or order appealed enclosed. |
| **X** | This is not the first notice of appeal. Other notices were filed on: 11/23/07. USCA Case No. 07-15567-H. |
| **X** | There is no transcript. |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| ___ | Fee paid on . |
| ___ | Appellant has been leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal. The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | The District Judge is Clarence Cooper. |
| ___ | This is a **DEATH PENALTY** appeal. |

                                       Sincerely,

                                       James N. Hatten
                                       Clerk of Court

                           By:   **P. McClam**
                                Deputy Clerk

Enclosures