```
GAN10000 3646
Court Name: Northern District of Georgia
Division: 1
Receipt Number: GAN100003646
Cashier ID: asanders
Transaction Date: 08/18/2008
Payer Name: DONALD JONES

NOTICE OF APPEAL/DOCKETING FEE
 For: DONALD JONES
 Case/Party: D-GAN-1-07-CV-000567-001
 Amount:         $455.00

CASH
 Amt Tendered: $460.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $460.00
Change Amt:     $5.00

1:07-cv-000567-CC

DONALD JONES APPEAL FILING FEE


FYI - Our returned check fee is
$45.00.
```

Dockets.Justia.com