# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

August 18, 2008

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

U.S.D.C. No.: 1:07-cv-567-CC
U.S.C.A. No.: 08-14438-D
In re: Donald Jones v. Wakenhut % Goolge, Inc.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

\_\_\_\_\_ Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.

\_\_\_\_\_ This is not the first notice of appeal. Other notices were filed on: .

\_\_\_\_\_ There is no transcript.

\_\_\_\_\_ The court reporter is .

\_\_\_\_\_ There is sealed material as described below: .

\_\_\_\_\_ Other: .

**X** Fee paid on 8/18/08. (Receipt# GAN100003646).

\_\_\_\_\_ Appellant has been leave to file *in forma pauperis*.

\_\_\_\_\_ This is a bankruptcy appeal. The Bankruptcy Judge is .

\_\_\_\_\_ The Magistrate Judge is .

\_\_\_\_\_ The District Judge is .

\_\_\_\_\_ This is a **DEATH PENALTY** appeal.

Sincerely,

James N. Hatten
Clerk of Court

By: P. McClam
Deputy Clerk

Enclosures