# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 22 2008
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

U.S. COURT OF APPEALS
RECEIVED CLERK
AUG 19 2008
ATLANTA, GA.

August 18, 2008

Thomas K. Kahn, Clerk
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

U.S.D.C. No.: 1:07-cv-567-ODE
U.S.C.A. No.: 08-14438-D
In re:   Donald Jones v. Wakenhut % Goolge, Inc.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

_____  Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed.

_____  This is not the first notice of appeal. Other notices were filed on: .

_____  There is no transcript.

_____  The court reporter is .

_____  There is sealed material as described below: .

_____  Other: .

__X__  Fee paid on 8/18/08. (Receipt# GAN100003646).

_____  Appellant has been leave to file *in forma pauperis*.

_____  This is a bankruptcy appeal. The Bankruptcy Judge is .

_____  The Magistrate Judge is .

_____  The District Judge is .

_____  This is a **DEATH PENALTY** appeal.

Sincerely,

James N. Hatten
Clerk of Court

By:  **P. McClam**
Deputy Clerk

Enclosures

Dockets.Justia.com