# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 1 6 2008

JAMES N. HATTEN, Clerk
BY: Brannon
Deputy Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 15, 2008

James N. Hatten
Clerk, U.S. District Court
75 SPRING ST SW STE 2211
ATLANTA GA 30303-3318

**Appeal Number: 08-14438-DD**
Case Style: Donald Jones v. Wackenhut & Google Inc.
District Court Number: 07-00567 CV-CC-1

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on <u>October 1, 2008</u>.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing." See 11th Cir. R. 42-2(e), 42-3(e).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Regina Veals-Gillis (404) 335-6163

Encl.

DIS-2CIV (8-2008)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 15 2008
THOMAS K. KAHN
CLERK

No. 08-14438-DD

DONALD JONES,

Plaintiff-Appellant,

versus

GOOGLE INC.,
WACKENHUT,

Defendants-Appellees.

Appeal from the United States District Court for the

Northern District Of Georgia

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because appellant has failed to file the record excerpts within the time fixed by the rules, effective this 15th day of October, 2008.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Regina Veals-Gillis
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40