# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
OCT 15 2009
JAMES N. HATTEN, Clerk
By: [signature]

October 14, 2009

Hon. Clarence Cooper
75 SPRING ST SW STE 1721
ATLANTA GA 30303-3340

**Appeal Number: 08-14438-DD**
Case Style: Donald Jones v. Wackenhut & Google Inc.
District Court Number: 07-00567 CV-CC-1

The Supreme Court has denied certiorari. The court's mandate having previously issued, no further action will be taken by this court.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Elora Jackson (404) 335-6173

c: District Court Judge

MDT-4 (04-2007)